# EXHIBIT A

# Bibliography

## Bibliography

American Psychological Association. (2015). Guidelines for psychological practice with transgender and gender nonconforming people. *The American Psychologist*, *70*(9), 832.

American Psychological Association, Task Force on Gender Identity and Gender Variance. (2009). *Report of the Task Force on Gender Identity and Gender Variance.* Washington, DC.

Baker, K. E. (2017). The future of transgender coverage. *New England Journal of Medicine*, *376*(19), 1801-1804.

Barr, S. M., Budge, S. L., & Adelson, J. L. (2016). Transgender community belongingness as a mediator between strength of transgender identity and well-being. *Journal of counseling psychology*, *63*(1), 87.

Beck, A. T., & Steer, R. A. (1988). *BHS, Beck Hopelessness Scale: Manual*. San Antonio, TX: Psychological corporation.

Budge, S. L., Adelson, J. L., & Howard, K. A. (2013). Anxiety and depression in transgender individuals: The roles of transition status, loss, social support, and coping. *Journal of Consulting and Clinical Psychology*, *81*, 545–557.

Budge, S. L., Chin, M. Y., & Minero, L. P. (2017). Trans individuals' facilitative coping: An analysis of internal and external processes. *Journal of counseling psychology*, *64*(1), 12.

Budge, S. L., Katz-Wise, S. L., Tebbe, E. N., Howard, K. A. S., Schneider, C. L., & Rodriguez, A. (2013). Transgender emotional and coping processes: Facilitative and avoidant coping throughout gender transitioning. *The Counseling Psychologist*, *41*, 601–647.

Budge, S. L., Orovecz, J. J., & Thai, J. L. (2015). Trans men's positive emotions the interaction of gender identity and emotion labels. *The Counseling Psychologist, 43*, 404 – 434.

Byne, W., Bradley, S. J., Coleman, E., Eyler, A. E., Green, R., Menvielle, E. J., ... & Tompkins, D. A. (2012). Report of the American Psychiatric Association task force on treatment of gender identity disorder. *Archives of sexual behavior*, *41*(4), 759-796.

Craske, M., Wittchen, U., Bogels, S., Stein, M., Andrews, G., & Lebeu, R. (2013). *Severity Measure for Panic Disorder—Adult.* American Psychiatric Association.

Craske, M., Wittchen, U., Bogels, S., Stein, M., Andrews, G., & Lebeu, R. (2013). *Severity Measure for Generalized Anxiety Disorder—Adult*. American Psychiatric Association.

Craske, M., Wittchen, U., Bogels, S., Stein, M., Andrews, G., & Lebeu, R. (2013). *Severity Measure for Social Anxiety Disorder—Adult.* American Psychiatric Association.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., ... & Monstrey, S. (2012). Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. *International Journal of Transgenderism*, *13*(4), 165-232.

Glynn, T. R., Gamarel, K. E., Kahler, C. W., Iwamoto, M., Operario, D., & Nemoto, T. (2016). The role of gender affirmation in psychological well-being among transgender women. *Psychology of sexual orientation and gender diversity*, *3*(3), 336.

Hess, J., Neto, R. R., Panic, L., Rübben, H., & Senf, W. (2014). Satisfaction with male-to-female gender reassignment surgery: Results of a retrospective analysis. *Deutsches Ärzteblatt International*, *111*(47), 795.

Kilpatrick, D.G., Resnick, H.S., &Friedman, M.J. (2013). *National Stressful Events Survey PTSD Short Scale.* American Psychiatric Association.

Padula, W. V., Heru, S., & Campbell, J. D. (2016). Societal implications of health insurance coverage for medically necessary services in the US transgender population: a cost-effectiveness analysis. *Journal of general internal medicine*, *31*(4), 394-401.

Testa, R. J., Habarth, J., Peta, J., Balsam, K., & Bockting, W. (2015). Development of the Gender Minority Stress and Resilience Measure. *Psychology of Sexual Orientation and Gender Diversity*, *2*(1), 65-77.

Tran, B. N. N., Epstein, S., Singhal, D., Lee, B. T., Tobias, A. M., & Ganor, O. (2018). Gender Affirmation Surgery: A Synopsis Using American College of Surgeons National Surgery Quality Improvement Program and National Inpatient Sample Databases. *Annals of Plastic Surgery*. (Published online ahead of reprint).

van de Grift, T. C., Elaut, E., Cerwenka, S. C., Cohen-Kettenis, P. T., & Kreukels, B. P. (2018). Surgical satisfaction, quality of life, and their association after gender-affirming surgery: a follow-up study. *Journal of sex & marital therapy*, 44, 138-148.