**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

CODY FLACK and
SARA ANN MAKENZIE,

              Plaintiffs,

    v.

WISCONSIN DEPARTMENT OF
HEALTH SERVICES and
LINDA SEEMEYER, in her official capacity
as Secretary of the Wisconsin Department
of Health Services,

              Defendants.

Case No. 3:18-cv-00309-wmc
Judge William Conley

**EXPERT WITNESS DECLARATION OF DANIEL SHUMER, MD, MPH**

I, Daniel Shumer, MD, MPH, declare as follows:

1.     My name is Daniel Shumer, MD, MPH. I am a pediatric endocrinologist and Assistant Professor at the University of Michigan, where the major focus of my clinical and research work pertains to the transgender population.

2.     I have been retained by counsel for Plaintiffs in the above-captioned matter to provide an expert witness declaration addressing the medical and scientific understanding of gender identity, gender dysphoria, and sex.

3.     I have personal knowledge of the matters stated in this declaration.

**Background and Qualifications**

4.     My Curriculum Vitae, attached to this declaration as Exhibit B, contains a full outline of my qualifications. I received my BA in Psychology from Northwestern University in 2003, my MD from Northwestern University in 2008, and my Masters of Public Health from Harvard University in 2015. I completed my residency in Pediatrics at the University of Vermont

in 2011, and my fellowship in Pediatric Endocrinology at Harvard University in 2015. During my fellowship at Harvard, I worked at the Gender Management Services Clinic (GeMS) at Boston Children's Hospital, the first pediatric gender management clinic established in the United States, where I became a clinical expert in the field of transgender medicine within my specialty of pediatric endocrinology, and also began conducting scientific research and publishing on transgender health care and gender identity.

5.    I am currently an Assistant Professor in Pediatrics at the University of Michigan. I am the founder and Clinical Director of the Child and Adolescent Gender Services clinic at Mott Children's Hospital at the University of Michigan. As the director of this clinic, I have personally evaluated and treated over 100 patients for gender dysphoria. Treatment in the clinic is provided in accordance with The Endocrine Society clinical practice guidelines and the World Professional Association for Transgender Health (WPATH) Standards of Care.[1,2]

6.    I am also the Medical Director of the Comprehensive Gender Services Program for the University of Michigan Health System, in which role I serve as the medical lead for transgender health for transgender adults in the University's Health System.

7.    I am the Director of the Transgender Medicine elective for the University of Michigan Medical School.

8.    I am active in scholarly research involving transgender medicine and have published peer-reviewed articles and other publications on the clinical needs of transgender individuals. A full list of my publications is listed on my CV, a true and correct copy of which is attached to this declaration as Exhibit B.

9.    In the previous four years, I was retained as an expert witness by the plaintiff in *Whitaker v. Kenosha Unified School District*, Case No. 16-cv-943 (E.D. Wis.), a discrimination

case brought on behalf of a transgender student, and testified at a deposition in that case in September 2017. I have not testified as an expert witness at deposition or trial in any other cases.

10.     The compensation to be paid for this declaration and testimony in the case is $200 per hour plus expenses. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I provide.

## Basis for Opinions

11.     My opinions contained in this declaration are based on the following sources: (1) my personal clinical experience treating transgender individuals and my own research on the clinical needs of transgender patients; (2) a review of peer-reviewed research, reflecting the enormous growth in the volume of research related to gender identity over the past 10 years and the etiology of gender dysphoria, as cited in the list of references attached as Exhibit A to this declaration; (3) the governing standards of care within the field of transgender medicine from the American Psychiatric Association (APA), The Endocrine Society, and WPATH, which govern the treatment of gender dysphoria;[1-3] and (4) a review of the Wisconsin Medicaid regulation excluding coverage for gender-affirming surgeries.

## Definitions

12.     I use the following terms in this declaration, as defined below.[4-6]

   a. *Assigned sex* or *sex assigned at birth* refers to the determination of an infant's sex at birth, as male or female, most often based on the delivering practitioner's inspection of the genitalia.

   b. *Gender identity* describes one's internal understanding of one's own sex, for example, boy or girl, man or woman; agender (identifying as having no gender); or a non-binary understanding of one's gender.

3

c.  A *transgender* person feels a discrepancy between their sex assigned at birth and their gender identity.[5]

d.  The term *cisgender* has subsequently been introduced to describe individuals whose gender identity is congruent with or the same as their sex assigned at birth.

e.  *Differences of sex development (DSD)* is a term synonymous with *disorders of sex development* and with *intersex*, which describes any condition where the genitalia are atypical in relation to the chromosomes or gonads.

f.  *Gender transition* refers to the process of living as the sex in which a person identifies when that sex is different from the sex assigned at birth. Transition can include social transition, such as dressing and grooming differently, changing one's name and pronouns, and living in social contexts as the sex with which one identifies. It can also involve medical transition, such as taking hormones to promote physical changes congruent with one's gender identity, and surgical transition if desired. The process of gender transition is individualized, such that not every transgender person may require the same treatments. For example, a transgender person may not desire a surgical intervention, but is no less transgender than a person who does. In adolescence and adulthood, gender transition is often recommended for patients with insistent, consistent, and persistent transgender identity, as it has been demonstrated to mitigate *gender dysphoria* (see below).

g.  *Gender dysphoria in adolescence and adulthood* (gender dysphoria) is defined in the APA's Diagnostic and Statistical Manual of Mental Health Disorders,

4

Fifth Edition (DSM-5) (DSM-5 replaced *gender identity disorder*, a diagnosis listed in previous editions, with *gender dysphoria*).[3] An individual meets the diagnostic criteria for gender dysphoria if the individual experiences a marked difference between the individual's experienced and assigned gender that persists for at least six months and causes significant distress or impaired functioning.

## Discussion

### *Scientific and Medical Understanding of Gender Identity and Sex*

13.    The scientific evidence supports the idea that there are biologically-rooted, immutable, and unchangeable determinants of gender identity. This data also supports the notion that people who affirm a sex different from the sex they were assigned at birth are not making a choice based on their "preference" to be the "other" sex or to be transgender. Rather, they are disclosing to society that the sex they were assigned at birth is, in fact, incorrect.

14.    Many people assume that the word "sex" describes a simple binary—male and female—and that classification of humans into this simple binary is quite straightforward. In fact, one's sexual identity is a complex characterization, which is based on multiple factors. The factors involved in determining one's sex include a person's chromosomes, the genes on these chromosomes, the hormonal milieu, the anatomy, and gender identity. Thus, a person has a chromosomal/genetic sex, a hormonal sex, an anatomic sex, and a gender identity. Many times, all of these factors are congruent making sex determination straightforward. However, in other cases, the factors determining one's sex are not congruent, making sex determination more complicated. In short, development of sex and gender identity is complex, and likely a multifactorial process involving genetic, hormonal, and environmental factors.[7]

15.    There has been an evolving understanding of gender identity over the past several decades within both the scientific community and American culture. The idea that gender diversity is rooted in biological diversity, and should be recognized and respected, has gained cultural and scientific traction and has resulted in greater acceptance of transgender people in many communities. In my professional medical opinion, gender identity is properly understood to be a naturally occurring source of human biological diversity.

16.    One obvious example of this evolution is the change in terminology within the APA's DSM-5, where "gender identity disorder" was reclassified as "gender dysphoria" in the most recent edition of the manual. This change was prompted by the understanding that having a gender identity which is incongruent with one's sex assigned at birth is not itself pathological, but rather the distress caused by this incongruence is what requires evaluation and treatment. Unlike many of the disorders listed in the DSM-5, gender dysphoria is not treated with psychotropic medications, but rather with social support and gender transition. The APA's decision to remove the stigmatizing word "disorder" from the DSM-5 reflects an evolving depathologization for those whose gender identity differs from their sex assigned at birth.[3]

17.    In addition, The Endocrine Society's guidelines and the most current WPATH guidelines, published in 2009 and 2012, respectively, provide consensus statements to medical providers on the proper care for transgender patients.[1,2] Long-term outcomes data demonstrates that treatment of gender dysphoria with medical interventions—including hormonal therapies and surgical procedures—can result in improved psychosocial outcomes. This same outcomes data shows that transgender individuals who have received appropriate medical treatments for gender dysphoria have been shown to have equivalent mental health to the general population, in

stark contrast to the enormous difficulties faced by transgender individuals who have not obtained appropriate treatments.[8]

18.    An individual's gender identity is likely the product of both biological factors (including brain structures and hormonal makeup) and environmental factors.

19.    Emerging research suggests that there are neurobiological bases for being transgender. There have been numerous studies reporting brain differences in transgender individuals compared to controls.[a] Several brain structures seem to be sexually dimorphic, meaning differences are seen between the sexes.[9] This has led researchers to study whether transgender individuals have brain structures that more closely align with their gender identity. In one study, the volume of the bed nucleus of the stria terminalis (a collection of cells in the central brain) in male-to-female (MTF) transgender persons was equivalent to the volume found in cisgender women.[10] Studies of heritability of transgender identity have suggested that genetic factors may contribute to gender development. For example, in a recent review of twin studies, of 23 monozygotic male and female twin pairs where at least 1 twin met the criteria for gender identity disorder, 9 twin pairs (39.1%) were concordant for gender identity disorder—that is, the study suggests that where one twin is transgender, the other is significantly more likely to be transgender than the general population.[11]  To summarize, there are "gender-dimorphic" brain structures that have different characteristics in people with male gender identities and female gender identities regardless of their chromosomal or hormonal sex.

20.    Research on persons with differences of sex development suggests that the hormonal milieu of the developing fetal brain also likely affects gender identity development.

---

[a] A review of these studies is summarized by Rosenthal in *Approach to the Patient: Transgender Youth: Endocrine Considerations*.[9]

Sex hormones, primarily androgens and estrogens, affect sex-specific changes in the developing fetus. During fetal life and infancy, there are significant sex-specific differences in the normal concentrations of these hormones. Peer-reviewed research suggests that these differences may contribute to group differences in behaviors observed between males and females later in life.[12-15] In sum, the research suggests that prenatal hormonal milieu, especially fetal androgen exposure, may play a role in gender identity development.

21.     In short, based on contemporary research, it is my professional opinion that transgender people's gender identity likely has a biological component that may be influenced by environmental factors.

22.     A person's chromosomal sex, anatomic sex, genetic sex, and sex assigned at birth are not all synonymous with each other, and are not individually or collectively synonymous with "sex." In my professional opinion, a transgender person (i.e., someone whose gender identity is incongruent with the person's chromosomal sex or assigned sex), should be categorized according to the person's gender identity. Thus, a person with a female chromosomal sex or who was assigned female at birth based on external genitalia, but who has a male gender identity, should be categorized as male. Likewise, a person with a male chromosomal sex or who was assigned male at birth based on external genitalia, but who has a female gender identity, should be categorized as female.

23.     I find it helpful to use examples from patients with Differences of Sex Development (DSD) in explaining why a transgender individual should be considered the sex that matches the individual's gender identity.

24.     The first example of a DSD is a child born with complete androgen insensitivity syndrome (CAIS) and a 46,XY chromosomal karyotype. CAIS is a genetic mutation making the

8

androgen receptor non-functional. A typical fetus with 46,XY chromosomes develops testicles, which make testosterone; the testosterone then causes changes to the fetal tissues resulting in the development of a penis and scrotum. In CAIS, the tissues are unresponsive to testosterone. Therefore, the fetus with 46,XY chromosomes and CAIS has testicles which make testosterone, but the testosterone has no effect. The infant is born with a normal appearing vagina, but has no uterus and has testicles in the abdomen. CAIS most often goes undiscovered until puberty, when the young woman with the disorder does not have her first period. It is then discovered that she has no uterus, has abdominal testicles, and has a 46,XY karyotype. Despite having a 46,XY karyotype, most of these patients identify as females because their gender identities are female. When the diagnosis is made, girls with CAIS are often upset about the fact that they are infertile. Despite the presence of male reproductive organs, these girls continue to live as female in accordance with their affirmed female gender identities.[31,32] This particular example describes a situation where the chromosomal sex and hormonal sex is male, and the anatomic and gender identity is female.

25.     A second example is a child who, as a result of a DSD, was born with ambiguous genitalia, such that making a sex determination is difficult. The endocrinologist may inform the infant's parents that children with this particular disorder have a gender identity of male 60% of the time and a gender identity of female 40% of the time.[b] In this hypothetical, the parents use this information in their decision to begin to raise the child as a boy. However, when the child is older and able to express her gender identity, the child may state, "I'm not a boy, I'm a girl." The parents may not be surprised by this statement in light of the child's medical history. As the female gender identity becomes insistent, persistent, and consistent over time, the parents

---

[b] These are hypothetical figures for purposes of this example.

recognize that the child was in the 40% (the group with a female gender identity), rather than the 60% (the group with a male gender identity), with this particular DSD. The parents then acknowledge that the medical team incorrectly predicted their child's gender identity at birth, and therefore incorrectly assigned sex, and the child makes a gender transition to female.

26.     In both examples, medical teams considered the expected future gender identity when making recommendations about sex of rearing to parents of children with DSD in an effort to prevent gender dysphoria—the feeling of distress caused by discordance between assigned sex and gender identity. If an infant with ambiguous genitalia were assigned female, but later identified as male, the child would have to make a gender transition. Making such a transition is extremely challenging—youth making a gender transition are at much higher rates of depression, anxiety, and suicidality, likely due to the social impacts making such a transition.[35,36]

27.     Using these examples as a jumping off point, it is possible to analogize to a transgender individual's gender identity development.[16] A child born with *unambiguous* genitalia will initially be assigned a sex based on the infant's genitals. When the child gets older, the child can either confirm that the sex assigned at birth is correct or affirm a different sex. Such a person, in the current societal context, would be considered "transgender" because the person does not have a DSD related to the person's genital anatomy. As described above, the scientific evidence supports the idea that there are biologically-rooted, immutable, and unchangeable determinants of gender identity. This data also supports the notion that people who affirm a sex different from the sex they were assigned at birth are not making a choice based on their preference to be transgender; they are disclosing to society that the sex they were assigned at birth is, in fact, incorrect. In this way, a transgender person is similar to a person born with DSD who was assigned a sex different from the person's later-affirmed gender identity.

28.     Another question frequently raised is how one can know whether a transgender person's gender identity is legitimate. Some question, for example, whether a transgender person is simply going through a phase. In a situation where an individual experiences progressive gender dysphoria during or after puberty—and, in turn, consistently and persistently lives in accordance with the person's gender identity—the permanence of the individual's cross-gender identity is extremely likely.[1,2,8,17-19] In order to gain insight into a specific individual's gender identity, I recommend that the individual be assessed by a competent mental health professional trained in gender identity evaluation.[1,2]

### *Governing Standards of Care for Treating Gender Dysphoria*

29.     Medical treatment of transgender individuals is governed by the WPATH Standards of Care, The Endocrine Society's guidelines, and the APA's DSM-5.[1-3] These standards have been broadly endorsed by the medical community, including the American Academy of Pediatrics,[20] the American Congress of Obstetricians and Gynecologists,[21] the Pediatric Endocrine Society,[1] and the American Medical Association.[22]

30.     WPATH is a non-profit, interdisciplinary professional and educational organization devoted to transgender health. The most recent Standards of Care developed by WPATH were published in 2012, and represent expert consensus for clinicians related to medical care for transgender people. The consensus guidelines describe a variety of therapeutic options which may be helpful for transgender individuals, including social transition, hormone therapy, surgeries, and psychotherapy. The WPATH Standards of Care are considered authoritative because they are written by the preeminent researchers and clinicians within the field of gender identity.[2]

31. The Endocrine Society is a 100-year-old global membership organization representing professionals in the field of adult and pediatric endocrinology. In 2017, The Endocrine Society published updated clinical practice guidelines.[1] The guidelines were co-sponsored by the American Association of Clinical Endocrinologists, the American Society of Andrology, the European Society for Pediatric Endocrinology, the European Society of Endocrinology, the Pediatric Endocrine Society, and the World Professional Association for Transgender Health. The guidelines are considered authoritative due to the respect given to these professional associations, the expertise of the authors, and the clarity with which the authors described what data was used in formulating recommendations. The guidelines state that eligible transgender persons with gender dysphoria require safe and effective hormone regimens, following a social transition, which may be followed by appropriate surgical interventions based on individual need.

32. The DSM, published by the APA, provides definitions and diagnostic criteria for psychiatric conditions. The DSM is the preeminent resource for diagnostic criteria for mental health clinicians in the US. The fifth edition, DSM-5, was published in 2013.[3] In DSM-5, gender identity disorder was reclassified as gender dysphoria. Clinicians use the DSM definition of gender dysphoria when making a diagnosis. This is important in determining which patients may benefit from an intervention, such as a social transition or a medical intervention. The diagnosis is made when a patient has incongruence between the expressed or experienced gender and the sex assigned at birth, lasting for at least six months, and causing distress or impairment across different social settings or contexts.

33. The American College of Obstetricians and Gynecologists and the American Medical Association have released consensus opinions outlining the importance of providing

high-quality and non-discriminatory care to transgender persons and endorsing the clinical standards outlined above.[21,22]

### Role of Medical Treatment in a Gender Transition

34.     Primary goals of transition-related medical interventions to treat gender dysphoria include (1) prevention or elimination of the development of unwanted secondary sex characteristics of the assigned sex, and (2) promotion or reconstruction of the development of desired secondary sex characteristics of the sex associated with the gender identity. Broader objectives include reduction in dysphoric feelings; reduction in comorbid depression, anxiety, and suicidality; and enhanced ability to "pass" as the sex associated with an individual's gender identity with subsequent improvement in quality of life and general functioning.

35.     The use of the gender affirming hormonal interventions, including testosterone and estrogen, to promote the development of desired secondary sex characteristics in transgender persons can be considered in carefully screened and counseled adolescents with gender dysphoria. Specifically, the use of 17b-estradiol in male-to-female individuals, and testosterone in female-to-male individuals, are used to induce the development of the secondary sex characteristics of the sex associated with their gender identity. Broad goals of treatment are to improve psychological functioning and general well-being, and enhance the patient's ability to present as the person's affirmed gender in social life.

36.     For a transgender boy or man, the discrepancies between the physical manifestations of his biology (his feminine appearance) and his male gender identity are causing dysphoria, or extreme distress, which is resulting in impairment in general functioning (e.g., depression, anxiety). Testosterone, used as a medication, can promote the development of male

secondary sex characteristics in this patient (e.g., deeper voice, facial and body hair, masculine appearance).

37.    Likewise, for a transgender girl or woman, the discrepancies between the physical manifestations of her biology (her masculine appearance) and her female gender identity are causing dysphoria, or extreme distress, which is resulting in impairment in general functioning (e.g., depression, anxiety). Estrogen, used as a medication, can promote the development of breasts, a more feminine body habitus, and reduction in testosterone production and effect.

38.    Testosterone or estrogen treatments lead to physical changes that can reduce dysphoria, and provide the opportunity for transgender individuals to live life with their body in congruence with their gender identity. This has been shown to reduce dysphoria and improve functioning, in addition to mental health care and family and social supports.[10]

39.    Mental health and medical providers caring for transgender patients become familiar with common surgical interventions used in the transgender patient population, and are knowledgeable about what surgical resources are available. Surgical interventions used in transgender persons for the purposes of transition are often referred to as gender affirmation or gender confirmation surgeries. These surgeries typically follow a social transition and hormonal interventions.[1,2] Surgical procedures available to transgender adults may include genital surgeries, chest surgeries, and a variety of other gender affirming procedures. The most common surgical procedures performed in male-to-female individuals include breast augmentation surgery; genital surgery including penectomy, orchiectomy, and vaginoplasty; facial feminization surgeries; voice surgery; thyroid cartilage reduction; and hair reconstruction. Electrolysis or laser hair removal is also commonly performed. In female-to-male individuals, surgical procedures include mastectomy and genital surgeries including

14

hysterectomy/salpingoophorectomy, metoidioplasty with phalloplasty, vaginectomy, scrotoplasty, and implantation of erectile and testicular prostheses.[2]

40.    Surgery is also not desired by or clinically appropriate for every transgender person. A person's history of having or not having a surgery is not part of any criteria for gender dysphoria. That said, when gender affirmation surgery is required to treat gender dysphoria, it should be considered a medically necessary intervention with the potential to provide tremendous benefit in reduction of the gender dysphoria.[1,2]

## Opinions and Conclusions

41.    In my professional opinion, variation in gender identity is a naturally occurring source of human diversity. When gender identity is discordant from anatomic sex, gender dysphoria can occur. Given the literature regarding the biological underpinnings of gender identity, adults with a diagnosis of gender dysphoria have not chosen to be transgender, but rather have an immutable difference in gender. Treatment with social, hormonal, and surgical interventions is known to be helpful for these persons and should be considered medically necessary.

42.    In my professional opinion, based on my clinical experience as an endocrinologist, my research on transgender health care, and my review of the literature, failure to provide a transgender person with clinically appropriate medical treatments consistent with the prevailing standards of care, as outlined above, is medically harmful. In my professional opinion, with our current knowledge of gender identity and gender dysphoria, failure to provide these medically necessary interventions is not medically ethical.

43.    In my professional opinion, a categorical exclusion on Medicaid/insurance coverage for transition-related surgeries and hormone treatments is at complete odds with the

15

prevailing standards of care. Such a policy puts the lives of individuals living with gender dysphoria at risk. The premise that such treatments are always medically unnecessary, as stated in Wisconsin's Medicaid policy, ignores the medical literature and the evidence-based guidelines outlined in this declaration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this __16th__ day of May, 2018.

_____
Daniel E. Shumer, MD, MPH