# EXHIBIT B

# C.V. of Daniel Shumer, MD, MPH

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

Prepared: 05/15/2018

Education and Training

08/2000 – 08/2003    Undergraduate Education:
Northwestern University, Weinberg College of Arts and Sciences
Evanston, IL

08/2003 – 01/2004    National Outdoor Leadership School
Semester in New Zealand

08/2004 – 05/2008    Medical School:
Northwestern University, Feinberg School of Medicine
Chicago, IL
Doctor of Medicine

06/2008 – 06/2009    Pediatric Internship:
Vermont Children's Hospital at Fletcher Allen Health Care
University of Vermont
Burlington, VT

07/2009 – 06/2011    Pediatric Residency:
Vermont Children's Hospital at Fletcher Allen Health Care
University of Vermont
Burlington, VT

07/2011 – 06/2012    Pediatric Chief Resident
Vermont Children's Hospital at Fletcher Allen Health Care
University of Vermont
Burlington, VT

07/2013 – 05/2015    Graduate Education:
Harvard T. H. Chan School of Public Health
Boston, MA
Masters of Public Health

07/2012 – 06/2015    Clinical Fellow – Pediatric Endocrinology
Boston Children's Hospital
Harvard University
Boston, MA

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

07/2013 – 06/2015   Research Fellow – Pediatric Health Services Research
Fellowship
Harvard University
Boston, MA

## Certification and Licensure

American Board of Pediatrics – Certification Exam, passed 10/10/2011

Vermont Limited/Training Medical License, #060-0003620, 5/21/2008 to 6/30/2011
Montana Temporary Medical License, #12616, 5/1/2011 to 8/1/2011
        (License required for one month rural elective in Butte, Montana)
Vermont Full Medical License, #042-0012179, 06/30/11 to 11/30/2012
Massachusetts Limited/Training Medical License, #250835, 4/4/2012 to 10/03/2013
Massachusetts Full Medical License, #253558, 10/03/2012 to 10/03/1015
Michigan Full Medical License, #4301108597, 8/7/2015 to present

## Clinical Appointments

08/2013 – 09/2015   Pediatrician – Acute Care Moonlighter
Harvard Vanguard Medical Associates
Braintree, MA

10/2015 – present   Assistant Professor
Division of Pediatric Endocrinology
Department of Pediatrics and Communicable Diseases
University of Michigan
Ann Arbor, MI

11/2016 – present   Medical Director of the Comprehensive Gender Services
Program at the University of Michigan

10/2015 – present   Clinical Director of the Child and Adolescent Gender Services
Team at Mott Children's Hospital

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

07/2016 – present   Pediatric Endocrinologist lead in the multidisciplinary Prader Willi Syndrome Clinic at Mott Children's Hospital

## Research Interests

1. The evaluation and treatment of the transgender adolescent
2. Mental health and gender non-conformity
3. Developmental delay and autism spectrum disorder and gender non-conformity
4. Disorders of sex development

## Grants

Current
2015 – present   Internal funding for research study
*Co-investigator on study to examine social media use among transgender adolescents*

2017 – present   Grant awarded by the Department of Diversity, Equity and Inclusion at Michigan Medicine
*Award to fund community participation in the University-wide Transgender Research Group*

Previous
2012 – 2015   Research Grant sponsored by the Eunice Kennedy Shriver National Institute of Child Health and Human Development; 1T32HD075727-01
*Funded as a Research Fellow in the Harvard Pediatric Health Services Research Fellowship; sponsors tuition at Harvard School of Public Health and my fellowship research related to provision of health care for transgender adolescents*

2009 – 2012   Project Grant from the Vermont Children's Miracle Network
*Designed and created a mentoring program for adolescents with type 1 diabetes, the "Vermont Diabetes Mentoring Project"*

## Honors and Awards

12/2016   Child and Adolescent Gender Services Team awarded *The U-M Distinguished Diversity Leaders Award* under my leadership

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

---

| 05/2014 | Annual Pediatric Endocrine Society Essay Competition: Ethical Dilemmas in Pediatric Endocrinology **Competition Winner:** *The Role of Assent in the Treatment of Transgender Adolescents* |

## Memberships in Professional Societies

| 05/2015 – present | American Academy of Pediatrics |
| 05/2015 – present | American Academy of Pediatrics – Section on LGBT Health and Wellness |
| 05/2015 – present | World Professional Association for Transgender Health |
| 07/2012 – present | Pediatric Endocrine Society |

## Peer-Review Service

| 2017, 2018 | Reviewer – Pediatrics |
| 2017 | Reviewer – Canadian Medical Association Journal |
| 2017 | Reviewer – New England Journal of Medicine |
| 2017, 2016 | Reviewer – Transgender Health |
| 2016 | Reviewer – International Journal of School and Cognitive Psychology |
| 2016 | Reviewer – PLOS ONE |
| 2016 | Reviewer – Clinical Medical Journals |
| 2015 | Reviewer – Journal of Autism and Developmental Disorders |
| 2014 | Reviewer – Pharmacotherapy |
| 2014 | Reviewer – Psychological Science |

## Teaching and Mentorship

| 09/2017 – present | Branches Advisor *I am an advisor to M3/M4 medical students as part of the Branches Advisorship Program* |
| 07/2017 – present | Mentor *Mentee: Adrian Araya, Fellow in Pediatric Endocrinology* |
| 04/2016 – present | Course Director: Medical Student Elective in Transgender Medicine |

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

---

|  |  |
|---|---|
|  | *I coordinate and instruct a multidisciplinary Medical Student Elective available for registration during the M4 year; will be offered beginning July 2017* |
| 12/2017 | Nursing Unit (12-West) Annual Educational Retreat "Gender identity at the Children's Hospital" *Provided education to pediatric nurses around the topic of gender identity at their annual educational retreat* Michigan Medicine |
| 10/2017 | Transgender and Gender Non-Conforming Youth: Best Practices for Mental Health Clinicians, Educators, & School Staff *Planned, hosted, and spoke at a conference around topics related to gender identity and youth with 200+ attendees from the fields of mental health and education from across Michigan* Ypsilanti, MI |
| 10/2017 | Division Conference "Hot Topics in Transgender Medicine" Michigan Medicine – Division of Pediatric Endocrinology |
| 10/2017 | Family Medicine Annual Conference "Transgender Medicine" Michigan Medicine – Department of Family Medicine |
| 05/2017 | Division Conference "Update in Transgender Medicine" Michigan Medicine – Division of Pediatric Endocrinology Ann Arbor, MI |
| 04/2017 | Fellow Didactic Lecture "Androgen Physiology" Michigan Medicine – Division of Pediatric Endocrinology Ann Arbor, MI |
| 03/2017 | Pharmacy School Education *Presented lecture on LGBT Health for University of Michigan Pharmacy Students* University of Michigan, School of Pharmacy Ann Arbor, MI |

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

---

02/2017              Swartz Rounds
                     *Clinical Case Presentation*
                     Michigan Medicine
                     Ann Arbor, MI

02/2017              Presentation to Division of General Medicine
                     "Transgender Health"
                     Michigan Medicine
                     Ann Arbor, MI

02/2017              Presentation at Collaborative Office Rounds
                     "Transgender Health"
                     Michigan Medicine
                     Ann Arbor, MI

03/2016 – 02/2017    Mentor
                     *Mentee: Colleen Moran, Fellow in Pediatric Endocrinology*

10/2016              Presentation to Clinical Staff
                     "Primary Care for Transgender Patients"
                     University Health Service
                     University of Michigan
                     Ann Arbor, MI

10/2016              Presentation to Department of Dermatology
                     "The iPLEDGE program and transgender patients"
                     Michigan Medicine
                     Ann Arbor, MI

09/2016              Presentation to ACU Leadership
                     *Presented on Gender Identity Cultural Competencies*
                     Michigan Medicine
                     Ann Arbor, MI

07/2016              Internal Medicine Resident Education
                     *Presented on gender identity to internal medicine residency*
                     Michigan Medicine
                     Ann Arbor, MI

05/2016              Pediatric Rheumatology Divisional Conference
                     *Presented on gender dysphoria to division*

---

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

---

                    Michigan Medicine
                    Ann Arbor, MI

04/2016           Rheumatology Grand Rounds
                    "Gender Identity"
                    Michigan Medicine
                    Ann Arbor, MI

04/2016           Abstract Reviewer
                    *Pediatric Resident Scholarly Activity Abstracts (2016)*
                    University of Michigan Medical School
                    Ann Arbor, MI

03/2016           Pharmacy School Education
                    *Presented lecture on LGBT Health for University of Michigan Pharmacy Students*
                    University of Michigan, School of Pharmacy
                    Ann Arbor, MI

02/2016           Medical Student Education
                    *Panelist for M1 Class Session on LGBT Health as part of the "Doctoring" Curriculum*
                    Ann Arbor, MI

02/2016           Psychiatry Grand Rounds
                    "Transgender Medicine – A Field in Transition"
                    Michigan Medicine
                    Ann Arbor, MI

12/2015           Pediatric Grand Rounds
                    "Transgender Medicine – A Field in Transition"
                    Mott Children's Hospital – University of Michigan
                    Ann Arbor, MI

11/2015           Medical Student Education
                    Noon Lecture
                    *Presentation to medical students and community members during Trans Awareness Week*
                    "The Transgender Adolescent"
                    University of Michigan Medical School
                    Ann Arbor, MI

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

02/2014 – 06/2015   Clinical Preceptor
*Preceptor for students from Boston University School of Medicine attending the Gender Management Services Clinic during their elective in Transgender Medicine*
Boston Children's Hospital
Boston, MA

02/2015            Boston Children's Hospital – Division of Adolescent Medicine
*Presentation to Adolescent Medicine Fellows*
"Medical Management of the Transgender Adolescent"

01/2014            Objective Structured Clinical Examination – Instructor
Patient-Doctor Course for Second Year
Harvard Medical School
Boston, MA

11/2012            Mini Grand Rounds
"A Case of Ambiguous Genitalia; A Case of Hypothyroidism"
*This is a case-based lecture given to the residents of the Boston Combined Pediatric Residency Program*
Boston Children's Hospital
Boston, MA

07/2011 – 06/2012   Pediatric Advanced Life Support – Instructor
Vermont Children's Hospital at Fletcher Allen Health Care
Burlington, VT

07/2011 – 06/2012   Neonatal Resuscitation Program – Instructor
Vermont Children's Hospital at Fletcher Allen Health Care
Burlington, VT

07/2011 – 06/2012   Morning Report
*As Chief Resident, led bi-weekly case-based teaching sessions for the Pediatric Residency Program*
Vermont Children's Hospital at Fletcher Allen Health Care
Burlington, VT

8/2010             Pediatric Grand Rounds
"An Interesting Case from the Wards"

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

Presented a case of precocious puberty associated with an adrenocortical tumor and Li-Fraumeni Syndrome
Vermont Children's Hospital at Fletcher Allen Health Care
Burlington, VT

01/2004 – 08/2004    Kaplan Test Prep MCAT – Instructor
Highland Park, IL

## Committee, Organizational, and Volunteer Service

Institutional
11/2017 – Present    Divisional Diversity, Equity and Inclusion Champion
Michigan Medicine, Division of Pediatric Endocrinology
Ann Arbor, MI

08/2017 – Present    University of Michigan Transgender Research Group – Director
*I run a working group of researchers from across the University studying topics related to gender identity who meet 6 times yearly*
University of Michigan
Ann Arbor, MI

07/2017 – Present    Diversity, Equity and Inclusion Action Committee Member
Michigan Medicine, Department of Pediatrics
Ann Arbor, MI

07/2013 – 10/2014    Quality and Innovation Committee Member
Boston Children's Hospital, Division of Endocrinology
Boston, MA

07/2011 – 06/2012    Resident Selection Committee Member
Vermont Children's Hospital at Fletcher Allen Health Care
Burlington, VT

07/2011 – 06/2012    Residency Leadership Committee Member
Vermont Children's Hospital at Fletcher Allen Health Care
Burlington, VT

Regional
01/2013 – 09/2015    Investigational Review Board – Voting Member
The Fenway Institute
Boston, MA

Daniel Evan Shumer, MD, MPH
Date Prepared: 4/25/2016

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

National
05/2014 – 10/2016    Pediatric Endocrine Society – Ethics Committee Member

Volunteer Service
04/2015    Community Service at Groton School, Groton, MA
*Invited to address student body during assembly for National Day of Silence*

03/2015    Community Service at Newton South High School, Newton, MA
*Invited to set up an informational booth about transgender health at the school's production of Rocky Horror Picture Show*

07/2014    Camp Joslin (Type 1 Diabetes Camp)
*Under attending supervision, participated in summer camp as the camp physician*

06/2014    Transgender Health for Schools and Teachers
*Gave a lecture titled "Hormones 101" at a conference meant to educate area educators about their transgender students*

03/2014    Transgender Health for Patients and Families
*Gave a lecture titled "Hormones 101" at a conference meant to support and educate transgender children and their families*

## Extramural Invited Presentations

01/2018    Invited Speaker
"Working with transgender and gender non-conforming youth"
Michigan Association of Osteopathic Family Physicians
Bellaire, MI

01/2018    Speaker at "Community Conversations" in Lake Orion, MI
*Invited to lead a community discussion on topics related to gender identity and transgender youth.*
Lake Orion, MI

11/2017    National Transgender Health Summit
"Development of a Transgender Medicine Elective for 4th Year Medical Students"
Oakland, CA

Daniel Evan Shumer, MD, MPH
Date Prepared: 4/25/2016

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

| | |
|---|---|
| 11/2017 | Endocrinology Grand Rounds<br>"Transgender Medicine"<br>Wayne State University<br>Detroit, MI |
| 11/2017 | Invited Speaker<br>"Care of the Transgender Adolescent"<br>St. John Hospital Conference:  "Transgender Patients: Providing Compassionate, Affirmative and Evidence Based Care"<br>Grosse Pointe Farms, MI |
| 11/2017 | Invited Speaker<br>*Evening lecture to medical students*<br>"Hormonal Care in Transgender Adolescents"<br>Michigan State University – School of Osteopathic Medicine<br>Detroit, MI |
| 10/2017 | Conference Organizer and Speaker<br>*Transgender and Gender Non-Conforming Youth: Best Practices for Mental Health Clinicians, Educators, & School Staff*<br>Washtenaw Community College<br>I helped organize and run this conference for over 200 attendees, geared toward mental health professionals and school staff across the state of Michigan, and gave a lecture at the conference on medical issues related to gender transition. |
| 06/2017 | Partners in Pediatric Care – 2017 Conference<br>"Care of the Transgender Adolescent"<br>Traverse City, MI |
| 05/2017 | Grand Rounds<br>Veterans Administration Ann Arbor Healthcare System<br>"Transgender Medicine"<br>Ann Arbor, MI |
| 05/2017 | Partners in Pediatric Care – 2017 Conference<br>"Care of the Transgender Adolescent"<br>Ann Arbor, MI |
| 05/2017 | Invited Speaker |

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

---

*Presentation to local non-profit healthcare organization*
"Gender Identity"
Hegira Programs
Detroit, MI

02/2017          Pediatric Grand Rounds
                 St. John Hospital and Medical Center
                 "Transgender Youth: A Field in Transition"
                 Detroit, MI

11/2016          Pediatric Grand Rounds
                 "Hormonal Management of Transgender Youth"
                 Beaumont Children's Hospital
                 Royal Oak, MI

11/2016          Invited Speaker
                 "Transgender Youth: A Field in Transition"
                 Temple Beth Emeth
                 Ann Arbor, MI

11/2016          Invited Speaker
                 "Transgender Youth: A Field in Transition"
                 Washtenaw County Medical Society
                 Ann Arbor, MI

11/2016          Invited Speaker
                 *Evening lecture to medical students*
                 "Hormonal Care in Transgender Adolescents"
                 Michigan State University – School of Osteopathic Medicine
                 Detroit, MI

10/2016          Invited Speaker
                 "Gender Identity"
                 Pine Rest Christian Mental Health Services
                 Grand Rapids, MI

09/2016          Invited Oral Presentation
                 "Gender Identity"
                 Humanists of Southeast Michigan
                 Farmington Hills, MI

Daniel Evan Shumer, MD, MPH
Date Prepared: 4/25/2016                                              12

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

---

06/2016          Invited Oral Presentation
                 "Overrepresentation of Adopted Children in a Hospital Based
                 Gender Program"
                 World Professional Association of Transgender Health –
                 Biennial International Symposium
                 Amsterdam, Netherlands

06/2016          Invited Oral Presentation
                 "Mental Health Presentation of Transgender Youth Seeking
                 Medical Intervention"
                 World Professional Association of Transgender Health –
                 Biennial International Symposium
                 Amsterdam, Netherlands

05/2016          Invited Oral Presentation
                 "It gets better: Promoting safe and supportive healthcare
                 environments for Sexual Minority and Gender Non-Conforming
                 Youth"
                 Mini-Course at 2016 Pediatric Academic Societies' Annual
                 Meeting
                 Baltimore, MD

04/2016          Invited Speaker
                 "Hormonal Care in Transgender Adolescents"
                 Adolescent Health Initiative: Conference on Adolescent Health
                 Ypsilanti, MI

04/2016          Television Appearance
                 Channel 7 WXYZ Detroit
                 *Appeared to discuss gender identity in adolsecents*

03/2016          Invited Speaker
                 "Hormonal Care in Transgender Adolescents"
                 Michigan State University – School of Osteopathic Medicine
                 Department of Psychiatry
                 East Lansing, MI

01/2016          Invited Speaker
                 *Evening lecture to medical students*
                 "Hormonal Care in Transgender Adolescents"
                 Michigan State University – School of Osteopathic Medicine

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

---

Detroit, MI

01/2016          Pediatric Grand Rounds
                 "Hormonal Care in Transgender Adolescents"
                 St. Joseph Mercy Hospital, Department of Pediatrics
                 Ypsilanti, MI

09/2015          Invited Lecturer
                 *Lecture to first and second year medical students participating*
                 *in an LGBT Health Elective*
                 "Transgender Medicine – A Field in Transition"
                 University of Massachusetts Medical School
                 Worchester, MA

06/2015          Pediatric Grand Rounds
                 "Medical Care of the Transgender Adolescent: A Field in
                 Transition"
                 University of Massachusetts Medical School
                 Worchester, MA

05/2014          Invited Speaker
                 "Health Care for Transgender Adolescents: A Field in
                 Transition"
                 Pediatric Endocrinology Nurses Society – Annual Conference
                 Louisville, KY

04/2014          Invited Television Show Panelist
                 "Trans Youth: Deciding Who You Are"
                 *The Stream*
                 Al Jazeera English

03/2014          Course: Contemporary Issues in Transgender Studies
                 Lecture: *The Transgender Adolescent*
                 Tufts University
                 Medford, MA

02/2014          Presentation to Pediatric Residents and Pediatricians
                 "Heath Care for Children and Adolescents with Gender
                 Dysphoria/Transgenderism: Ethical, Political and Logistic
                 Challenges"
                 University of Vermont Medical School

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

Burlington, VT

11/2013              Presentation to Medical Students
                     "Heath Care for Children and Adolescents with Gender
                     Dysphoria/Transgenderism: Ethical, Political and Logistic
                     Challenges"
                     University of Massachusetts Medical School
                     Worchester, MA

11/2013              Presentation to Medical Students
                     "Heath Care for Children and Adolescents with Gender
                     Dysphoria/Transgenderism: Ethical, Political and Logistic
                     Challenges"
                     Boston University Medical School
                     Boston, MA

03/2012              Workshop Presentation
                     "Longitudinal Advocacy Curriculum"
                     Association of Pediatric Program Directors, Annual Conference
                     Miami, FL

05/2011              Presentation to the Advocacy Special Interest Group
                     "Vermont Diabetes Mentoring Project"
                     Pediatric Academic Society, Annual Meeting
                     Denver, CO

10/2010              Workshop Presentation
                     "Vermont Diabetes Mentoring Project"
                     11th Annual Minnesota Mentoring Conference
                     Minneapolis, MN

## Bibliography

*Peer-Reviewed Publications:*
1. **Shumer DE**. *Doctor as Environmental Steward*. Wilderness and
   Environmental Medicine. 2009; 20(1):91.

2. **Shumer DE**, Spack NP. Current management of Gender Identity Disorder in
   Childhood and Adolescence: Guidelines, Barriers and Areas of Controversy.
   Curr Opin Endocrinol Diabetes Obes. 2013; 20(1):69-73. Review.

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

3. **Shumer DE**, Mehringer JE, Braverman LE, Dauber A. Acquired Hypothyroidism in an Infant Related to Excessive Maternal Iodine Intake: Food for Thought. Endocr Pract. 2013; 19(4):729-31.

4. **Shumer DE**, Thaker V, Taylor GA, Wassner AJ. Severe hypercalcemia due to subcutaneous fat necrosis: presentation, management and complications. Arch Dis Child Fetal Neonatal Ed. 2014; 99(5):F419-21.

5. **Shumer DE**, Roberts AL, Reisner SL, Lyall K, Austin SB. Brief Report: Autistic Traits in Mothers and Children Associated with Child's Gender Nonconformity. J Autism Dev Disord. 2015 May; 45(5):1489-94.

6. Reisner SL, Vetters R, Leclerc M, Zaslow S, Wolfrum S, **Shumer D**, Mimiaga, MJ. Mental Health of Transgender Youth in Care at an Adolescent Urban Community Health Center: A Matched Retrospective Cohort Study. J Adolesc Health. 2015 Mar; 56(3):274-9.

7. **Shumer DE**, Spack NP. Paediatrics: Transgender medicine – long term-outcomes from 'the Dutch model'. Nat Rev Urol. 2015 Jan; 12(1):12-3. Editorial.

8. Tishelman A, Kaufman R, Edwards-Leeper L, Mandel, F, **Shumer DE**, Spack, N. Serving transgender youth: challenges, dilemmas, and clinical examples. Prof Psychol-Res Pr. 2015 Feb; 46(1):37-45.

9. Guss C, **Shumer D**, Katz-Wise SL. Transgender and Gender Nonconforming Adolescent Care: Psychosocial and Medical Considerations. Curr Opin Pediatr. 2015 Aug; 27(4):421-6. Review.

10. **Shumer DE**, Tishelman AC. The Role of Assent in the Treatment of Transgender Adolescents. Int J Transgend. 2015 Oct; 16(2):97-102.

11. **Shumer DE**, Reisner SL, Edwards-Leeper L, Tishelman A. Evaluation of Asperger Syndrome in Youth Presenting to a Gender Dysphoria Clinic. LGBT Health. 2016 Oct;3(5):387-90.

12. **Shumer DE**, Nokoff NJ, Spack, NP. Advances in the Care of Transgender Children and Adolescents. Adv in Pediatr. 2016 Aug; 63(1);79-102.

13. Strang JF, Meagher H, Kenworthy L, de Vries AL, Menvielle E, Leibowitz S, Janssen A, Cohen-Kettenis P, **Shumer DE**, Edwards-Leeper L, Pleak RR, Spack

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

N, Karasic DH, Schreier H, Balleur A, Tishelman A, Ehrensaft D, Rodnan L, Kuschner ES, Mandel F, Caretto A, Lewis HC, Anthony LG. Initial clinical guidelines for co-occurring autism spectrum disorder and gender dysphoria or incongruence in adolescents. J Clin Child Adolesc Psychol. 2016 Oct; 24: 1-11.

14. **Shumer DE**, Harris LH, Opipari VP. The Effect of Lesbian, Gay, Bisexual, and Transgender-Related Legislation on Children. J Pediatr. 2016 Nov; 178:5-6.e1

15. **Shumer DE,** Abrha A, Feldman HA, Carswell J. Overrepresentation of Adopted Adolescents at a Hospital-Based Gender Dysphoria Clinic. Transgen Health. 2017 May 1;2(1):76-79.

16. Tishelman A, Nahata L, **Shumer DE**. Disorders of Sex Development: Pediatric Psychology and the Genital Exam. J Pediatr Psychol. 2017 June 1;42(5):530-543.

17. Edwards-Leeper L, Feldman HA, Lash BR, **Shumer DE**, Tishelman AC. Psychological Profile of the First Sample of Transgender Youth Presenting for Medical Intervention in a U.S. Pediatric Gender Center. Psychology of Sexual Orientation and Gender Diversity. 2017 4(3), 374-382.

18. **Shumer D.** Health Disparities Facing Trasgender and Gender Nonconforming Youth Are Not Inevitable. Pediatrics. 2018 [epub ahead of print]

*Non Peer-Reviewed Publications:*

1. **Shumer D**. *The Effect of Race and Gender Labels in the Induction of Traits.* Northwestern Journal of Race and Gender Criticism. 2004.

2. **Shumer DE**. "A Tribute to Medical Stereotypes." The Pharos, Journal of the Alpha Omega Alpha Medical Society. Summer 2007.

*Book Chapter*

1. **Shumer D.** *Coma* in: The 5-Minute Pediatric Consult, 6th Edition. Schwartz, MW. Lippincott Williams & Wilkins. Philadelphia, PA. 2012.

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

2. **Shumer DE**, Spack NP. Medical Treatment of the Adolescent Transgender Patient in: *Gender Affirmation: Medical and Surgical Perspectives*. CRC Press/Taylor & Francis. 2016.

3. **Shumer DE**, Kinnear HA. Duration of Pubertal Suppression and Initiation of Gender-Affirming Hormone Treatment in Youth in: *Pubertal Suppression in Transgender Youth*. Finlayson. Elsevier. In press.

4. **Shumer DE**, Araya A. Endocrinology of Transgender Care – Children and Adolescents in: *Transgender Medicine: A Multidisciplinary Approach*. Poretsky and Hembree. Springer. In process.