**EXHIBIT A**

**References**

# References

American Psychiatric Association. (2013). *Diagnostic and statistical manual of mental disorders, (DSM-5)*: American Psychiatric Association.

Anderson, N. B. (1989). Racial differences in stress-induced cardiovascular reactivity and hypertension: current status and substantive issues. *Psychological Bulletin, 105*(1), 89-105.

Bockting, W. O., Miner, M. H., Romine, R. E., Hamilton, A., & Coleman, E. (2013). Stigma, mental health, and resilience in an online sample of the US transgender population. *American Journal of Public Health, 103*(5), 943-951.

Brown, G. R. (2010). Autocastration and autopenectomy as surgical self-treatment in incarcerated persons with gender identity disorder. *International Journal of Transgenderism, 12*(1), 31-39.

Canner, J. K., Harfouch, O., Kodadek, L. M., Pelaez, D., Coon, D., Offodile, A. C., . . . Lau, B. D. (2018). Temporal trends in gender-affirming surgery among transgender patients in the United States. *JAMA Surgery, Ahead of print.*

Clements-Nolle, K., Marx, R., & Katz, M. (2006). Attempted suicide among transgender persons: The influence of gender-based discrimination and victimization. *Journal of Homosexuality, 51*(3), 53-69.

Cole, C. M., O'boyle, M., Emory, L. E., & Meyer III, W. J. (1997). Comorbidity of gender dysphoria and other major psychiatric diagnoses. *Archives of Sexual Behavior, 26*(1), 13-26.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., . . . Meyer, W. J. (2012). Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. *Int J Transgenderism, 13*(4), 165-232.

Conron, K. J., Scott, G., Stowell, G. S., & Landers, S. J. (2012). Transgender health in Massachusetts: Results from a household probability sample of adults. *American Journal of Public Health, 102*(1), 118-122.

Cruz, T. M. (2014). Assessing access to care for transgender and gender nonconforming people: A consideration of diversity in combating discrimination. *Social Science and Medicine, 110*(0), 65-73.

Dewey, J. M. (2008). Knowledge legitimacy: How trans-patient behavior supports and challenges current medical knowledge. *Qualitative Health Research, 18*(10), 1345-1355.

Flores, A. R., Herman, J. L., Gates, G. J., & Brown, T. N. T. (2016). How many adults Identify as transgender in the United States? Los Angeles, CA: The Williams Institute. Retrieved from http://williamsinstitute.law.ucla.edu/wp-content/uploads/How-Many-Adults-Identify-as-Transgender-in-the-United-States.pdf

Geronimus, A. T., Hicken, M. T., Pearson, J. A., Seashols, S. J., Brown, K. L., & Cruz, T. D. (2010). Do US black women experience stress-related accelerated biological aging? *Human Nature, 21*(1), 19-38.

Goffman, E. (1963). *Stigma: Notes on the management of spoiled identity*. Englewood Cliffs, NJ: Prentice-Hall.

Gonzales, G., & Henning‐Smith, C. (2017). Barriers to care among transgender and gender nonconforming adults. *The Milbank Quarterly, 95*(4), 726-748.

Grant, J. M., Mottet, L. A., Tanis, L. A., Harrison, J., Herman, J. L., & Keisling, M. (2011). Injustice at every turn: A report of the National Transgender Discrimination Survey.

Washington, DC: National Center for Transgender Equality and National Gay and Lesbian Task Force. Retrieved from http://www.thetaskforce.org/static_html/downloads/reports/reports/ntds_full.pdf

Grollman, E. A. (2014). Multiple disadvantaged statuses and health the role of multiple forms of discrimination. *Journal of Health and Social Behavior, 55*(1), 3-19.

Guyll, M., Matthews, K. A., & Bromberger, J. T. (2001). Discrimination and unfair treatment: relationship to cardiovascular reactivity among African American and European American women. *Health Psychology, 20*(5), 315-325.

Haas, A. P., Rodgers, P. L., & Herman, J. L. (2014). Suicide attempts among transgender and gender non-conforming adults. Los Angeles, CA: The Williams Institute. Retrieved from https://williamsinstitute.law.ucla.edu/wp-content/uploads/AFSP-Williams-Suicide-Report-Final.pdf

Hatzenbuehler, M. L., Bellatorre, A., Lee, Y., Finch, B. K., Muennig, P., & Fiscella, K. (2014). Structural stigma and all-cause mortality in sexual minority populations. *Social Science and Medicine, 103*, 33-41.

Hatzenbuehler, M. L., Nolen-Hoeksema, S., & Erickson, S. J. (2008). Minority stress predictors of HIV risk behavior, substance use, and depressive symptoms: results from a prospective study of bereaved gay men. *Health Psychology, 27*(4), 455-462.

Hatzenbuehler, M. L., Slopen, N., & McLaughlin, K. A. (2014). Stressful life events, sexual orientation, and cardiometabolic risk among young adults in the United States. *Health Psychology, 33*(10), 1185-1194.

Healthcare Enrollment (Wisconsin Medicaid). (2018). Wisconsin Department of Health Services. Retrieved from https://www.forwardhealth.wi.gov/wiportal/Content/Member/caseloads/enrollment/enrollment.htm.spage

Hellman, R. E., & Klein, E. (2004). A program for lesbian, gay, bisexual, and transgender individuals with major mental illness. *Journal of Gay & Lesbian Psychotherapy, 8*(3-4), 67-82.

Hendricks, M. L., & Testa, R. J. (2012). A conceptual framework for clinical work with transgender and gender nonconforming clients: An adaptation of the Minority Stress Model. *Prof Psychol Res Pr, 43*(5), 460-467.

Hughto, J., Pachankis, J., & Reisner, S. (In Press). Healthcare mistreatment and avoidance in trans masculine adults: The mediating role of rejection sensitivity. *Psychol Sex Orientat Divers*.

ISNA. (2018). How can you assign a gender (boy or girl) without surgery? Intersex Society of North America. Retrieved from http://www.isna.org/faq/gender_assignment

James, S. E., Herman, J. L., Rankin, S., Keisling, M., Mottet, L., & Anafi, M. (2016). The report of the 2015 U.S. Transgender Survey. Washington, DC: National Center for Transgender Equality. Retrieved from http://www.ustranssurvey.org/report/

Khan, L. (2013). Transgender health at the crossroads: Legal norms, insurance markets, and the threat of healthcare reform. *Yale Journal of Health Policy, Law, and Ethics, 11*(2), 375-418.

Link, B. G., & Phelan, J. C. (2001). Conceptualizing stigma. *Annual Review of Sociology*, 363-385.

2

Lombardi, E. L., Wilchins, R. A., Priesing, D., & Malouf, D. (2002). Gender violence: Transgender experiences with violence and discrimination. *Journal of Homosexuality, 42*(1), 89-101.

MAP. (2018). Healthcare laws and policies: Medicaid coverage for transition-related care. Movement Advancement Project. Retrieved from https://www.lgbtmap.org/img/maps/citations-medicaid.pdf

McEwen, B. S., & Stellar, E. (1993). Stress and the individual: Mechanisms leading to disease. *Archives of Internal Medicine, 153*(18), 2093-2101.

Mendoza-Denton, R., Downey, G., Purdie, V. J., Davis, A., & Pietrzak, J. (2002). Sensitivity to status-based rejection: Implications for African American students' college experience. *Journal of Personality and Social Psychology, 83*(4), 896-918.

Mizock, L., & Mueser, K. T. (2014). Employment, mental health, internalized stigma, and coping with transphobia among transgender individuals. *Psychol Sex Orientat Divers, 1*(2), 146-158.

Murad, M. H., Elamin, M. B., Garcia, M. Z., Mullan, R. J., Murad, A., Erwin, P. J., & Montori, V. M. (2010). Hormonal therapy and sex reassignment: A systematic review and meta-analysis of quality of life and psychosocial outcomes. *Clinical Endocrinology, 72*(2), 214-231.

Perez-Brumer, A., Hatzenbuehler, M. L., Oldenburg, C. E., & Bockting, W. (2015). Individual- and structural-level risk factors for suicide attempts among transgender adults. *Behavioral Medicine, 41*(3), 164-171.

Phelan, J. C., Link, B. G., & Dovidio, J. F. (2008). Stigma and prejudice: One animal or two? *Social Science and Medicine, 67*(3), 358-367.

Reisner, S. L., Greytak, E. A., Parsons, J. T., & Ybarra, M. L. (2014). Gender minority social stress in adolescence: Disparities in adolescent bullying and substance use by gender identity. *Journal of Sex Research, 52*(3), 243-256.

Reisner, S. L., Hughto, J. M., Dunham, E. E., Heflin, K. J., Begenyi, J. B., Coffey-Esquivel, J., & Cahill, S. (2015). Legal protections in public accommodations settings: A critical public health issue for transgender and gender-nonconforming people. *Milbank Quarterly, 93*(3), 484-515.

Reisner, S. L., Randazzo, R. K., Hughto, J. M. W., Peitzmeier, S., DuBois, L. Z., Pardee, D. J., . . . Potter, J. (2017). Sensitive health topics with underserved patient populations: Methodological considerations for online focus group discussions. *Qualitative Health Research, Ahead of print*, 1-16.

Reisner, S. L., White Hughto, J., Dunham, E., Heflin, K., Begenyi, J., Coffey-Esquivel, J., & Cahill, S. (2015). Legal protections in public accommodations settings: A critical public health issue for gender minority people. *Milbank Quarterly, 93*(3), 1–32.

Reisner, S. L., White Hughto, J. M., Gamarel, K. E., Keuroghlian, A. S., Mizock, L., & Pachankis, J. E. (2016). Discriminatory experiences associated with post-traumatic stress disorder symptoms among transgender adults. *Journal of Counseling Psychology, 63*(5), 509-519.

Rotondi, N. K., Bauer, G. R., Scanlon, K., Kaay, M., Travers, R., & Travers, A. (2013). Nonprescribed hormone use and self-performed surgeries: "do-it-yourself" transitions in transgender communities in Ontario, Canada. *American Journal of Public Health, 103*(10), 1830-1836.

3

Schilt, K., & Westbrook, L. (2009). Doing gender, doing heteronormativity "gender normals," transgender people, and the social maintenance of heterosexuality. *Gender & Society, 23*(4), 440-464.

Spade, D. (2010). Medicaid policy & gender-confirming healthcare for trans people: An interview with advocates. *Seattle Journal for Social Justice, 8*(2), 4.

Stotzer, R. L. (2009). Violence against transgender people: A review of United States data. *Aggression and Violent Behavior, 14*(3), 170-179.

Taylor, C. B., Conrad, A., Wilhelm, F. H., Neri, E., DeLorenzo, A., Kramer, M. A., . . . Cooke, J. P. (2006). Psychophysiological and cortisol responses to psychological stress in depressed and nondepressed older men and women with elevated cardiovascular disease risk. *Psychosomatic Medicine, 68*(4), 538-546.

Townsend, S. S., Major, B., Gangi, C. E., & Mendes, W. B. (2011). From "in the air" to "under the skin": Cortisol responses to social identity threat. *Personality and Social Psychology Bulletin, 37*(2), 151-164.

Westbrook, L., & Schilt, K. (2013). Doing gender, determining gender transgender people, gender panics, and the maintenance of the sex/gender/sexuality System. *Gender & Society, 28*(1), 32-57

White Hughto, J. M., Murchison, G., Clark, K., Pachankis, J. E., & Reisner, S. L. (2016). Geographic and individual differences in healthcare access for U.S. transgender adults: A multilevel analysis. *LGBT Health, 3*(6), 424-433.

White Hughto, J. M., Pachankis, J. E., Willie, T. C., & Reisner, S. L. (2017). Victimization and depressive symptomology in transgender adults: The mediating role of avoidant coping. *Journal of Counseling Psychology, 64*(1), 41-51.

White Hughto, J. M., & Reisner, S. L. (2016). A systematic review of the effects of hormone therapy on psychological functioning and quality of life in transgender individuals. *Transgend Health, 1*(1), 21-31.

White Hughto, J. M., & Reisner, S. L. (2018). Association between carriers to accessing gender-affirming care and poor health among transgender adults in Massachusetts. *Unpublished Analysis from Project VOICE*.

White Hughto, J. M., Reisner, S. L., & Pachankis, J. E. (2015). Transgender stigma and health: A critical review of stigma determinants, mechanisms, and interventions. *Social Science and Medicine, 147*, 222–231.

White Hughto, J. M., Rose, A. J., Pachankis, J. E., & Reisner, S. L. (2017). Barriers to gender transition-related healthcare: Identifying underserved transgender adults in Massachusetts. *Transgender Health, 2*(1), 107-118.

Xavier, J., Bradford, J., Hendricks, M., Safford, L., McKee, R., Martin, E., & Honnold, J. A. (2013). Transgender health care access in Virginia: A qualitative study. *International Journal of Transgenderism, 14*(1), 3-17.

4