# COURTROOM MINUTES
# CIVIL

DATE: 7/19/2018   DAY: Thursday   START TIME: 1:35 PM   END TIME: 2:47 PM

JUDGE/MAG.: W. Conley   CLERK: K. Frederickson   REPORTER: J. Dobbratz

CASE NO.: 18-cv-309-wmc   CASE NAME: Cody Flack et al v. WI Dept. of Health Services et al

**APPEARANCES:**

PLAINTIFF(S): Catherine McKee   DEFENDANT(S): Steven Kilpatrick
Robert Pledl   Colin Roth
Joseph Wardenski   Jody Schmelzer

**PROCEEDING:**

☐ CONFIRMATION OF SALE   ☐ ORDER TO SHOW CAUSE
☐ CONTEMPT OF COURT   ☒ OTHER: Injunctive Hearing
☐ MOTION FOR DEFAULT JUDGMENT

The court heard argument on plaintiffs' [dkt. 18] Motion for Preliminary Injunction

Order to be entered enjoining defendants

TOTAL COURT TIME: 1 hr, 12 min