IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CODY FLACK and
SARA ANN MAKENZIE,

    Plaintiffs,

v.                    Case No. 18-CV-0309

WISCONSIN DEPARTMENT OF
HEALTH SERVICES and
LINDA SEEMEYER, in her official
capacity as Secretary of the Wisconsin
Department of Health Services,

    Defendants.

---

## NOTICE OF APPEAL

---

NOTICE is hereby given that all Defendants, Wisconsin Department of Health Services and Linda Seemeyer, in her official capacity as Secretary of the Wisconsin Department of Health Services, appeal to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order granting Plaintiffs' motion for a preliminary injunction, dated and entered on July 25, 2018. (Dkt. 70.) A true and correct copy of the Opinion and Order is being filed with this Notice of Appeal. The defendants have paid the applicable filing fee.

*[Signature page follows]*

Dated this 24th day of August, 2018.

Respectfully submitted,

BRAD D. SCHIMEL
Attorney General of Wisconsin

Electronically signed by:

s/ Steven C. Kilpatrick
STEVEN C. KILPATRICK
Assistant Attorney General
State Bar #1025452

COLIN T. ROTH
Assistant Attorney General
State Bar #1103985

JODY J. SCHMELZER
Assistant Attorney General
State Bar #1027796

Attorneys for Defendants
State of Wisconsin Department of
Health Services and Linda Seemeyer

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1792 (Kilpatrick)
(608) 264-6219 (Roth)
(608) 266-3094 (Schmelzer)
(608) 267-2223 (Fax)
kilpatricksc@doj.state.wi.us
rothct@doj.state.wi.us
schmelzerjj@doj.state.wi.us