**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

CODY FLACK,
SARA ANN MAKENZIE,
MARIE KELLY, and
COURTNEY SHERWIN,

        Plaintiffs,

    v.

WISCONSIN DEPARTMENT OF
HEALTH SERVICES and
LINDA SEEMEYER, in her official capacity
as Secretary of the Wisconsin Department of
Health Services,

        Defendants.

Case No. 3:18-cv-00309-wmc
Judge William Conley

**EXPERT WITNESS REPORT OF STEPHANIE L. BUDGE, PhD, LP**

## I.     INTRODUCTION

My name is Stephanie L. Budge, PhD, LP. I am a licensed psychologist, specializing in issues of gender identity and gender transition processes. I am an Associate Professor of Counseling Psychology (tenure-track) at the University of Wisconsin-Madison ("UW-Madison") in the School of Education's Department of Counseling Psychology. I have been retained by counsel for Plaintiffs in the above-captioned matter to provide an expert witness report to: (a) address psychological understanding of gender identity, gender dysphoria, and sex; and (b) provide my expert opinion on the psychological benefits and medical necessity of medical interventions for gender dysphoria, including hormone therapy and gender confirming surgeries.

## II.     BACKGROUND AND QUALIFICATIONS

### A.     Qualifications

My professional background, experiences, publications, and presentations are detailed in my Curriculum Vitae, attached as Exhibit A to this report.

I received a master's degree in educational psychology from the University of Texas at Austin in 2006 and a PhD in counseling psychology in 2011 from UW-Madison. My PhD concentration specifically focused on transgender individuals. I also specialized in psychological assessment as part of my PhD degree program.

I have been tenure-track professor at UW-Madison since August 2016, when I was appointed an Assistant Professor of Counseling Psychology. In August 2018, I was elevated to the rank of Associate Professor. Previously, I was a visiting Assistant Professor of Counseling Psychology at UW-Madison from August 2014 to July 2016, and an Assistant Professor in the Department of Counseling and Human Development at the University of Louisville from 2011 to 2014.

1

I have been a mental health professional since 2006 and I am currently licensed to practice psychology in the state of Wisconsin (license # 3244-57). I have expertise working with individuals whose sex assigned at birth is different from their gender identity (hereafter referred to as transgender or trans individuals). I have been a mental health provider to transgender individuals since 2007. Transgender individuals have comprised the majority of my clinical caseload since 2011, and I have worked clinically with over 100 transgender clients (through individual therapy, group therapy, psychological evaluations, and providing supervision of clinical work of transgender individuals). I have been a health psychologist with the University of Wisconsin Hospital and Clinics and American Family Children's Hospital since July 2017.

As a faculty member at the University of Wisconsin-Madison, I teach courses that focus on training master's and doctoral students to become mental health professionals and psychological researchers. My faculty appointment has included clinical work at the Counseling Psychology Training Clinic (CPTC), where I have provided pro bono therapy to transgender individuals and training to students in best practices in clinical work with transgender clients. As part of my faculty appointment, I direct the Trans Research Lab (TRL). As director of the lab, I design research projects that focus on transgender individuals' mental health. One of the current research projects is a clinical trial focusing on the efficacy of psychotherapy for transgender individuals. As part of this clinical trial, I trained all of the therapists in assessing gender dysphoria and writing letters for transition-related medical care for transgender clients. Since July 2018, I have served as the Director of AHEAD (Advancing Health Equity and Diversity) at the Institute for Clinical and Translational Research in UW-Madison's School of Medicine and Public Health.

I have published 70 invited and peer-reviewed journal articles and book chapters, with the majority of these focusing on transgender individuals. Notably, several of these publications are focused on evaluating transgender individuals to assess their eligibility for transition-related care, including hormone treatment and surgery; how to engage in clinical decision-making related to mental health care for transgender individuals; and effective psychotherapeutic treatment for transgender individuals. I have been involved in more than 100 academic presentations internationally, nationally, and locally. The majority of these presentations have focused on transgender individuals. I am an associate editor for the journal *Psychotherapy*. I am also on the editorial board for two peer-reviewed academic journals: *Psychology of Sexual Orientation and Gender Diversity* and the *International Journal of Transgenderism*. Researchers in the United States and internationally have sought my assistance as an expert reviewer for research focused on transgender individuals.

I have received several awards for my work in the science and clinical practice of working with transgender individuals. Most recently, I (along with colleagues) received the 2017 award for *The Counseling Psychologist* related to a major contribution on *Research on Transgender People and Issues*. I received the 2015 American Psychological Association Early Career Award for work with LGBT populations from the Society for Counseling Psychology and I was the first recipient of the American Psychological Association's Transgender Research Award in 2010. Locally, I am also a member of the Wisconsin Trans Health Coalition (WTHC), which is an organization focused on improving health care for transgender individuals throughout Wisconsin. My primary role on the coalition is to consult on research projects and collect data about transgender individuals in Wisconsin to tailor health care interventions for

3

local community members. For my community-focused research with the WTHC, I received the UW-Madison School of Education 2018 Community Engaged Scholar award.

I am a member of the Society for Lesbian, Gay, Bisexual, and Transgender Issues within the American Psychological Association (of which I am also a member). I am co-chair of the Science Committee for the Society. We provide programming at the annual American Psychological Association convention to disseminate cutting edge research on the best psychological practices and evidence-based treatments with LGBT individuals. At the 2018 annual convention, I disseminated up-to-date information about evidence-based treatments for transgender individuals.

I am a member of the World Professional Association of Transgender Health (WPATH). WPATH is an interdisciplinary professional and educational organization of individuals worldwide specializing in research and practice in transgender health.

### B.    Prior Expert Witness Testimony

In the last four years, I have testified as an expert witness in two cases. First, I was an expert psychologist in an immigration case that was focused on a transgender woman seeking asylum in the United States. Her case was heard by the U.S. Department of Justice Executive Office for Immigration Review. I prepared an expert report for that case in May 2015 and testified at the hearing on September 8, 2015. That case is not public. Second, I testified as an expert witness at deposition and trial in *Boyden v. Conlin*, No. 17-cv-264 (W.D. Wis.), in 2018.

### C.    Compensation

I am being compensated at an hourly rate of $200/hour for actual time devoted for my expert services and testimony in this case, as well as expenses and costs. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I provide.

4

**III.    BASIS FOR OPINIONS**

My opinions are based on my clinical experience treating transgender individuals with gender dysphoria; my research findings from my own scholarship; my review of the seminal and influential peer-reviewed psychological and public health research on transgender individuals, including the most current research, published as recently as this year (listed in the bibliography attached to this report as Exhibit B); and my review of and familiarity with the current diagnostic criteria and standards of care for gender dysphoria.

**IV.    DEFINITIONS AND KEY CONCEPTS**

The following are up-to-date definitions of terms and concepts that I use in this report.

**Sex:** Sex refers to one's classification as male, female, or neither male nor female. The term refers to the sum of a person's biological characteristics (e.g., chromosomes, hormones, reproductive organs, and secondary sex characteristics) and gender identity (i.e., internal sense of being male or female) (Singh & dickey, 2016). The majority of individuals born with vaginas, clitorises, vulvas, ovaries, and uteruses, and who have XX chromosomes, will identify as women and experience themselves as female. Conversely, the majority of individuals born with penises, testes, and XY chromosomes will identify as men and experience themselves as male. However, there are many variations that may differ from that typical course, such as transgender people and those with intersex conditions and sex chromosome conditions (e.g., Turner Syndrome, Klinefelter Syndrome) (Morselli et al., 2016). A person's sex cannot be defined by one single physiological or anatomical characteristic. When sex-related characteristics such as internal or external genitalia, reproductive capacity, chromosomes, or gender identity are inconsistent—as with many transgender people and people with intersex conditions—it is most appropriate to

define sex based on the person's gender identity because it is the only cognitive (and uniquely human) construct associated with sex. (Singh & dickey, 2016).

**Gender identity:** Gender identity is a term that has broad psychological and medical consensus to mean a person's internal sense of one's own sex, as it is privately experienced in one's behavior and self-awareness of being female, male, or at a defined point along a gender continuum (Singh & dickey, 2016). All human beings have a gender identity. Gender identity is innate and generally considered an immutable characteristic. Gender identity for all human beings usually begins to become clear around the age of three (with some variation around this age), although many transgender individuals may not begin to recognize or express their gender identity until later in life. Many researchers have found relationships between biological factors influencing multiple aspects of gender identity (see Sanchez & Pankey, 2017, for a review).

**Transgender:** Transgender identity is indicated by incongruence between a person's sex assigned at birth (male assigned at birth or female assigned at birth) and the person's gender identity (Singh & dickey, 2016).

**Cisgender:** Individuals are considered cisgender if they identify with the gender identity that corresponds with their sex assigned at birth (Singh & dickey, 2016).

**Gender transition:** For most transgender individuals, a gender transition or "transitioning" is considered psychologically and medically necessary. Transition can take either or both of two forms: (a) social transition, and (b) medical transition (American Psychological Association, 2015). As part of a *social transition*, an individual will typically tell others of their gender identity (also known as "coming out"), use a different name than their birth name, use pronouns congruent with their gender identity, wear clothing typically associated with their gender identity, change their hairstyle, and use restrooms that fit their gender identity, though

6

this list is not exhaustive. *Medical transition* includes any medical procedure to assist a transgender individual with achieving primary and/or secondary sex characteristics that are closely aligned with their gender identity. Examples of medical transition can include hormone therapy and/or surgeries (for example, chest/breasts, internal/external genitalia, facial features, and/or body contouring). Not all transgender individuals will desire or need medical interventions and some medical interventions, including surgeries, may not be developmentally or socially appropriate for some individuals (APA, 2015; Singh & dickey, 2016).

**Gender dysphoria:** Gender dysphoria is the medical and psychiatric term for that gender incongruence. This psychiatric diagnosis is codified within the American Psychiatric Association's Diagnostic and Statistical Manual of Mental Disorders (DSM-5). The DSM-5 is widely used within psychiatry and psychology and requires formal clinical training to understand the full context of using the manual (Black & Grant, 2014). The most current medical diagnosis included within the World Health Organization's International Classification of Diseases (ICD-10) is Gender Identity Disorder. Gender Identity Disorder was first identified as a mental health disorder in the DSM-III in 1973 (Zucker & Spitzer, 2005). After several iterations, Gender Identity Disorder was updated to Gender Dysphoria in the DSM-5 in 2013 to account for recent developments in understanding transgender identity (Regier, Kuhl, & Kupfer, 2013).

## V.    DIAGNOSIS AND TREATMENT OF GENDER DYSPHORIA

### A.    Diagnostic Criteria for Gender Dysphoria

Under the DSM-5, there are two criteria for identifying gender dysphoria in adolescents and adults (302.85), Criterion A and Criterion B.[1]

---

[1] There is a separate diagnosis of Gender Dysphoria in Children (302.6) in the DSM-5 that is provided for pre-pubertal individuals meeting criteria for the diagnosis.

Criterion A indicates: A marked incongruence between one's experienced/expressed sex and assigned sex, of at least six months' duration, as manifested by at least two of the following:

1) A marked incongruence between one's gender identity and primary and or/secondary sex characteristics;

2) A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's gender identity;

3) A strong desire for the primary and/or secondary sex characteristics that are in alignment with their gender identity;

4) A strong desire to be the gender matching one's gender identity;

5) A strong desire to be treated as one's gender identity; and

6) A strong conviction that one has the typical feelings and reactions of one's gender identity.

In addition to meeting at least two symptoms in Criterion A that have been experienced for at least 6 months, individuals must also meet components of Criterion B to receive a diagnosis of gender dysphoria. Criterion B indicates that gender dysphoria must be associated with clinically significant distress or impairment in social, occupational, educational, or other important areas of functioning.

Individuals who are diagnosed with gender dysphoria present with a variety of symptoms, and typically indicate an intense need to present themselves and be viewed by others in accordance with their gender identity (that differs from their sex assigned at birth). When clients with gender incongruence do not obtain competent and necessary treatment, serious and debilitating psychological distress (depression, anxiety, self-harm, suicidal ideation/attempts,

8

etc.) often occurs (Bockting et al., 2013; Coleman et al., 2012; Wilson, Chen, Arayasirikul, Wenzel, & Raymond, 2015).

According to the DSM-5, gender dysphoria is often associated with clinically significant distress or impairment in social, occupational, educational, or other important areas of functioning. When Gender Identity Disorders were first introduced in the DSM-III, which was published in 1980, it was primarily focused on "complaints" related to anatomy, comorbid "personality disturbances," and a need for medical intervention (Vitale, 2005). In the DSM-IV-TR, published in 2000, a singular Gender Identity Disorder subsumed developmental stages (in children, in adolescents and adults, and not otherwise specified) and focused primarily on binary gender identity and often used language that focused on the sex assigned at birth, rather than the affirmed gender of the individual (Vitale, 2005). The most recent iteration of the DSM, DSM-5 (APA, 2013), was adapted to include less binary-focused language. The changing of the name from Gender Identity Disorder to Gender Dysphoria was meant to be less pathologizing and more descriptive of the experiences of transgender individuals (Fraser, 2015).

B.    **Standards of Care for the Treatment of Gender Dysphoria in Transgender Individuals**

The World Professional Association for Transgender Health (WPATH) publishes the Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People (SOC) that are considered the international standards for medical and mental health treatment for transgender individuals. The SOC provide evidence-based protocols for mental health and medical providers to follow in determining the specific treatment regimen that will best fit the needs of the transgender individual. It has been well-established from the SOC and experts in the health care of transgender individuals that each transgender person has their own specific transition needs and that not every transition will look the same. Treatment generally

9

consists of social, psychological, and/or medical support, as needed, which allows the individual to live and be integrated into society in accordance with their gender identity, thus relieving the distress that results from gender incongruence. Interventions are not used to "prove" a person's gender identity; instead, they help to bring the person's external appearance and gender expression in line with who the person really is.

The foremost medical and mental health organizations within the United States, and internationally, recognize the SOC as the authoritative standards for treatment of gender dysphoria. These standards are considered authoritative because the foremost experts in the field of transgender health articulate professional consensus regarding the most up-to-date, evidence-based research on transgender health. As well, WPATH is the largest transgender health organization in the world and is committed to promoting "evidence based care, education, research, advocacy, public policy, and respect in transgender health" (WPATH.org, 2019). Those include the American Psychological Association, the American Psychiatric Association, the American Counseling Association, and the American Medical Association. WPATH has published the SOC since 1979. The Seventh Version of the SOC was published in 2012.

To date, "every major expert medical association in the United States recognizes the medical necessity of transition-related care for improving the physical and mental health of transgender people and has called for health insurance coverage for treatment of gender dysphoria" (Baker, 2017, p. 1801). The American Psychiatric Association's Task Force on Treatment of Gender Identity Disorder (Byne et al., 2012) indicates: "This resolution concludes that medical research demonstrates the effectiveness and necessity of mental health care, hormone therapy and SRS [sex reassignment surgery] for many individuals diagnosed with GID [Gender Identity Disorder]" (p. 768). The American Psychological Association's Task Force on

10

Gender Identity and Gender Variance (2009) report indicates: "For individuals who experience such distress, hormonal and/or surgical sex reassignment may be medically necessary to alleviate significant impairment in interpersonal and/or vocational functioning. Indeed, when recommended in clinical practice, gender confirmation surgery is almost always medically necessary, not elective or cosmetic" (p. 32). In 2015, the American Psychological Association issued 16 guidelines for psychological practice with transgender and gender non-conforming people (APA, 2015). These guidelines highlight the importance of psychologists providing letters to support transgender people seeking medically necessary care. The guidelines also indicate that psychologists should be aware of the research-based evidence reporting the positive outcomes of hormones and surgery for transgender clients, and that psychologists often play an essential role in the process of facilitating access to these medically necessary treatments.

### C.    Psychological Benefits of Medical Interventions for Gender Dysphoria

The primary reason for the medical necessity of hormone therapy and gender confirmation surgery is demonstrated in the psychosocial benefits of these treatments. The current SOC are based on nearly four decades of data that demonstrate the beneficial psychosocial outcomes of hormone therapy and gender confirmation surgery. Notably, the SOC emphasize the medical necessity of hormone therapy, primarily focusing on the evidence that hormone therapy is associated with significant reductions in depression, anxiety, and suicidality, as well as improved overall quality of life. In addition, the SOC state that the vast majority of studies have established that gender confirmation surgery has irrefutable psychosocial benefits, such as general satisfaction with surgery, satisfaction with sexual functioning, improved well-being, and improved quality of life.

### a. *Hormone Therapy*

Longitudinal studies have noted the importance of hormone-related care on mental health outcomes. For example, Heylens et al. (2014) indicated that hormone therapy was associated with a significant decrease in anxiety, depression, interpersonal sensitivity, and hostility. Additionally, psychopathology scores for transgender people who had received hormone therapy were compared with general population outcomes; after initiating hormones, transgender individuals reported similar levels of functioning to cisgender individuals. Similarly, Colizzi, Costa, & Todarello (2014) reported in a longitudinal study that hormone therapy was associated with lowered anxiety, depression, and general psychological symptoms. Fisher et al. (2016) compared a hormone therapy group to a no hormone therapy group for individuals diagnosed with gender dysphoria. Analyses indicated that gender dysphoria showed a statically significant decrease over four time points for those engaging in hormone therapy. Results also indicate that depression and body uneasiness also decreased over the four time points for those engaging in hormone therapy. In an additional study that compared matched control groups of transgender individuals using in hormone therapy versus those who were not using hormone therapy, Witcomb et al. (2018) found that transgender individuals not using hormone therapy were four times more likely to report depressive symptoms than transgender individuals using hormone therapy. As well, Keo-Meier et al. (2015) conducted a study to determine if transgender men using hormone therapy demonstrate improvement in mental health concerns when compared to cisgender men and women as controls. The study indicated that transgender men reported a statistically significant decrease in mental health concerns when compared to cisgender men and women as controls; the outcome measure included subscales on the Minnesota Multiphasic Personality Inventory-II (MMPI-II), which has been validated with thousands of individuals.

Additional studies indicate that suicidal ideation is significantly lower for transgender individuals who receive hormone therapy versus those who do not (Bauer et al., 2015; Wilson et al., 2015).

In addition to longitudinal studies that have focused on hormone therapy alone, studies also indicate that hormone therapy and gender confirmation surgery together are extremely effective in reducing psychological distress and increasing psychological well-being. In their recent study, Tucker et al. (2018) found that transgender individuals who had undergone hormone therapy and gender confirming surgery (GCS) reported lower suicidal ideation within the past year and past two weeks when compared to transgender individuals who had not received any medical treatments or only one medical treatment. In Owen-Smith et al.'s 2018 study, individuals who had engaged in hormone therapy reported less psychological distress than the no treatment group, and individuals who had GCS (the majority of whom had also engaged in hormone therapy) demonstrated additional improvements; for example, depression scores decreased by 25% for those engaging in hormone therapy and decreased by an additional 40% for those who had genital surgeries.

### b. *Gender Confirming Surgeries*

The most recent studies regarding the outcomes of surgery indicate even stronger treatment benefits. The most current research confirms what previous studies have shown regarding positive outcomes from gender confirmation surgery, namely that quality of life and mental health outcomes only continue to improve after surgery and that patients do not experience regret related to the procedures (e.g., Glynn et al., 2016; van de Grift et al., 2018). In addition to the substantial body of literature noting the positive psychosocial outcomes of hormone therapy and gender confirmation surgery, research also shows that *failure* to provide

13

transition-related medical care can lead to significant harm. For example, Glynn et al. (2016) report that some transgender individuals may engage in harmful behaviors, such as self-surgery or use of non-prescribed hormones, primarily if they are denied access to medical care and/or cannot afford the treatment(s).

A number of peer-reviewed studies focus on the objective effects of gender dysphoria treatments using validated gender dysphoria measures (*see* Garcia & Karasic, 2018; Glynn et al., 2016; Fisher et al., 2016; van de Grift et al., 2018)—all of which have noted significant reductions in gender dysphoria post-surgery. As reflected in these peer-reviewed studies, there is strong evidence of significant improvement in mental health outcomes for transgender individuals with gender dysphoria following surgery. Tucker et al. (2018) reported that depression (measured with the Patient Health Questionnaire-9 (PHQ-9)) was lowest for the groups who had gender confirmation surgery; the PHQ-9 is a widely used and well-validated scale. Owen-Smith et al. (2018) reported that depression and anxiety (measured by the Beck Anxiety Inventory and Center for Epidemiologic Studies Depression Scale) were significantly greater for individuals who had not had gender confirmation surgery; the scales used in this study are also widely used and well-validated. The conclusions of these studies are in alignment with my clinical experience treating transgender patients with gender dysphoria. In my years of clinical experience working with transgender individuals, quality of life and satisfaction measures most closely align with how clients discuss their outcomes in therapy. In addition, it is these factors that are often noted for clinical improvement when determining if a client's functioning or mental health seems to be improving.

A significant benefit of gender confirming surgical treatments for gender dysphoria is a reduction in suicidal ideation among transgender individuals in need of such care. The weight of

14

peer-reviewed research on the effects of gender confirming care on suicidality clearly demonstrates a relationship between transgender individuals obtaining transition-related care (e.g., hormones and GCS) and a reduction in suicidal ideation. As noted above, a recent study by Tucker, et al. (2018) found that transgender individuals who had undergone hormone therapy and gender confirming surgeries reported lower suicidal ideation than transgender individuals who had not received any transition-related medical treatments or only one medical treatment (i.e., hormones but not surgery). Additional studies indicate that suicidal ideation is significantly lower for transgender individuals who receive hormone therapy versus those who do not. (See Bauer et al., 2015; Wilson et al., 2015). Bauer et al. (2015) conducted analyses to determine the relative risk reduction post-surgery, and found that there was a there is a 62% relative risk reduction post-surgery for the transgender sample in their study. Additionally, Wilson et al. (2015) found transgender women who had breast augmentation reported lowered suicidal ideation than those who had not had surgery or hormones.

It is my professional opinion, consistent with the peer-reviewed research discussed above, that transgender individuals are less likely to experience suicidal ideation or attempt/complete suicide after receiving medically necessary surgical care for gender dysphoria than transgender individuals needing those treatments who are unable to obtain them.

### D.    Other Benefits of Medical Treatments for Gender Dysphoria

In addition to the research that shows specific positive effects on mental health and well-being directly related to hormone therapy and gender confirmation surgery, research also links the overall transition process to better outcomes in well-being. Budge, Adelson, & Howard (2013) found that transgender men and transgender women who are further along in their transition process use less avoidant coping mechanisms and have lower levels of anxiety and

15

depression. As well, being further along in the transition process predicted better belongingness (i.e., the feeling of acceptance in a group or community) and well-being in a large community sample of transgender individuals (Barr, Budge, & Adelson, 2016). In addition to improving well-being, several qualitative studies have noted the importance of the transition process on increasing civic engagement, such as becoming educators, activists, volunteers, and creating systems for support and connection (e.g., Budge, Orovecz, & Thai, 2015; Budge, Chin, & Minero, 2017; Budge, Katz-Wise, Tebbe, Howard, Schneider, & Rodriguez, 2013).

### E.    Safety and Efficacy of Gender Confirming Surgeries

Research indicates that, as part of a medical transition, gender confirming surgical procedures are safe and have high post-surgical satisfaction rates. In their study, Tran et al. (2018), the authors examined complication rates of GCS using the American College of Surgeons National Surgery Quality Improvement Program and National Inpatient Sample databases; they found that only 5.5% of the sample reported complication and thus concluded that GSC has an acceptable safety profile. As well, Canner et al. (2018) analyzed data from the National Inpatient Sample and noted that there were zero deaths associated with complications from GCS from 2000-2014.

In a report by Dr. Daniel Sutphin submitted by Defendants earlier in this case, Dr. Sutphin erroneously claimed that transgender individuals experience high rates of regret after undergoing gender confirming surgeries and implied that patient "regret" should be considered when taking surgical outcomes for gender confirming surgeries into account. Decl. of Daniel D. Sutphin, M.D. ¶ 27 [ECF No. 118]. This is not borne out by any reliable evidence. Dr. Sutphin cited only one scholarly article by Djordjevic et al. (2016) to support his scientific argument regarding regret, although that article actually concludes that the "vast majority" of individuals

16

suffering from gender dysphoria are *satisfied* with their surgical treatments. In that article, the authors note the surgical outcomes for 7 patients who requested reversal surgery over a 4-year period. They indicate that all 7 patients were *misdiagnosed* prior to having gender confirmation surgery (p. 1000). The 7 patients "did not fulfill the complete diagnostic criteria for a gender identity disorder diagnosis" (p.1005) and all were "misdiagnosed" with gender identity disorder (now referred to as gender dysphoria) (p. 1000). The authors note in their conclusion that their article reports "on one of the largest series of regretful patients" at just *2 or less* individuals per year (p. 1006). The authors conclude their article by saying: "The vast majority of properly diagnosed transsexual patients are satisfied with their decision to undergo SRS, with only a few coming to regret it" (p. 1006).

There is significant nuance in how regret is discussed in the scientific literature. In one of the largest studies focused on regret, Swedish scientists analyzed data ($N =218$) over a 20-year period of time (from 1972-1992) and found that 3.8% of the patients ($n = 8$) in the study experienced regret over that period of time (Landén et al., 1998). All 8 of the patients who reported experiencing regret indicated that they experienced regret because they had a lack of family support for their gender identity or because they had not found a place in the transgender community. In another study that focused on 232 transgender women, data was analyzed for surgeries conducted over a 6-year period (1994-2000) and patients described their experiences at least 1 year post-surgery (Lawrence, 2003). In the Lawrence (2003) study, zero patients reported "outright regret" and only 6% (15 participants) reported feeling "sometimes regretful." Of the 15 who reported some regret, 8 participants indicated that the regret was due to physical or functioning issues and 5 participants reported family/social support issues as being the source of the regret, such as being an outcast from family. The other 2 individuals presented with their sex

17

assigned at birth for differing reasons (to play golf or to present to clients at work). In a third study, Dhejne et al. (2014) analyzed data regarding applications for legal and surgical gender confirmation over a 50-year period (1960-2010). There were a total of 767 applications over that 50-year period. There were 15 "regret applications"—5 (2%) trans men and 10 (2.3%) trans women over the 50-year period, with the majority occurring 30-50 years ago and only 0.3% ($n$ =1) (i.e., a *single* incident) occurring from 2001-2010.

It is clear from this data that the incidents of regret are statistically very low. In my professional opinion, these rare instances of regret do not call into question the overall efficacy of gender confirming surgeries to treat gender dysphoria in transgender individuals for whom those surgeries are deemed medically necessary by their treating providers.

## VI.    SUMMARY OF OPINIONS AND CONCLUSIONS

The State of Wisconsin has indicated that its premise for excluding transgender medical care is that it is never medically necessary. The evidence is clear regarding medical necessity for this care. As indicated above, *every* major psychological and medical association in the United States has publicly announced that transition-related medical and mental health care is essential for improving mental health for numerous transgender individuals. The leading international organization focused on transgender health (World Professional Association for Transgender Health) has provided a large body of evidence showing why transgender health care is considered medically necessary (see Coleman et al., 2012) and this declaration provides recent research that continues to confirm the efficacy and essential nature of these treatments.

The reason that these treatments are considered medically necessary is because, without this care, the majority of individuals needing hormone therapy or gender confirmation surgery will experience severe psychological distress and some individuals will die by suicide if they are

not able to obtain this care. The long-term impacts and irreparable harm caused by years of depression, anxiety, suicidality, and trauma can be reduced significantly by allowing individuals with gender dysphoria to access this medically necessary care. Based on the large body of evidence and based on my clinical experience, it is highly likely that the majority of individuals who need hormone therapy and gender confirmation surgery will experience a significant reduction or elimination of psychological distress associated with gender dysphoria.

The research evidence indicates that there is no reason to exclude all transition-related care for transgender people. Blanket insurance coverage exclusions of transition-related care are inconsistent with our current understanding of transgender identity and the medical necessity of gender confirming surgical procedures for transgender individuals with gender dysphoria. Based on the research evidence and my clinical experience, it is my professional opinion that the Challenged Exclusion is inconsistent with the prevailing medical consensus, is likely to harm Wisconsin Medicaid beneficiaries affected by it, and should be eliminated.

Respectfully submitted,

Stephanie Budge

Stephanie L. Budge, PhD, LP

DATE: January 14, 2019

19