# EXHIBIT A

# C.V. of Stephanie L. Budge, PhD, LP

**Stephanie L. Budge, PhD, Licensed Psychologist**
**Curriculum Vitae**
Department of Counseling Psychology, School of Education, Room 305, University of
Wisconsin-Madison, Madison, WI 53706, 608-262-4807, budge@wisc.edu

## EDUCATION

**Doctor of Philosophy**                                    8/2006 - 8/2011
University of Wisconsin-Madison
APA Accredited Counseling Psychology Program
Minor: Psychological Assessment
Dissertation Title: *Distress in the transition process for transgender individuals: The role of loss,
community, and coping.*

**Master of Science**                                       8/2004 - 5/2006
University of Texas at Austin
Educational Psychology
Thesis Title: *Sexual pressure in gay, lesbian, and bisexual relationships.*

**Bachelor of Science**                                     1/2003 - 12/2003
University of Utah
Major: Psychology

Pace University                                             9/2000 - 12/2002
Major: Psychology
Minor: Women's and Gender Studies

## POSITIONS HELD

**Associate Professor**, tenure-track,                      8/2018 - current
Department of Counseling Psychology,
University of Wisconsin-Madison

**Director of AHEAD (Advancing Health Equity and Diversity)**   7/2018 – current
Institute for Clinical and Translational Research
School of Medicine and Public Health
University of Wisconsin-Madison

**Health Psychologist**                                     6/2017 - current
University of Wisconsin Hospital & Clinics
American Family Children's Hospital

**Assistant Professor**, tenure-track,                      8/2016 – 8/2018
Department of Counseling Psychology,

1

University of Wisconsin-Madison

| | |
|---|---|
| **Assistant Professor**, visiting,<br>Department of Counseling Psychology,<br>University of Wisconsin-Madison | **8/2014 - 7/2016** |

**Postdoctoral Clinical Training**                                    **7/2013 - 6/2014**
University of Louisville Trans Project

**Assistant Professor**, tenure-track,                              **8/2011 - 8/2014**
Department of Educational and Counseling Psychology,
University of Louisville

**Postdoctoral Clinical Training,**                                  **9/2011 - 8/2012**
University of Louisville Counseling Center

**Predoctoral Internship**,                                          **8/2010 - 8/2011**
University of Minnesota, University
Counseling and Consulting Services,
APA-Accredited, APPIC listed predoctoral internship


## PROFESSIONAL LICENSE

Licensed Psychologist in Wisconsin - 3244-57                 **2/2015 - current**

Licensed Psychologist (provisional) in Kentucky - 2012-42    **8/2011 - 6/2014**
(under supervision to gain hours for Health Service Provider status)


## SPECIAL HONORS AND AWARDS

**Community Engaged Scholarship Award**                              **4/2018**
The University of Wisconsin-Madison School of Education award for researchers engaged in community-focused scholarship—awarded specifically for my collaborations with the Wisconsin Trans Health Coalition

**Outstanding Paper Award**                                          **6/2017**
American Psychological Association Division 17 (Counseling Psychology) award for a 2016 major contribution published in *The Counseling Psychologist*

**Division 17 Early Career Award**                                   **7/2017**
American Psychological Association Division 17 (Counseling Psychology) award for social justice work and research with LGBT populations

**Division 29 Early Career Award**                                   **5/2015**

2

American Psychological Association Division 29 (Society for the Advancement of Psychotherapy) award for psychotherapy research

**Most Valuable Paper Award (Runner Up)**                                    **1/2014**
American Psychological Association Division 29 (Society for the Advancement of Psychotherapy) runner up award for a 2013 article published in *Psychotherapy*

**University of Louisville Trustees Award Nomination**                       **2/2013**
Nomination provided to faculty for excelling in mentoring students

**APA Student Travel Award**                                                 **5/2011**

**Outstanding Graduate Student Award**                                       **7/2010**
American Psychological Association Division 17 (Counseling Psychology) LGBT award given for community contributions with the LGBT population during my doctoral studies

**Graduate Student Research Award**                                          **7/2010**
American Psychological Association Division 17 (Counseling Psychology) Society for Vocational Psychology/ACT for career research regarding transgender individuals

**Transgender Research Award**                                               **6/2010**
Recipient of the inaugural American Psychological Association Division 44 (Society for the Psychological Study of Lesbian, Gay, Bisexual, and Transgender Issues) award for research with transgender populations

**APA Student Travel Award**                                                 **5/2010**

**John W. M. Rothney Memorial Research Award**                               **2/2010**
University of Wisconsin-Madison Counseling Psychology Department award provided to an outstanding doctoral student excelling in research

**Outstanding Student Poster Award**                                         **8/2009**
American Psychological Association Division 17 (Counseling Psychology)

**APA Student Travel Award**                                                 **5/2009**

**APA Student Travel Award**                                                 **5/2008**

## RESEARCH

**JOURNAL PUBLICATIONS**
Underlining denotes student

1. **Budge, S.L.,** Conniff, J., Belcourt, W.S., Parks, R. L., Pantalone, D., & Katz-Wise, S.L. (2018). A grounded theory study of the development of trans youths' awareness of coping with gender identity. *Journal of Child and Family Studies*, 27, 3048-3061.

3

2.  **Budge, S.L.,** & Katz-Wise, S. L. (In press). Sexual minorities' sexual communication, internalized homophobia, and conformity to gender norms. *International Journal of Sexual Health.*

3.  Goldberg, A., Kuvalanka, K., **Budge, S.L.,** Benz, M., & Smith, J. (In press). Mental health and health care experiences of transgender undergraduate and graduate students: A mixed methods study. *The Counseling Psychologist.*

4.  Rossman, K., Sinnard, M., & **Budge, S.L.** (In press). A qualitative examination of consideration and practice of consensual non-monogamy among sexual and gender minority couples. *Psychology of Sexual Orientation and Gender Diversity.*

5.  **Budge, S.L**. & Moradi, B. (2018). A meta-analytic approach to studying psychotherapy outcomes focused on transgender affirmative therapies and power dynamics. *Journal of Clinical Psychology.*

6.  Moradi, M. & **Budge, S.L.** (2018). A meta-analytic approach to studying psychotherapy outcomes for LGBTQ affirmative therapies. *Journal of Clinical Psychology.*

7.  **Budge, S.L.,** Orovecz, J. , Owen, J.J., & Sherry, A.R. (2018). The relationship between conformity to gender norms, sexual orientation, and gender identity for sexual minorities. *Counselling Psychology Quarterly, 31,* 79-97.

8.  Salkas, S., Conniff, J. & **Budge, S.L.** (2018). Provider quality and barriers to care for transgender people: An analysis of data from the Wisconsin transgender community health assessment. *International Journal of Transgenderism, 19,* 59-63.

9.  Katz-Wise, **Budge, S.L.** Fugate, E., Flanagan, K., Touloumtzis, C., Rood, B…Leibowitz, S. (2017). Transactional pathways of transgender identity development in transgender and gender nonconforming youth and caregiver perspectives from the Trans Youth Family Study. *International Journal of Transgenderism,18,* 243-263.

10. Nienhuis, J. B., Owen, J., Valentine, J. C., Black, S. W., Halford, T. C. , Parazak, S. E., **Budge, S.,** & Hilsenroth, M. J. (2018). Therapeutic alliance, empathy, and genuineness in individual adult psychotherapy: A meta-analytic review. *Psychotherapy Research, 28,* 593-605.

11. **Budge, S.L.,** Israel, T., Merrill, C. (2017). Improving the lives of sexual and gender minorities: The promise of psychotherapy research. *Journal of Counseling Psychology, 64*, 376-384.

12. **Budge, S.L.,** Chin, M.Y. , & Minero, L.P. (2017). Trans individuals' facilitative coping: An analysis of internal and external processes. *Journal of Counseling Psychology, 64, 12-25.*

13. ° Imel, Z.E., **Budge, S.L.,** & Owen, J. (2017). Introduction to special section on advanced methodology: Counseling the dog to wag its methodological tail. *Journal of Counseling Psychology*, *64*, 601-603.

14. Katz-Wise, S. L., Williams, D. N., Keo-Meier, C. L., **Budge, S. L**., Pardo, S., & Sharp, C. (2017). Longitudinal associations of sexual fluidity and health in transgender men and cisgender women and men. *Psychology of sexual orientation and gender diversity*, *4*, 460-471

15. ° Matsuno, E. & **Budge, S.L.** (2017). Non-binary/genderqueer identities: A critical review of the literature. *Current Sexual Health Reports*, *9*, 116-120.

16. Katz-Wise, S.L., Reisner, S.L., White, J.M., & **Budge, S.L.** (2017). Self-reported changes in attractions and social determinants of mental health in transgender adults. *Archives of Sexual Behavior, 46*, 1425-1439.

4

17. **Budge, S.L.** & dickey, l.m. (2017). Barriers, challenges, and decision-making in the letter writing process for gender transition. *Psychiatric Clinics, 40,* 65-78.

18. Katz-Wise, S.L., **Budge, S. B.,** Orovecz, J.O. , Nguyen, B., & Thompson, K. (2017). Imagining the Future: Qualitative findings of future orientation from the Trans Youth Family Study. *Journal of Counseling Psychology, 64, 26-40.*

19. **Budge, S.L.** (2016). To err is human: An introduction to the special issue on clinical errors. *Psychotherapy*, *53*, 255-256.

20. Sinnard, M. *,* Raines, C. , & **Budge, S.L.** (2016). The association between geographic location and anxiety and depression in transgender individuals: An exploratory study of an online sample. *Transgender Health, 1,* 181-186.

21. **Budge, S.L.** & Pankey, T.L. (2016). Ethnic differences in gender dysphoria*. Current Psychiatry Reviews, 12,* 175-180.

22. dickey, l.m., **Budge, S.L.,** Katz-Wise, S.L., & Garza, M.V. (2016). Health disparities in the transgender community: Exploring differences in insurance coverage. *Psychology of Sexual Orientation and Gender Diversity, 3,* 275-282.

23. Barr, S.M. , **Budge, S.L.,** & Adelson, J.L. (2016) Transgender community belongingness as a mediator between strength of transgender identity and well-being. *Journal of Counseling Psychology, 63,* 87-97.

24. **Budge, S.L.,** Thai, J.L., Tebbe, E., & Howard, K.H. (2016) The intersection of socioeconomic status, race, sexual orientation, transgender identity, and mental health outcomes. *The Counseling Psychologist, 44,* 1025-1049.

25. Tebbe, E.A. & **Budge, S.L.** (2016) Research with transgender communities: Applying a process-oriented approach to methodological considerations and research recommendations. *The Counseling Psychologist, 44,* 996-1024.

26. Moradi, B., Tebbe, E., Brewster, M., **Budge, S.L.,** Lenzen, A., Enge, E…Painter, J. (2016). A content analysis of trans people and issues: 2002-2012. *The Counseling Psychologist, 44,* 960-995.

27. Tebbe, E.A., Moradi, B., & **Budge, S.L.** (2016). Enhancing scholarship focused on trans people and issues. *The Counseling Psychologist, 44,* 950-959.

28. **Budge, S.L.** (2015*).* Psychotherapists as gatekeepers: An evidence-based case-study highlighting the role and process of letter-writing for transgender clients. *Psychotherapy, 52,* 287-297.

29. Kopta, M., Owen, J.J., & **Budge, S.L.** (2015). Measuring psychotherapy outcomes with the Behavioral Health Measure-20: Efficient and comprehensive. *Psychotherapy, 52,* 442-448.

30. Watkins, C.E., **Budge, S.L.,** & Callahan, J.L. (2015). Common and specific factors converging in psychotherapy supervision: A supervisory extrapolation of the Wampold/Budge psychotherapy relationship model. *Journal of Psychotherapy Integration, 25,* 214-235.

31. Owen, J.J., Adelson, J.L., **Budge, S.L.,** Wampold, B.E., Kopta, M., Minami, T., & Miller, S.D., (2015). Trajectories of change in short-term psychotherapy. *Journal of Clinical Psychology, 71,* 817-827.

32. **Budge, S.L.** (2015).  The effectiveness of psychotherapeutic treatments for personality disorders: A review and critique of current research practices. *Canadian Psychology, 56,* 191-196.

33. Owen, J.J., Adelson, J.L., **Budge, S.L.,** Reese, R.J., & Kopta, M.M. (2015). Good-Enough Level and Dose-Effect models: Variation among outcomes and therapists. *Psychotherapy Research, 26,* 22-30.

34. Katz-Wise, S.L. & **Budge, S.L.** (2015). Cognitive and interpersonal identity processes related to mid-life gender transitioning in transgender women. *Counselling Psychology Quarterly, 28,* 150-174.

35. **Budge, S.L.,** Orovecz, J., & Thai, J.L. (2015). Trans men's positive emotions: The interaction of gender identity and emotion labels. *The Counseling Psychologist, 43,* 404-434.

36. **Budge, S. L.,** Keller, B.L., & Sherry, A.  (2015) A qualitative investigation of lesbian, gay, bisexual, and queer women's experiences of sexual pressure. *Archives of Sexual Behavior, 44,* 813-824.

37. **Budge, S.L.** (2014). Navigating the balance between positivity and minority stress for LGBTQ clients who are coming out. *Psychology of Sexual Orientation and Gender Diversity, 1,* 350-352.

38. **Budge, S.L.,** Rossman, H.K., & Howard, K.H. (2014). Coping and psychological distress among genderqueer individuals: The moderating effect of social support. *Journal of LGBT Issues in Counseling, 8,* 95-117.

39. **Budge, S.L.,** Moore, J.T., Del Re, A.C., Wampold, B.E., Baardseth, T.P., & Nienhuis, J.B. (2013). The effectiveness of evidence-based treatments for personality disorders when comparing treatment-as-usual and bona fide treatments. *Clinical Psychology Review, 33,* 1057-1066.

40. **Budge, S.L.** (2013). Interpersonal psychotherapy with transgender clients. *Psychotherapy*, 50, 356-359.

41. Katz-Wise, S.L., **Budge, S.L.,** & Hyde, J.S. (2013). Individuation or identification? Self-objectification and the mother–adolescent relationship. *Psychology of Women Quarterly, 37,* 366-380.

42. **Budge, S.L.,** Adelson, J.L., & Howard, K.H. (2013).  Anxiety and depression in transgender individuals: The roles of transition status, loss, social support, and coping. *Journal of Consulting and Clinical Psychology, 81,* 545-557.

43. **Budge, S.L.**, Owen, J.J., Kopta, S.M., Minami, T., Hanson, M.R., & Hirsch, G (2013). Differences among trainees in client outcomes associated with the Phase Model of Change. *Psychotherapy, 50,* 150-157.

44. **Budge, S. L.,** Katz-Wise, S. L., Tebbe, E., Howard, K.A.S., Schneider, C. L., & Rodriguez, A. (2013). Transgender emotional and coping processes: Use of facilitative and avoidant coping throughout the gender transition. *The Counseling Psychologist, 41,* 601-647.

45. Valdez, C. R. & **Budge, S.L.** (2012). Addressing adolescent depression in schools: Effectiveness and acceptability of an in-service training for school staff in the United States. *International Journal of Educational Psychology, 1,* 228-25.

46. Wampold, B.E., & **Budge, S.L.** (2012). The relationship—and its relationship to the common and specific factors of psychotherapy. *The Counseling Psychologist, 40,* 601-623.

47. Wampold, B.E., **Budge, S.L.**, Laska, K. M., Del Re, A.C., Baardseth, T.P., Fluckiger, C., Minami, T., Kivlighan, M., & Gunn, W. (2011). Evidence-based treatments for

depression and anxiety versus treatment-as-usual: A meta-analysis of direct comparisons. *Clinical Psychology Review, 31,* 1304-1315.

48. Valdez, C. R., Dvorscek, M., **Budge, S.L.,** & Esmond, S.L. (2011). Provider perspectives of Latino patients: Determinants of care and implications of treatment. *The Counseling Psychologist, 39,* 497-526.

49. Wampold, B.E., Benish, S.G., Imel, Z.E., Miller, S.D., Laska, K., Del Re, A.C., Baardseth, T.P., & **Budge, S.L.** (2010).What works in the treatment of PTSD? A response to Ehlers et al. *Clinical Psychology Review, 30,* 269-276.

50. **Budge, S. L.,** Tebbe, E. N. & Howard, K. A. S. (2010). The work experiences of transgender individuals: Negotiating the transition and coping with barriers. *Journal of Counseling Psychology, 57,* 377-393.

51. Howard, K. A. S., **Budge, S. L.,** Gutierrez, B., Lemke, N. T., & Owen, A. D. (2010) Future plans of urban youth: Influences, perceived barriers, and coping strategies. *Journal of Career Development, 37,* 655-676.

52. **Budge, S. L.,** Baardseth, T. P., Wampold, B. H., & Fluckiger, C. (2010). Researcher allegiance and supportive therapy: Pernicious affects on results of randomized clinical trials. *European Journal of Counselling and Psychotherapy, 12,* 23-39.

53. Howard, K. A. S., **Budge, S. L.,** & McKay, K. M. (2010). Youth exposed to violence: The role of protective factors. *Journal of Community Psychology, 38,* 63-79.

54. **Budge, S. L.** (2006) Peer mentoring in post-secondary education: Implications for research and practice. *Journal of College Reading and Learning, 37*, 71-85.

**BOOK CHAPTERS**

1. **Budge, S.L.** & Moradi, B. (2019). *Gender Identity*.
2. Moradi, B. & **Budge, S.L.** (2019). *Sexual Orientation*.
3. **Budge, S.L.** & Orovecz, J.J. (2017). Gender fluidity. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 660-662). Thousand Oaks, CA: SAGE.
4. **Budge, S.L.** & Pankey, T. L. (2017). Interpersonal therapies and gender. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 961-964). Thousand Oaks, CA: SAGE.
5. **Budge, S.L.** & salkas, s. (2017). Experiences of transgender people within the LGBT community. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 1073-1075). Thousand Oaks, CA: SAGE.
6. **Budge, S.L.** & Thai, J.L. (2017). Coming out processes for transgender people. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 357-360). Thousand Oaks, CA: SAGE.
7. **Budge, S.L.** & Sinnard, M. (2017). Trans. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 1685-1685). Thousand Oaks, CA: SAGE.
8. Akinniyi, D. & **Budge, S.L.** (2017). Biological sex and mental health outcomes. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 161-165). Thousand Oaks, CA: SAGE.
9. Lam, J. & **Budge, S.L.** (2017). Help-seeking behaviors and men. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 832-834). Thousand Oaks, CA: SAGE.

10. Jones, T., Chin, M.Y., & **Budge, S.L.** (2017). Sororities. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 1611). Thousand Oaks, CA: SAGE.

11. Sun, S. & **Budge, S.L.** Women's group therapy. (2017). In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 1829-1830). Thousand Oaks, CA: SAGE.

12. Sun, S., Minero, L., & **Budge, S.L.** (2017). Multiracial people and gender. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 1208-1212). Thousand Oaks, CA: SAGE.

13. Alexander, D., Hunter, C., & **Budge, S.L.** (2017). Experiences of women in religious leadership. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 1813-1815). Thousand Oaks, CA: SAGE.

14. **Budge, S.L.** (2017). Genderqueer. In A. Goldberg (Ed.) *The SAGE Encyclopedia of LGBTQ Studies* (pp. 460-463). Thousand Oaks, CA: SAGE.

15. **Budge, S.**L. & Snyder, K.E. (2016). Sex-related differences research. In A. Goldberg (Ed.) *The Wiley Blackwell Encyclopedia of Gender and Sexuality Studies* (pp. 2125-2129*).* Thousand Oaks, CA: SAGE.

16. °**Budge, S. L**., & Wampold, B. E. (2015). The relationship: How it works. In O. C. G. Gelo, A. Pritz, & B. Rieken (Eds.), *Psychotherapy research: Foundations, process, and outcomes* (pp. 213-228). Dordrecht: Springer.

## RESEARCH SUPPORT

**WARF 2020**                                                                    **05/2019-05/2021**
University of Wisconsin-Madison
$500,000—submitted
Research project determining the longitudinal outcomes of gender affirming medical care for adolescent and adults in Wisconsin.
Role: Co-PI

**Online Course Development Grant**                              **01/2019-9/2020**
University of Wisconsin-Madison
$15,000—**funded**
This grant funds university faculty to design new and innovative courses at UW-Madison. The funding will cover the creation of a course called "Gender and Queer Issues In Psychology" set to begin in Summer 2020.
Role: Instructor

**Fall Research Competition**                                          **6/2018 – 6/2019**
University of Wisconsin-Madison
$34,000 - **funded**
Research project determining the effectiveness of psychotherapy interventions focused on minority stressors for transgender clients.
Role: PI

**National Institute of Health**                                        **1/2018 - current**
NICHD, R01, $500,000 – **scored, resubmitted**

Study focused on promoting well-being among transgender and gender non-conforming youth and identifying salient contextual factors.
Role: Collaborator

**UW Institute for Clinical Research (ICTR)**              **6/2017 – 6/2018**
**Health Equity and Diversity (AHEAD) research pilot award**
$10,000 - **funded**
Research project determining the effectiveness of psychotherapy interventions focused on minority stressors for transgender clients.
Role: PI

**National Institute of Health**                          **1/2017 – 1/2019**
Structured pubertal suppression readiness assessment for gender dysphoric youth.
NICHD, R21, $206,028
Role: Collaborator

**Fall Research Competition**                             **5/2017 - 9/2018**
University of Wisconsin-Madison
$60,000 - **funded**
Supplemental research project for the NIH grant (listed below) focusing on pubertal suppression for transgender youth.
Role: PI

**National Institute of Health**                          **11/2016**
NICHD, K23, $666,769 - **scored,** unfunded
Study focusing on the effects of pubertal suppression on affect and emotion regulation for transgender youth.
Role: PI

**Wisconsin Partnership Program**                         **6/2016 – 6/2018**
Community Opportunity Grant
$50,000 **- funded**
A grant that assists with opportunities focused on transgender health and equity in health care.
Role: Collaborator

**UW Institute for Clinical Research (ICTR)**              **6/2016 – 6/2018**
**Health Equity and Diversity (AHEAD) research pilot award**
$10,000 - **funded**
Research project advancing the Wisconsin Survey of Trans Youth: An Assessment of Resources and Needs.
Role: Co-investigator

**Patient Centered Outcome Research Initiative (PCORI)**   **5/2016**
Engagement Award
$250,000 - **scored**, unfunded

9

Creating a collective for integrating psychological health, education, and research for LGBTQ therapies (CIPHER LGBTQ)
Role: Co-PI

**Faculty Research Development Grant**                    **10/2012 - 10/2013**
College of Education and Human Development
University of Louisville
$2,200 - **funded**
Research project testing psychotherapy process and outcomes for transgender individuals.
Role: PI

**Faculty Research Development Grant**                    **9/2011- 9/2012**
College of Education and Human Development
University of Louisville
$2,200 - **funded**
Research project regarding positive experiences of transgender identity and inter-sectionality of identities with genderqueer individuals.
Role: PI

**Charles J. Gelso Research Grant**                    **6/2010 – 6/2012**
American Psychological Association (Division 29)
$2,000 - **funded**
Meta-analysis project focusing on personality disorders and treatment effectiveness.
Role: PI

## INTERNATIONAL PRESENTATIONS
°Invited; Underlining denotes student;

1. Allen, B., Rehm, J., **Budge, S.L**., Botsford, J., & Andert, B. (2018). *School Safety and Support for Transgender Youth with Non-binary vs. Binary Gender Identities*. Pediatric Academic Societies (PAS) Conference, Toronto, Canada.
2. Rehm, J., Allen, B., **Budge, S.L**., Botsford, J., & Andert, B. (2018). *Transgender youth who receive gender related care from a specialized provider differ from other transgender youth*. Pediatric Academic Societies (PAS) Conference, Toronto, Canada.
3. Rehm, J., Allen, B., **Budge, S.L**., Botsford, J., & Andert, B. (2018). *Increased awareness of healthcare needs of youth with nonbinary gender identities is needed*. Pediatric Academic Societies (PAS) Conference, Toronto, Canada.
4. **Budge, S.L.** & Katz-Wise, S.L. (2016, July). *Emotional expression of trans youth and their families: A cross-comparison of familial cultures for gender and emotions.* Paper presented at the International Congress of Psychology Conference, Yokohama, Japan.
5. Chin, M.Y., Minero, L., & **Budge, S.L.** (2016, July). *"This is me, and I am happy. I love it": Understanding Internal Coping Processes of Trans-identified Individuals using Grounded Theory.* Paper presented at the International Congress of Psychology Conference, Yokohama, Japan.
6. **Budge, S.L.,** Katz-Wise, S.L., Conniff, J., Belcourt, S., & Parks, R. (2016, July). *Developmental processes of coping for trans youth: Results from the Trans Youth and*

10

*Family Study (TYFS).* Paper presented at the World Professional Association for Transgender Health Biannual Conference, Amsterdam, The Netherlands.

7. Sinnard, M., Raines, C., & **Budge, S.L.** (2016, July). *Effects of location and transition status on anxiety and depression in trans individuals.* Paper presented at the World Professional Association for Transgender Health Biannual Conference, Amsterdam, The Netherlands.

8. **Budge, S.L.** & salkas, s. (2016, July). *An overview of non-binary gender identities in the National Transgender Discrimination Survey*, Paper presented at the World Professional Association for Transgender Health Biannual Conference, Amsterdam, The Netherlands.

9. Orovecz, J., salkas, s., & **Budge, S.L.** (2016, July). *External identity processes for individuals with non-binary identities.* Paper presented at the World Professional Association for Transgender Health Biannual Conference, Amsterdam, The Netherlands.

10. Rossman, K., Sinnard, M., & **Budge, S.L.** (2016, July). *The externalization of affect for individuals with non-binary gender identities.* Paper presented at the World Professional Association for Transgender Health Biannual Conference, Amsterdam, The Netherlands.

11. Hase, C.N., Reiland, M.T., **Budge, S.L**. (2015, August). *"Omitting none:" Experience of people of color in a primarily white meditation community*. Poster presented at American Psychological Association. Toronto, ON.

12. Akinniyi, D.A. & **Budge, S.L.** (2015, August*). Genderqueer individuals' conceptualizations of multiple identities: A qualitative investigation using identity maps.* Paper presented at the Annual Meeting for the American     Psychological Association, Toronto, Canada.

13. Sinnard, M. & **Budge, S.L.** (2015, August). *Effects of location and transition status on anxiety and depression in trans individuals.* Poster presented at the Annual Meeting for the American Psychological Association, Toronto, Canada.

14. Watkins, C.E., **Budge, S.L.,** & Wampold, B.E. (2015, August). *Extrapolating the Wampold/Budge psychotherapy relationship model to psychotherapy supervision.* Paper presented at the Annual Meeting for the American Psychological Association, Toronto, Canada.

15. **Budge, S.L.** (2014, February). *Developmental processes of positive emotions for trans individuals: The interplay of interpersonal emotions and transition appraisal.* Paper presented at the World Professional Association for Transgender Health Biannual Conference, Bangkok, Thailand.

16. **Budge, S.L.,** Adelson, J.L., & Howard, K.A.S. (2014, February). *Transgender and Genderqueer individuals' mental health concerns: A moderated mediation analysis of social support and coping.* Paper presented the World Professional Association for Transgender Health Biannual Conference, Bangkok, Thailand.

## NATIONAL PRESENTATIONS
°Invited; Underlining denotes student;

1. Barcelos, C., **Budge, S.L.,** & Botsford, J. (2019, April). *Uneven Access: The Health of Trans and Gender Nonconforming People in Wisconsin and the Upper Midwest.* Paper to be presented at the Annual National Transgender Health Summit, San Francisco, CA.

2. Bhattacharya, N., **Budge, S.L.,** Pantalone, D., & Katz-Wise, S.L. (2018, November). *Conceptualizing relationships among transgender and gender nonconforming youth and*

11

*their caregivers.* Paper presented at the American Public Health Association Conference, San Diego, California.

3. **Budge, S.L.,** Sinnard, M.T., & Hoyt, W.T. (2018, September). *Longitudinal Effects of Psychotherapy with Transgender Clients: A 6-month Follow-up.* Paper presented at the Biennial North American Society for Psychotherapy Research Conference, Snowbird, Utah.

4. Sinnard, M.T. & **Budge, S.L.** (2018, September). **"***I Want to Correct Past Harmful Counseling Experiences": Goal Attainment in Psychotherapy with Transgender Clients.* Paper presented at the Biennial North American Society for Psychotherapy Research Conference, Snowbird, Utah.

5. **Budge, S.L.** (2018, August). *The feasibility of a clinical trial focusing on trans individuals' minority stress.* Paper presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

6. **Budge, SL.,** Allen, B., Andert, B., Botsford, J., & Rehm, J. (2018, August). *Resources contributing to psychological well-being for trans youth: A CBPR Approach.* Paper presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

7. Sweetnam, M.R., Mauk, E., & **Budge, S.L.** (2018, August). *A qualitative analysis of nonbinary and genderqueer individuals' experiences of proximal and distal minority stress.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

8. Dillard, S., Sinnard, M.T., **Budge, S.L.**, & Katz-Wise, S.L. (2018, August). *Triadic analysis of concordance and discordance in families of trans youth.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

9. Mauk, E., Guo, E., Stock, C., Eck, M., & **Budge, S.L.** (2018, August). *Minority stress interventions in a psychotherapy pilot trial for transgender clients.* Paper presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

10. Orzechowski, M., **Budge, S.L.,** Lavendar, A., Onsgard, K., Schamms, S., Liebowitz, S., & Katz-Wise, S.L. (2018, August). *Emotions of transgender youth.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

11. Raines, C.R & **Budge, S.L.** (2018, August). *Measuring masculine sexual entitlement: Subscales of a new instrument.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

12. Sinnard, M.T, Orzechowski, M., **Budge, S.L.,** Belcourt, S., Conniff, J., Orovecz, J., Parks, R., Sun, S., & Sutton, J. (2018, August). *Depression and anxiety among transgender compared to cisgender Individuals: A meta-analysis.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

13. Sinnard, M.T., **Budge, S.L.,** & Hoyt, W.T. (2018, August). *The effectiveness of psychotherapy for transgender clients: A randomized controlled trial.* Paper presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

14. Sun, S., Hoyt, W.T., & **Budge, S.L.** (2018, August). *Minority stress, HIV risk behaviors, and mental health among Chinese men who have sex with men (MSM): A qualitative*

*analysis.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

15. Thomas, K.A., Andert, B., Ibarra, N., **Budge, S.L.,** & dickey, l. (2018, August). *Non-suicidal self-injury in transgender individuals.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

16. Dyer, R., **Budge, S.L.,** Rehm, J., Botsford, J., Andert, B., & Allen, B. (2018, August). *Rural-urban differences in perceived safety at school for Wisconsin trans youth.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

17. Raines, C.R & **Budge, S.L.** (2018, August). *Understanding the relationships between masculine sexual entitlement, masculinity, and violence.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

18. Rehm, J., Botsford, J**., Budge, S.L,** Andert, B., & Allen, B. (2017, September). *Initial results of needs assessment for trans and gender expansive youth in Wisconsin.* Poster presented at the International Joint Meeting of Pediatric Endocrinology, Washington, D.C.

19. Rossman, H. K., Sinnard, M. T., & **Budge, S. L**. (August, 2017). *Bisexuality and Consensual Non-Monogamy for Trans Individuals and Their Romantic Partners.* Paper presented at the Bisexuality Issues Committee Intersectionality Symposium at the Annual Meeting for the American Psychological Association in Washington, D.C.

20. Minero, L.M. & **Budge, S.L.** (2017, February). *Experiences of exclusion and discrimination among undocutrans (undocumented and transgender) individuals in the united states and implications for mental health professionals.* Paper presented at the meeting for the United States Professional Association for Transgender Health, Los Angeles, California.

21. **Budge, S.L.** (2017, February). *Evaluating the effectiveness of psychotherapy with trans clients: using the working alliance inventory.* Paper presented at the meeting for the United States Professional Association for Transgender Health, Los Angeles, California.

22. **Budge, S.L.** (2016, August). *Psychotherapy interventions, process, and outcome with transgender and gender non-conforming clients.* Chair of invited symposium for Division 29 at the Annual Meeting for the American Psychological Association, Denver, Colorado.

23. **Budge, S.L.** (2016, August). *The impact of minority stress interventions on psychotherapy outcomes with a trans client.* Paper presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

24. Minero, L.M., Chin, M.Y., & **Budge, S.L.** (2016, August). *Transgender clients' reports of characteristics of effective and trans-competent therapists.* Paper presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

25. **Budge, S.L.** (2016, August). *The state and future of psychotherapy research with transgender clients.* Paper presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

26. Minero, L.M., Chin, M.Y., & **Budge, S.L.** (2016, August). *Understanding external coping processes of trans-identified individuals using grounded theory.* Poster presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

27. Salkas, S. & **Budge, S.L.** (2016, August). *An overview of US population-based data on individuals with non-binary gender identities.* Paper presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

13

28. Alexander, D., Orovecz, J., Salkas, S., Stahl, A., & **Budge, S. L.** (2016, August). *Internal identity processes for individuals with non-binary identities*. Paper presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

29. Rossman, K., Sinnard, M., & **Budge, S.L.,** (2016, August). *The "queering" of emotions-- using non-binary gender identity to label emotional processes.* Paper presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

30. Barr, S. M. & **Budge, S.L.** (2016, August). *Experiences of self esteem and well-being for individuals with non-binary gender identities*. Paper presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

31. Chase, A., Lam, J., & **Budge, S.L.** (2016, August). *Culture and masculine ideology: measuring masculinity among japanese american men*. Poster presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

32. Akinniyi, D. & **Budge, S.L.** (2016, August). *The student-athlete experience: Multiple minority statuses and discrimination*. Poster presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

33. **Budge, S.L**. (2016, August). *Identity processes, well-being, and emotional processes for individuals with non-binary identities.* Chair of symposium at the Annual Meeting for the American Psychological Association, Denver, Colorado.

34. Hase, C.N., Meadows, J.D., Budge, S.L. (2016, June). *Inclusion and exclusion in the white space: An investigation of the experiences of people of color in a primarily white american meditation community.* Poster presented at Mind & Life Summer Research Institute. Garrison, NY.

35. **Budge, S.L.** (2015, June). *The effectiveness of psychotherapeutic treatments for personality disorders: A review and critique of current research    practices.* Paper presented at the Annual Meeting for the Society for Psychotherapy Research, Philadelphia, PA.

36. Kring, M. & **Budge, S.L.** (2015, June*). Re-evaluating outcomes in psychotherapy: Considerations beyond self-report.* Paper presented at the Annual Meeting for the Society for Psychotherapy Research, Philadelphia, PA.

37. Owen, J. J., Wampold, B.E., Miller, S.D., **Budge, S.L.**, & Minami, T. (2015, June). *Trajectories of change in short-term psychotherapy: Lessons from growth curve mixture modeling.* Paper presented at the Annual Meeting for the Society for Psychotherapy Research, Philadelphia, PA.

38. Katz-Wise, S.L. & **Budge, S.L.** (2015, April). *Imaging the future: qualitative findings of future orientation from trans youth and parents/caregivers in the Trans Youth Family Study.* Paper presented at the Annual Transgender Health Summit, Oakland, CA.

55. **Budge, S.L.** (2014, August). *The other side of the story: trans individuals' experiences of positivity and resilience.* Symposium chair for the Annual Meeting for the American Psychological Association, Washington, DC.

56. **Budge, S.L.** (2014, August). *Lessons learned from NIH-grant submission for LGBTQ research.* Invited panelist for the Annual Meeting for the    American Psychological Association, Washington, DC.

39. **Budge, S.L.** & Katz-Wise, S.L. (2014, August). *Emotional and interpersonal experiences of trans youth and their caregivers.* Paper presented at the   Annual Meeting for the American Psychological Association, Washington, DC.

14

40. Eleazer, J.L., Nguyen, Y., **Budge, S.L.** (2014, August). *"I'm afraid of my therapist":  Military policy and access-to-care for transgender US service members.* Paper presented at the Annual Meeting for the American Psychological Association, Washington, DC.

41. Thai, J.L. & **Budge, S.L.** (2014, August). *Mental health outcomes for trans Asian American, Asian, and Pacific Islander populations.* Paper presented at the Annual Meeting for the American Psychological Association, Washington, DC.

42. Alexander, D. & **Budge, S.L.** (2014, August). *The impact of partner support on symptoms of anxiety for trans women, trans men, and genderqueer individuals.* Poster presented at the Annual Meeting for the American Psychological Association, Washington, DC.

43. Barr, S.M. & **Budge, S.L**. (2014, August). *Trans identity salience as a predictor for well-being and body control beliefs for trans individuals.*    Poster presented at the Annual Meeting for the American Psychological Association, Washington, DC.

44. Keller, B.L., Barr, S.M., & **Budge, S.L.** (2014, August). *Trans women's emotional resilience: Reactions to the intersection of sexism and transphobia.* Paper presented at the Annual Meeting for the American Psychological Association, Washington, DC.

45. Rossman, H.K., Sinnard, M., **Budge, S.L.** (2014, August). *Adapting a three-tiered model of emotions to genderqueer individuals' identity processes.* Paper presented at the Annual Meeting for the American Psychological Association, Washington, DC.

46. Thai, J.L., Orovecz, J., **Budge, S.L.** (2014, August). *Trans men's experiences of positive emotions: An examination of gender identity and emotion labels.* Paper presented at the Annual Meeting for the American Psychological Association, Washington, DC.

47. Tebbe, E.N., Brewster, M., **Budge, S.L.** (2014, August). *A content analysis of transgender psychological literature.* Poster presented at the Annual Meeting for the American Psychological Association, Washington, DC.

48. Thai, J.L. & **Budge, S.L.** (2014, March). *Family relationships and outness for transgender Asian Pacific Islander individuals.* Paper presented at the Society of Counseling Psychology Conference, Atlanta, GA.

49. Hunter, C. & **Budge, S.L.** (2014, March). *The moderating effect of race related to discrimination for transgender individuals.* Paper presented at the Society of Counseling Psychology Conference, Atlanta, GA.

50. Alexander, D. & **Budge, S.L.** (2014, March). *The impact of partner support on symptoms of anxiety for trans women, trans men, and genderqueer individuals.* Paper presented at the Society of Counseling Psychology Conference, Atlanta, GA.

51. Barr, S.M. & **Budge, S.L.** (2014, March). *Validation of the Objectified Body Consciousness Scale for transgender individuals.* Paper presented at the Society of Counseling Psychology Conference, Atlanta, GA.

52. **Budge, S.L.** (2013, October). *Addressing grief and role transitions for transgender clients experiencing gender identity incongruence.* Paper presented at the Biennial North American Society for Psychotherapy Research Conference, Nashville, TN.

53. **Budge, S.L.,** Barr, S.M., Katz-Wise, S.L., Keller, B.L., & Manthos, M. (2013, June). *Incorporating positivity into psychotherapy with trans clients.* Workshop presented at the Annual Philadelphia Transgender Health Conference, Philadelphia, PA.

54. **Budge, S.L.** & Barr, S.M. (2013, April). *Emotional and identity processes of trans youth: A developmental approach.* Paper presented at the Biennial Society for Research on Child Development Conference, Seattle, WA.

55. **Budge, S.L.,** Thai, J., Rossman, H.K. *(*2012, August*) Intersecting identities and mental health outcomes for transsexual, cross-dressing, and genderqueer individuals.* Poster presented at the Annual Meeting for the American Psychological Association, Orlando, Florida.

56. **Budge, S.L.** & Keller, B.L. (2012, August). *"She felt pressured, I felt neglected": LGBQ individuals' experiences of sexual pressure in relationships.* Poster presented at the Annual Meeting for the American Psychological Association, Orlando, Florida.

57. **Budge, S.L.,** Moore, J., Neinhuis, J., Baardseth, T., & Wampold, B.E. (2012, June). *The relative efficacy of bona-fide psychological treatments for personality disorders: A meta-analysis of direct comparisons.* Paper presented at the Annual Meeting for the Society for Psychotherapy Research, Virginia Beach, Virginia.

58. **Budge, S.L.** & Katz-Wise, S.L. (2012, February). *Trans-affirmative therapy: Focusing on emotional and coping processes throughout gender transitioning.* Workshop presented at the Transgender Spectrum Symposium, Annual Meeting of the Gay and Lesbian Affirmative Psychotherapy Association, New York, New York.

59. **Budge, S.L.** & Katz-Wise, S.L. (2011, November). *Transgender emotional and coping processes: Facilitative and avoidant coping throughout the gender transition.* Paper presented at the Annual Meeting for the Society for the Scientific Study of Sexuality, Houston, Texas.

60. **Budge, S.L.** & Howard, K.H. (2011, August). *Gender socialization and genderqueer individuals: The impact of assigned sex on coping and mental health concerns.* Paper presented at the Annual Meeting for the American Psychological Association, Washington, D.C.

61. Tebbe, E.L., **Budge, S.L.,** & Fischer, A. (2011, March). *Transforming the research Goliath: Reflections on research with transgender communities.* Roundtable presented at the Bi-Annual Meeting of the Association for Women in Psychology, Philadelphia, Pennsylvania.

62. **Budge, S.L.** & Howard, K.A.S. (2010, August). *Coping, social support, and well-being in the transition process for transgender individuals.* Paper presented at the Annual Meeting for the American Psychological Association, San Diego, California.

63. Baardseth, T.P., **Budge, S.L.,** & Wampold, B.E. (2010, August). *Allegiance and psychotherapy research: The effectiveness of supportive therapy as a control.* Poster presented at the Annual Meeting for the American Psychological Association, San Diego, California.

64. Solberg, V.S., Gresham, S.L., **Budge, S.L**., & Phelps, A.L. (2010, August). *Impact of learning experiences on students with disabilities career development.* Poster presented at the Annual Meeting for the American Psychological Association, San Diego, California.

65. Katz-Wise, S.L., **Budge, S.L.,** & Hyde, J.S. (2010, August). *Individuation or identification? Objectified body consciousness.* Poster presented at the Annual Meeting for the American Psychological Association, San Diego, California.

66. Solberg, V.S., Gresham, S.L., **Budge, S.L**., & Phelps, A.L. (2010, August). *Impact of exposure to quality learning experiences on career development.* Paper presented at the Annual Meeting for the American Psychological Association, San Diego, California.

67. **Budge, S.L.** & Fluckiger, C. (2010, June). *Comparison of evidence-based-treatments versus treatment as usual: A meta-analysis.* Paper presented at the Annual Meeting for the Society for Psychotherapy Research, Asilomar, California.

16

68. **Budge, S.L**. & Howard, K.A.S. (2010, April). *Career decision-making in the transgender population: The role of barriers and discrimination.* Paper presented at the Annual Meeting for the American Educational Research Association, Denver, Colorado.

69. **Budge, S.L.**, Solberg, V.S., Phelps, L.A., Haakenson, K., & Durham, J. (2010, April). *Promising practices for implementing Individualized Learning Plans: Perspectives of teachers, parents, and students.* Paper presented at the Annual Meeting for the American Educational Research Association, Denver, Colorado.

70. Solberg, V.S., Gresham, S.L., Phelps, L.A., & **Budge, S.L.** (2010, April). *Identifying decision-making patterns and its impact on career development and workforce readiness.* Paper presented at the Annual Meeting for the American Educational Research Association, Denver, Colorado.

71. Katz-Wise, S.L., **Budge, S.L.,** & Hyde, J.S. (2010, March). *Objectified body consciousness and the mother-adolescent relationship.* Poster presented at the Biennial Meeting for the Society for Research on Adolescence, Philadelphia, Pennsylvania.

17. **Budge**, S. L., Tebbe, E. N., Katz-Wise, S. L., Schneider, C. L., & Howard, K. A. (2009, August). *Workplace transitions: Work experiences and the impact of transgender identity.* Paper presented at the Annual Meeting of the American Psychological Association, Toronto, Ontario, Canada.

18. Katz-Wise, S. L., **Budge, S. L.**, & Schneider, C. L. (2009, August). *Navigating the gender binary: A qualitative study of transgender identity development.* Paper presented at the Annual Meeting of the American Psychological Association, Toronto, Ontario, Canada.

1. Nelson, M. L., Thompson, M. N., Huffman, K. L., & **Budge, S. L.** (2009, August). *Development and further validation of the social class identity dissonance scale.* Paper presented at the Annual Meeting of the American Psychological Association, Toronto, Ontario, Canada.

72. Dvorscek, M., **Budge, S. L.**, Bluemner, J. L., & Valdez, C. R. (2009, August). *Health care provider perspectives on Latino patients with depression.* Poster presented at the Annual Meeting of the American Psychological Association, Toronto, Ontario, Canada.

73. Neumaier, E. R., **Budge, S. L.**, Bohlig, A. J., Doolin, E. M., & Nelson, M. L. (2009, August). *I feel masculine but they think I'm feminine: Toward measuring experienced gender role.* Poster presented at the Annual Meeting of the American Psychological Association during the Division 17  Social Hour, Toronto, Ontario, Canada.

74. Doolin, E. M., Graham, S. R., Hoyt, W. T., **Budge, S. L.**, & Bohlig, A. J. (2009, January). *Out and about in the South: Defining lesbian communities.* Poster presented at the National Multicultural Conference and Summit, New Orleans, LA.

75. **Budge, S. L.**, Tebbe, E. N. & Howard, K. A. S. (2009, January) *Transgender individuals' work experiences: Perceived barriers, discrimination, and self-efficacy.* Paper presented at the Annual Meeting of the Career Conference, Madison, WI.

76. Howard, K. A. S., **Budge, S. L.**, Jones, J., & Higgins, K. (2009, January). *Future plans of urban youth: A qualitative analysis of influences, barriers, & coping strategies.* Paper presented at the Annual Meeting of the Career Conference, Madison, WI.

77. **Budge, S.,** Schneider, C., Rodriguez, A., Katz-Wise, S., Tebbe, E., & Valdez, C. (2008, August). *The emotional roller coaster: Transgender experiences of positive and negative emotions.* Poster presented at the Annual Meeting of the American Psychological Association, Boston, MA.

78. Nelson, M. L., Huffman, K. & **Budge, S. L.**, (2008, August). *Initial validation of the Social Class Identity Dissonance Scale.* Poster presented at the Annual Meeting of the American Psychological Association, Boston, MA.

79. **Budge, S. L.,** Schneider, C., Rodriguez, A., & Howard, K. A. S. (2008, January) *What about the "T"?: Career counseling with transgender populations.* Paper presented at the Annual Meeting of the Career Conference, Madison, WI.

80. Howard, K. A .S., McKay, K. M., & **Budge, S. L.** (2007, August) *Adolescents' use of SOC strategies: The interaction with low-income and high violence contexts.* Poster presented at the Annual Meeting of the American Psychological Association, San Francisco, CA.

81. **Budge, S. L.** & Sherry, A. (2007, August) *The influence of gender role on sexual compliance: A preliminary investigation of LGB relationships.* Poster presented at the Annual Meeting of the American Psychological Association, San Francisco, CA.

82. Howard, K. A. S., Solberg, V. S., & **Budge, S. L.** (2007, August). *Designing culturally responsive school counseling career development programming for youth.* Paper presented at the Annual Meeting of the American Psychological Association, San Francisco, CA.

83. Howard, K. A. S., Jones, J. E., **Budge, S.,** Gutierrez, B., Lemke, N., Owen, A., & Higgins, K. (2007, April). *Academic and career goals of high school youth: processes and challenges.* Paper presented at the Annual Meeting of the American Educational Research Association, Chicago, IL.

## REGIONAL PRESENTATIONS
°Invited; Underlining denotes student;

1. Guo, E., Mauk, E., & **Budge, S.L.** (2018, November). *Minority stress interventions in a psychotherapy pilot trial for transgender clients.* Paper presented at the Annual Meeting for the Wisconsin Counseling Association, Madison, Wisconsin.

2. **Budge. S.L.** (2018, November). *Mental Health and Wellbeing: Trans, Nonbinary, and Gender Nonconforming People.* Paper presented at the Annual Midwest Family Medicine Conference, Madison, Wisconsin.

3. Dyer, R. L., **Budge, S. L.,** Botsford, J., Andert, B., Rehm, J., & Allen, B. (April 2018). *Supporting trans youth in rural Wisconsin.* Symposium presented at the 2018 Wisqueer Conference, Madison, Wisconsin.

4. Dyer, R. L., **Budge, S. L.,** Botsford, J., Andert, B., Rehm, J., & Allen, B. (April 2018). *Trans youth needs assessment survey results: Nonmetropolitan-metropolitan differences in perceived safety at school for Wisconsin trans and nonbinary youth.* Poster presented at the 2018 Wisconsin Psychological Association Convention, Appleton, Wisconsin.

5. **Budge, S.L.** & Bostford, J. (February, 2018). *Trans experiences in Mental Health.* Symposium presented at the 2018 Wisconsin LGBTQ Summit, Milwaukee, Wisconsin.

6. Dyer, R. L., **Budge, S. L.,** Botsford, J., Andert, B., Rehm, J., & Allen, B. (February 2018). *Supporting trans youth in rural Wisconsin.* Symposium presented at the 2018 Wisconsin LGBTQ Summit, Milwaukee, Wisconsin.

7. **°Budge, S.L.** (2017, September). *Transgender individuals and minority stress: The past, present, and future.* Research talk presented for the UW Department of Psychology Diversity series.

8. **°Budge, S.L.** and Karcher, O. (2017, May). *Supporting trans youth and their mental health needs, Part 2.* Paper presented at the Supporting Trans and Gender Expansive Youth conference, Madison, Wisconsin.

9. **°Budge, S.L.** (2016, October). *Supporting trans youth and their mental health needs.* Paper presented at the Supporting Trans and Gender Expansive Youth conference, Madison, Wisconsin.

10. **Budge, S.L.** (2013, November). *Incorporating an IPT approach with transgender clients.* Paper presented at the Annual Kentucky Psychological Association Conference, Lexington, Kentucky.

11. **Budge, S.L.** (2013, April). *Using interpersonal therapy with transgender clients.* Workshop provided at the Annual University of Florida Interdisciplinary Conference on LGBT Issues.

12. Barr, S. M. & **Budge, S. L.** (2013, April). *The role of identity integration in the emotional well-being of post-transition individuals.* Poster presentation at the Kentucky Psychological Association Student Research Conference, Louisville, Kentucky.

13. Orovecz, J., Thai, J.L., & **Budge, S.L.** (2013, April). *"I'm stoked about life": The emotional processes of trans men through a qualitative lens.* Poster presented at the Spring Research Conference, Lexington, Kentucky.

14. Rossman, K. & **Budge, S.L.** (2013, April). *Genderqueer individuals' mental health concerns: The relationship between social support and coping.* Paper presented at the Spring Research Conference, Lexington, Kentucky.

15. Barr, S. M. & **Budge, S. L.** (2013, April). *The role of identity integration in the emotional well-being of post-transition individuals.* Poster presented at the Spring Research Conference, Lexington, Kentucky.

16. Rossman, K. & **Budge, S.L.** (2013, June). *Just the fact that I commanded that respect - I got the privilege: Qualitative examination of privilege in the trans community.* Paper presented at the Spring Research Conference, Lexington, Kentucky.

17. Keller, B.L., Barr, S.M., & **Budge, S. L**. (2013, April). "*For every bad, there's 40 good things that happen": A qualitative approach to understanding the positive emotional experiences of trans women.* Poster presentation at the Spring Research Conference, Lexington, Kentucky.

18. Orovecz, J., Thai, J.L., & **Budge, S.L.** (2013, April). *"I'm stoked about life": The emotional processes of trans men through a qualitative lens.* Presented at the Spring Research Conference, Lexington, Kentucky.

19. Orovecz, J., Thai, J.L., & **Budge, S.L.** (2013, March). *"I'm me, and I'm proud to be me": A grounded theory analysis of trans men's emotional processes.* Presented at the Kentucky Psychological Association Foundation Spring Academic Conference, Louisville, Kentucky.

20. Eleazer, J. R. & **Budge, S. L.** (2013, March). *"It would be better for them to have a dead hero for a father than a freak:" Suicidality and trans military service.* Poster presented at the Kentucky Psychological Association Spring Academic Conference, Louisville, Kentucky.

19

21. Sinnard, M., Rossman, K., & **Budge, S. L.** (2013, March). *Positive emotional experiences of gender non-binary identified individuals.* Poster presentation at the Kentucky Psychological Association Student Research Conference, Louisville, Kentucky.

22. Barr, S.M., Stahl, A., Manthos, M., & **Budge, S.L.** (2012, November). *"It means there aren't rules and you don't have to ascribe to a specific binary": A qualitative examination of genderqueer identity.* Paper presented at the Chicago LGBTQ Health and Wellness Conference, Chicago, Illinois.

23. Thai, J.L., Orovecz, J., & **Budge, S.L.** (2012, November). *Trans men and positivity: Emotional processes related to identity.* Paper presented at the Chicago LGBTQ Health and Wellness Conference, Chicago, Illinois.

24. **Budge, S.L.,** Barr, S.M., Orovecz, J., & Rossman, H.K. (2012, November). *Clinical work with LGBT youth.* Workshop provided at the Annual Kentucky Psychological Association Conference, Louisville, Kentucky.

25. **Budge, S.L.,** Lee, S., & Monahan-Rial, V. (2011, February). *Bridging institutional gaps: Utilizing transgender-affirmative therapy with college students.* Workshop presented at the Annual Meeting for the Big 10 College Counseling Center Conference, Minneapolis, Minnesota.

26. Lee, J., **Budge, S.L.,** Wilson, J.L., & Roper, J.M. (2011, February). *The Korean Conundrum: Managing stigma in the recruitment of group counseling members.* Workshop presented at the Annual Meeting for the Big 10 College Counseling Center Conference, Minneapolis, Minnesota.

27. °**Budge, S.L.** & Katz-Wise, S.L. (2010, February). *Transition to adulthood: Developmental steps for transgender individuals.* Workshop presented at the Conference on Transgender and Gender Variant Youth, Madison, Wisconsin.

28. °**Budge, S.L.** (2009, October). *Individualized Learning Plans: Parent, student, and educator focus groups.* Paper presented at the Fall Institute for the National Collaborative on Workforce and Disability/Youth, Charleston, South Carolina.

## KEYNOTE AND INVITED PRESENTATIONS

1. °**Budge, S.L.** & Mauk, E. (2017, May). *Health and well-being of LGBTQ students: Lessons learned and recommendations for educators.* Invited presentation at the CESA Conference, Madison, Wisconsin.

2. °**Budge, S.L.** (2016, March). *The construction of gender identity as "disordered": A critical examination of mental health using trans narratives.* Invited presentation at the Women's and Gender Studies Forum at the University of Florida, Gainesville, Florida.

3. °**Budge, S.L.** (2016, March). *Understanding, acknowledging, and responding to LGBTQ microaggressions in health care settings.* Keynote provided at the Florida Area Health Education Center, Gainesville, Florida.

4. °**Budge, S.L.** (2014, September). *Positivity in trans populations: Implications for vocational psychology.* Boston University, Boston, Massachusetts.

5. °**Budge, S.L.** (2013, April). *Future directions for research and therapy with trans and gender diverse individuals.* Keynote provided at the Annual University of Florida Interdisciplinary Conference on LGBT Issues.

6. °**Budge, S.L.** *(*2013, March*). The psychology of sexual orientation and gender identity: future directions and implications.* Keynote provided at the East Texas Psi Chi Student Research Conference, Tyler, Texas.

## NATIONAL RESEARCH BRIEFINGS

1. °**Budge, S.L.,** & Solberg, V.S., (2010, March) *Career exploration and the use of career narrative data for high school students' career exploration processes: A United States sample.* Research briefing presented at the Department of Labor, Washington, D.C.
2. °**Budge, S.L.,** Solberg, V.S., & Phelps, A.L. (2010, March) *Individualized Learning Plans within a community-oriented approach: The usefulness of focus group data with parents, teachers, and students.* Research briefing presented at the Department of Labor, Washington, D.C.

## INTERNATIONAL RESEARCH BRIEFINGS

1. °**Budge, S.L.,** & Solberg, V.S., (2010, February) *A three-tiered approach to analyze the career decision making processes using focus group data with Singaporean parents, students, and staff.* Research briefing presented at the Ministry of Education, Singapore.
2. °**Budge, S.L.,** & Solberg, V.S., (2010, February) *Use of narrative analysis for high school students' career exploration processes: A Singapore Sample.* Research briefing presented at the Ministry of Education, Singapore.

## TEACHING EXPERIENCE

**University of Wisconsin-Madison Courses (Fall 2014 - Fall 2017)**

**Fall 2017**
CP 951: Research in Individual Interventions (graduate): enrollment = 12
CP 999: Independent Study (graduate): enrollment = 1
CP 990: Independent Research (graduate): enrollment = 2
CP 699: Independent Research (undergraduate): enrollment = 3

**Summer 2017**
CP 699: Independent Research (undergraduate): enrollment = 1

**Spring 2017**
CP 903: Advanced Practicum (graduate): enrollment = 8
CP 900: Foundational Practicum (graduate): enrollment = 5
CP 890: Advanced Assessment Techniques (graduate): enrollment = 10
CP 999: Independent Study (graduate): enrollment = 1
CP 990: Independent Research (graduate): enrollment = 1
CP 699: Independent Research (undergraduate): enrollment = 8

**Fall 2016**

21

CP 805: Helping Relationships & Techniques (graduate): enrollment = 15
CP 990: Independent Research (graduate): enrollment = 2
CP 699: Independent Research (undergraduate): enrollment = 8

**Summer 2016**
CP 699: Independent Research (undergraduate): enrollment = 1

**Spring 2016**
CP 903: Advanced Practicum (graduate): enrollment = 4
CP 900: Foundational Practicum (graduate): enrollment = 9
CP 810: Professional Development/Clinical Practice (graduate): enrollment = 8
CP 699: Independent Research (undergraduate): enrollment = 1
Counseling Psychology Training Clinic Supervision ($n = 7$)

**Fall 2015**
CP 805: Helping Relationships & Techniques (graduate): enrollment = 10
CP 999: Independent Study (graduate): enrollment = 10

**Spring 2015**
Master's Pre-Practicum (enrollment: 17)
Counseling Psychology Training Clinic Supervision ($n = 12$)
CP 990: Independent Research (graduate): enrollment = 8
CP 901: Counseling Psych Practicum (graduate): enrollment = 1
CP 699: Independent Research (undergraduate): enrollment = 1

**Fall 2014**
CP 805: Helping Relationships & Techniques (graduate): enrollment = 17
CP 999: Independent Study (graduate): enrollment = 5

**Course or Curriculum Development at UW-Madison From 2014-current**

Individual Interventions (new course)                                      **2017**
Advanced Assessment Techniques (new curriculum)              **2017**
LGBT Psychology (new curriculum)                                        **2016**
Advanced Doctoral Clinical Practicum (new course)               **2016**
Foundational Doctoral Clinical Practicum (new course)          **2016**
Master's Pre-Practicum (new course)                                      **2015**
Helping Relationships & Techniques (new course)                   **2014**

**Previous Teaching**

**University of Louisville Courses**
ECPY 780: Advanced Practicum
ECPY 648: Intellectual Assessment
ECPY 663: Multicultural Issues

ECPY 629: Theories and Techniques of Counseling
ECPY 621: Differential Diagnosis
ECPY 793: Gender and Queer Issues In Psychology
ECPY 793: Advanced Multicultural Psychotherapy
ECPY 700: Supervised Research

**Graduate-Student Teaching:**
**University of Wisconsin-Madison (2006-2009)**
CP 804: Research Methods
CP 994: Personality Assessment
CP 650: Interviewing Skills
CP 115: First Year Experience

**University of Texas at Austin (2005-2006)**
PSY 301: Introduction to Psychology

**Supervision of Clinical Work at UW-Madison**

**Provision of Supervision at the
Counseling Psychology Training Clinic**                    **8/2014 – 5/2016**

I was the on-site licensed psychologist and supervisor for one clinic night per week. Provided individual clinical supervision to 7 masters and doctoral students (1 hr. per week of individual clinical supervision for each student in addition to administration [feedback on notes and watching video-recordings of sessions]). Provided one hour of group supervision on the night I was on-site at the clinic.

**Provision of Supervision to students in
the Pre-Practicum course (CP 806).**                    **1/2015 – 5/2015**

Provided individual supervision (above and beyond class duties, due to low staffing in the department) to masters and doctoral students for the CP 806 course in the Spring of 2015.

## SERVICE ACTIVITIES

**PUBLIC SERVICE (From 2014- current)**

**Wisconsin Transgender Health Coalition (WTHC)**                    **5/2015-current**

I have been involved in the organization since its inception. I have mainly been involved in the "data and dissemination" team, where I provide my expertise as researcher helping community members establish their own research projects and write grants to support personnel within the

23

coalition. As a part of this team, I have given presentations to community members about population-based data within Wisconsin that can influence access to more medical and mental health care. I have also assisted team members with creating surveys and recruiting individuals to be a part of a Wisconsin needs assessment of transgender youth. We meet once per month to focus on the larger data team and have smaller meetings throughout the month to focus on community outreach and training to disseminate research in a fashion that is most helpful for individuals who are not involved in academia.

**Co-Coordinator and Co-Chair for the Transgender**
**and Gender Expansive Youth Conference**                     **2/2016-current**

Attend meetings for an ongoing planning committee to coordinate semi-annual conferences about the concerns of transgender youth. Helped develop an agenda for the conferences, planned speakers, coordinated a budget, and decided on special topics for the conference. Introduce the keynote speaker at the conference and provide project management during the day of the conference. Provided three one-hour long sessions to educate teachers, school staff, mental health professionals, and community members.

**Pro-Bono Psychotherapy**                     **8/2015 -5/2016**

Provided 1.5 hours of pro-bono weekly group psychotherapy to transgender and gender expansive youth at the Counseling Psychology Training Clinic. Provided group therapy training to a doctoral student to conduct co-therapywith me as part of the group.

**Community Presentations and Trainings**

| | |
|---|---|
| Group Health Cooperative Insurance | **12/2017** |
| Goodman Community Center and UW Health | **9/2017** |
| Marquette University | **8/2017** |
| Madison Metropolitan School District | **5/2017** |
| Wisconsin Department of Public Safety | **4/2017** |
| Psychiatric Services | **2/2017** |
| FORGE | **1/2017** |
| Wisconsin Department of Public Instruction | **12/2016** |
| Madison Metropolitan School District | **10/2016** |
| Marquette University | **5/2016** |

## PROFESSIONAL SERVICE

**Associate Editor**
*Psychotherapy*                                                                        **1/2014 - current**

**Guest Editor of Special Sections**
*Psychotherapy*                                                                        **9/2016**
*Journal of Counseling Psychology*                                                     **12/2017**
*Psychology of Sexual Orientation and Gender Diversity*                                **12/2017**

**Editorial Board**
*Archives of Sexual Behavior*                                                          **1/2014 – 12/2016**
*Psychology of Sexual Orientation and Gender Diversity*                                **1/2016 – current**
*International Journal of Transgenderism*                                              **1/2016 - current**

**Ad Hoc Reviewer:** Journal of Consulting and Clinical Psychology, Clinical Psychology Review, Journal of Counseling Psychology, The Counseling Psychologist, Feminism and Psychology, Psychology of Religion and Spirituality, Psychology of Women Quarterly, Journal of GLBT Family Issues, BioMed Central Journal, The Cognitive Behavior Therapist, Psychotherapy Research, Routledge Publishers, Harvard University Press, Family Process

**Leadership in Professional Organizations**

**Co-Chair of Science Committee**                                                      **8/2011 - current**
Society for the Psychological Study of Lesbian, Gay, Bisexual, and Transgender Issues (Division 44)

**Membership in Professional Organizations**

American Psychological Association (APA)
- Society of Counseling Psychology (Division 17)
- Division of Psychotherapy (Division 29)
- Society for the Psychology of Women (Division 35)
- Society for the Psychological Study of Lesbian, Gay, Bisexual, and Transgender Issues (Division 44)
- Society of Clinical Child and Adolescent Psychology (Division 53)

World Professional Association for Transgender Health (WPATH)
Society for Psychotherapy Research (SPR)

## UNIVERSITY SERVICE

**University Committee**
Faculty Senate (alternate)                                                            **5/2016 – current**

Attended 2 faculty senate meetings
GLBTQ Committee                                                              **5/2017 - current**

**School of Education Committee**
Information Technology Policy Advisory Committee                            **8/2014 – current**

**Department Committee**
Doctoral Training Committee                                                 **8/2015 – current**
Doctoral Admissions Chair                                                   **8/2017 - current**
Social Justice Committee (chair)                                            **8/2016 - current**
Salary and Promotion Committee                                             **8/2016 - current**
Masters Training Committee                                                  **8/2014 – 8/2015**

**Doctoral Dissertation Committees**
Kinton Rossman (University of Louisville; Chair, Defended)
Danielle Alexander (University of Louisville; Chair)
Jayden Thai (University of Louisville; Proposed)
Jake Nienhuis (University of Louisville; Defended)
Kelley Quirk (University of Louisville; Defended)
Keldric Thomas (University of Louisville; Defended)
Johanna Strokoff (University of Louisville; Defended)
Elise Romines (University of Louisville; Defended)
Julia Benjamin (University of Wisconsin-Madison; Defended)
Craig Hase (University of Wisconsin-Madison; Defended)
Sarah McArdell Moore (University of Wisconsin-Madison, Defended)
Noah Yulish (University of Wisconsin-Madison, Defended)
Nick Frost (University of Wisconsin-Madison, Defended)
Lindsey Houghton (University of Wisconsin-Madison, Proposed)
Shufang Sun (University of Wisconsin-Madison, Defended)
Joe Orovecz (University of Wisconsin-Madison, In preparation)
Andrew Wislocki (University of Wisconsin-Madison, Defended)
Dustin Brockberg (University of Wisconsin-Madison, Proposed)
Christo Raines (University of Wisconsin-Madison, Proposed)
Alyssa Ramirez Stege (University of Wisconsin-Madison, Proposed)

**Undergraduate Thesis Committees**

Morgan Sinnard (University of Louisville; Chair, defended)