# EXHIBIT B

# References

# References

American Psychiatric Association (2013). *Diagnostic and statistical manual of mental disorders* (5th ed.). Washington, DC: Author.

American Psychological Association (2015). Guidelines for psychological practice with transgender and gender nonconforming people. *The American Psychologist*, *70*(9), 832.

American Psychological Association, Task Force on Gender Identity and Gender Variance (2009). *Report of the Task Force on Gender Identity and Gender Variance.* Washington, DC.

Baker, K. E. (2017). The future of transgender coverage. *New England Journal of Medicine*, *376*(19), 1801-1804.

Barr, S. M., Budge, S. L., & Adelson, J. L. (2016). Transgender community belongingness as a mediator between strength of transgender identity and well-being. *Journal of counseling psychology*, *63*(1), 87.

Bauer, G. R., Scheim, A. I., Pyne, J., Travers, R., & Hammond, R. (2015). Intervenable factors associated with suicide risk in transgender persons: a respondent driven sampling study in Ontario, Canada. *BMC public health*, *15*(1), 525.

Beck, A. T., & Steer, R. A. (1988). *BHS, Beck Hopelessness Scale: Manual*. San Antonio, TX: Psychological corporation.

Black, D. W., & Grant, J. E. (2014). *DSM-5 guidebook: the essential companion to the diagnostic and statistical manual of mental disorders*. Washington, DC: Author.

Bockting, W. O., Miner, M. H., Swinburne Romine, R. E., Hamilton, A., & Coleman, E. (2013). Stigma, mental health, and resilience in an online sample of the US transgender population. *American journal of public health*, *103*(5), 943-951.

Budge, S. L., Adelson, J. L., & Howard, K. A. (2013). Anxiety and depression in transgender individuals: The roles of transition status, loss, social support, and coping. *Journal of Consulting and Clinical Psychology*, *81*, 545–557.

Budge, S. L., Chin, M. Y., & Minero, L. P. (2017). Trans individuals' facilitative coping: An analysis of internal and external processes. *Journal of counseling psychology*, *64*(1), 12.

Budge, S. L., Katz-Wise, S. L., Tebbe, E. N., Howard, K. A. S., Schneider, C. L., & Rodriguez, A. (2013). Transgender emotional and coping processes: Facilitative and avoidant coping throughout gender transitioning. *The Counseling Psychologist*, *41*, 601–647.

Budge, S. L., Orovecz, J. J., & Thai, J. L. (2015). Trans men's positive emotions the interaction of gender identity and emotion labels. *The Counseling Psychologist, 43*, 404 – 434.

1

Byne, W., Bradley, S. J., Coleman, E., Eyler, A. E., Green, R., Menvielle, E. J., ... & Tompkins, D. A. (2012). Report of the American Psychiatric Association task force on treatment of gender identity disorder. *Archives of sexual behavior*, *41*(4), 759-796.

Canner, J. K., Harfouch, O., Kodadek, L. M., Pelaez, D., Coon, D., Offodile, A. C., ... & Lau, B. D. (2018). Temporal trends in gender-affirming surgery among transgender patients in the United States. *JAMA surgery, 153,* 609-616.

Colizzi, M., Costa, R., & Todarello, O. (2014). Transsexual patients' psychiatric comorbidity and positive effect of cross-sex hormonal treatment on mental health: results from a longitudinal study. *Psychoneuroendocrinology*, *39*, 65-73.

Craske, M., Wittchen, U., Bogels, S., Stein, M., Andrews, G., & Lebeu, R. (2013). *Severity Measure for Panic Disorder—Adult.* American Psychiatric Association.

Craske, M., Wittchen, U., Bogels, S., Stein, M., Andrews, G., & Lebeu, R. (2013). *Severity Measure for Generalized Anxiety Disorder—Adult*. American Psychiatric Association.

Craske, M., Wittchen, U., Bogels, S., Stein, M., Andrews, G., & Lebeu, R. (2013). *Severity Measure for Social Anxiety Disorder—Adult.* American Psychiatric Association.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., ... & Monstrey, S. (2012). Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. *International Journal of Transgenderism*, *13*(4), 165-232.

Dhejne, C., Öberg, K., Arver, S., & Landén, M. (2014). An analysis of all applications for sex reassignment surgery in Sweden, 1960–2010: prevalence, incidence, and regrets. *Archives of sexual behavior*, *43*(8), 1535-1545.

Dhejne, C., Lichtenstein, P., Boman, M., Johansson, A. L., Långström, N., & Landén, M. (2011). Long-term follow-up of transsexual persons undergoing sex reassignment surgery: cohort study in Sweden. *PloS one*, *6*(2), e16885.

Djordjevic, M. L., Bizic, M. R., Duisin, D., Bouman, M. B., & Buncamper, M. (2016). Reversal surgery in regretful male-to-female transsexuals after sex reassignment surgery. *The journal of sexual medicine*, *13*(6), 1000-1007.

Fisher, A. D., Castellini, G., Ristori, J., Casale, H., Cassioli, E., Sensi, C., ... & Dèttore, D. (2016). Cross-sex hormone treatment and psychobiological changes in transsexual persons: two-year follow-up data. *The Journal of Clinical Endocrinology & Metabolism*, *101*(11), 4260-4269.

Fraser, L. (2015). Gender Dysphoria: Definition and Evolution Through the Years. In *Management of Gender Dysphoria* (pp. 19-31). Springer Milan.

Garcia, M., & Karasic, D. (2018). 158 Development, Validation, and Results from a Novel Inventory to Assess and Compare Gender Dysphoria Before and After Genital Gender Affirming Surgery. *The Journal of Sexual Medicine*, *15*(2), S45.

Glynn, T. R., Gamarel, K. E., Kahler, C. W., Iwamoto, M., Operario, D., & Nemoto, T. (2016). The role of gender affirmation in psychological well-being among transgender women. *Psychology of sexual orientation and gender diversity*, *3*(3), 336.

Hess, J., Neto, R. R., Panic, L., Rübben, H., & Senf, W. (2014). Satisfaction with male-to-female gender reassignment surgery: Results of a retrospective analysis. *Deutsches Ärzteblatt International*, *111*(47), 795.

Heylens, G., Verroken, C., De Cock, S., T'sjoen, G., & De Cuypere, G. (2014). Effects of different steps in gender reassignment therapy on psychopathology: a prospective study of persons with a gender identity disorder. *The journal of sexual medicine*, *11*(1), 119-126.

Ihlenfeld, C. L. (2004). Harry Benjamin and psychiatrists. *Journal of Gay & Lesbian Psychotherapy*, *8*(1-2), 147-151.

Keo-Meier, C. L., Herman, L. I., Reisner, S. L., Pardo, S. T., Sharp, C., & Babcock, J. C. (2015). Testosterone treatment and MMPI–2 improvement in transgender men: A prospective controlled study. *Journal of consulting and clinical psychology*, *83*(1), 143.

Kilpatrick, D.G., Resnick, H.S., &Friedman, M.J. (2013). *National Stressful Events Survey PTSD Short Scale.* American Psychiatric Association.

Landén, M., Wålinder, J., Hambert, G., & Lundström, B. (1998). Factors predictive of regret in sex reassignment. *Acta Psychiatrica Scandinavica*, *97*(4), 284-289.

Lawrence, A. A. (2003). Factors associated with satisfaction or regret following male-to-female sex reassignment surgery. *Archives of sexual behavior*, *32*(4), 299-315.

Morselli, E., Frank, A. P., Santos, R. S., Fátima, L. A., Palmer, B. F., & Clegg, D. J. (2016). Sex and Gender: Critical Variables in Pre-Clinical and Clinical Medical Research. *Cell metabolism*, *24*(2), 203-209.

Owen-Smith, A. A., Gerth, J., Sineath, R. C., Barzilay, J., Becerra-Culqui, T. A., Getahun, D., ... & Nash, R. (2018). Association between gender confirmation treatments and perceived gender congruence, body image satisfaction, and mental health in a cohort of transgender individuals. *The journal of sexual medicine*, *15*(4), 591-600.

Padula, W. V., Heru, S., & Campbell, J. D. (2016). Societal implications of health insurance coverage for medically necessary services in the US transgender population: a cost-effectiveness analysis. *Journal of general internal medicine*, *31*(4), 394-401.

Regier, D. A., Kuhl, E. A., & Kupfer, D. J. (2013). The DSM-5: Classification and criteria changes. *World Psychiatry*, *12*(2), 92-98.

Sanchez, F.J. & Pankey, T. (2017). *Essentialist views on sexual orientation and gender identity*. In DeBord, Kurt A. (Ed); Fischer, Ann R. (Ed); Bieschke, Kathleen J. (Ed); Perez, Ruperto M. (Ed). Handbook of sexual orientation and gender diversity in counseling and psychotherapy (pp. 51-74). Washington, DC, US: American Psychological Association.

Singh, A.A. & dickey, l.m. (2017). *Introduction*. In Singh, Anneliese (Ed); dickey, lore m. (Ed). Affirmative counseling and psychological practice with transgender and gender nonconforming clients., (pp. 4-18). Washington, DC, US: American Psychological Association.

Testa, R. J., Habarth, J., Peta, J., Balsam, K., & Bockting, W. (2015). Development of the Gender Minority Stress and Resilience Measure. *Psychology of Sexual Orientation and Gender Diversity*, *2*(1), 65-77.

Tran, B. N. N., Epstein, S., Singhal, D., Lee, B. T., Tobias, A. M., & Ganor, O. (2018). Gender Affirmation Surgery: A Synopsis Using American College of Surgeons National Surgery Quality Improvement Program and National Inpatient Sample Databases. *Annals of Plastic Surgery*, *80*, 229-235.

Tucker, R. P., Testa, R. J., Simpson, T. L., Shipherd, J. C., Blosnich, J. R., & Lehavot, K. (2018). Hormone therapy, gender affirmation surgery, and their association with recent suicidal ideation and depression symptoms in transgender veterans. *Psychological medicine*, 1-8.

van de Grift, T. C., Elaut, E., Cerwenka, S. C., Cohen-Kettenis, P. T., & Kreukels, B. P. (2018). Surgical satisfaction, quality of life, and their association after gender-affirming surgery: a follow-up study. *Journal of sex & marital therapy*, 44, 138-148.

van de Grift, T. C., Elaut, E., Cerwenka, S. C., Cohen-Kettenis, P. T., De Cuypere, G., Richter-Appelt, H., & Kreukels, B. P. (2018). Effects of medical interventions on gender dysphoria and body image: a follow-up study. *Psychosomatic medicine*, *79*(7), 815.

Vitale, A. (2005). Rethinking the Gender Identity Disorder Terminology in the Diagnostic and Statistical Manual of Mental Disorders IV. Retrieved from: http://www.trans-health.com/2005/rethinking-gid-terminology-dsm/ on February 17, 2017.

Wilson, E. C., Chen, Y. H., Arayasirikul, S., Wenzel, C., & Raymond, H. F. (2015). Connecting the dots: examining transgender women's utilization of transition-related medical care and associations with mental health, substance use, and HIV. *Journal of Urban Health*, *92*(1), 182-192.

4

Witcomb, G. L., Bouman, W. P., Claes, L., Brewin, N., Crawford, J. R., & Arcelus, J. (2018). Levels of depression in transgender people and its predictors: Results of a large matched control study with transgender people accessing clinical services. *Journal of affective disorders*, *235*, 308-315.

WPATH.org (2019). World Professional Association for Transgender Health mission and values. Retrieved from https://www.wpath.org/about/mission-and-vision on January 11, 2019.

Zucker, K. J., & Spitzer, R. L. (2005). Was the gender identity disorder of childhood diagnosis introduced into DSM-III as a backdoor maneuver to replace homosexuality? A historical note. *Journal of Sex & Marital Therapy*, *31*(1), 31-42.