## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CODY FLACK,<br>SARA ANN MAKENZIE,<br>MARIE KELLY, and<br>COURTNEY SHERWIN,<br><br>        Plaintiffs,<br><br>    v.<br><br>WISCONSIN DEPARTMENT OF<br>HEALTH SERVICES and<br>LINDA SEEMEYER, in her official capacity<br>as Secretary of the Wisconsin Department of<br>Health Services,<br><br>        Defendants. | Case No. 3:18-cv-00309-wmc<br>Judge William Conley |

## EXPERT WITNESS REPORT OF LOREN S. SCHECHTER, MD

## I. PRELIMINARY STATEMENT

My name is Loren S. Schechter, MD. I am a board-certified plastic surgeon. I specialize in performing gender confirming surgeries (including chest reconstruction surgeries, genital reconstruction surgeries, and other procedures to feminize or masculinize the body, as described in more detail below),[1] and I am a recognized expert in this field.

I have been retained by counsel for Plaintiffs in the above-captioned lawsuit to provide an expert opinion on the standards of care for treating individuals diagnosed with gender dysphoria. In particular, I have been asked whether gender confirming surgeries are a safe, effective, and medically accepted treatment for gender dysphoria experienced by transgender individuals, and whether a categorical exclusion on Medicaid coverage for gender confirming surgeries is consistent with the prevailing standards of care for treating transgender individuals diagnosed with gender dysphoria.

## II. BACKGROUND AND QUALIFICATIONS

### A. Qualifications

The information provided regarding my professional background, experiences, publications, and presentations are detailed in my curriculum vitae. A true and correct copy of my most up-to-date CV is attached as Exhibit A.

---

[1] I refer to this family of procedures as "gender confirmation" or "gender affirming surgeries" because they are one of the therapeutic tools used to enable people to be comfortable living in accordance with their gender identities. Out of the myriad of labels I've heard for these procedures—"sex reassignment surgery," "gender reassignment surgery," and "sex change operation," to name but a few—none is as accurate when it comes to describing what is actually taking place as "gender confirmation" or "gender affirmation surgery." Most, if not all, of the other names used for these procedures suggest that a person is making a choice to switch genders, or that there is a single "surgery" involved. From the hundreds of discussions I have had with patients over the years, nothing could be further from the truth. This is not about choice; it's about using one or more surgical procedures as therapeutic tools to enable people to live authentically.

I received my medical degree from the University of Chicago, Pritzker School of Medicine. I completed my residency and chief residency in plastic and reconstructive surgery and a fellowship in reconstructive microsurgery at the University of Chicago Hospitals.

I am currently a Clinical Professor of Surgery at the University of Illinois at Chicago. I also maintain a clinical practice in plastic surgery in Illinois where I treat patients from around the country, including from Wisconsin, as well as from around the world.

I have been performing gender confirming surgeries for over 18 years. For the past four or five years, I have been performing approximately 150 gender confirming procedures every year. I have performed over 500 gender confirming surgeries during my medical career. Currently, approximately 85-90 percent of the patients in my clinical practice are transgender individuals seeking gender confirmation surgeries.

I was a contributing author to the Seventh Version (current) of the World Professional Association for Transgender Health's (WPATH) *Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People* (WPATH SOC). In particular, I wrote the section focused on the relationship of the surgeon with the treating mental health professional and the physician prescribing hormone therapy. WPATH is in the midst of drafting the eighth version of the WPATH SOC. I am the co-lead on the surgical and postoperative care chapter in the eighth version.

The WPATH SOC provide clinical guidance for health professionals based on the best available science and expert professional consensus. The purpose of the WPATH SOC is to assist health providers in delivering medical care to transgender people to provide them with safe and effective pathways to achieving lasting personal comfort with their gendered selves, in order to maximize their overall health, psychological well-being, and self-fulfillment.

In addition, I have written a number of peer-reviewed journal articles and chapters in professional textbooks about gender confirmation surgeries. In 2016, I published *Surgical Management of the Transgender Patient*, the first surgical atlas (a reference guide for surgeons on how to perform surgical procedures using safe, well-established techniques) dedicated to gender confirming surgeries. A full and complete list of my publications is included in my CV.

I am a guest reviewer for the *Journal of Plastic and Reconstructive Surgery*, the *Journal of Reconstructive Microsurgery*, *JAMA Surgery*, and the *Journal of Sexual Medicine*. I also serve on the editorial board of both *Transgender Health* and the *International Journal of Transgenderism*. Each of these publications is a peer-reviewed medical journal.

I am actively involved in training other surgeons to perform gender confirming surgeries. Last year I started the surgical fellowship in gender surgery at Weiss Memorial Hospital in Chicago. I am also the Medical Director of the Center for Gender Confirmation Surgery at Weiss Memorial Hospital.  In addition, I am the site director for a fellowship in reconstructive urology and gender surgery at Weiss Memorial Hospital, under the auspices of the Department of Urology at the University of Illinois at Chicago.

I have given dozens of public addresses, seminars, and lectures on gender confirming surgery, including many through the American Society of Plastic Surgeons. I have also taught a number of courses through WPATH's Global Education Initiative, which provides training courses toward a member certification program in transgender health for practitioners around the world. In addition, I recently co-directed the first live surgery course in gender confirming procedures at Mount Sinai Hospital in New York City, and I am co-directing the second course, scheduled for March 2019. In November 2017, I was an invited discussant at the

Pentagon/Department of Defense during deliberations regarding service of transgender individuals in the military.

I am also a former member of the Board of Governors of the American College of Surgeons and a current member of the Board of Directors of the World Professional Association for Transgender Health.

**B. Compensation**

I am being compensated at an hourly rate of $450/hour plus expenses for my time spent preparing this report and providing local testimony (including deposition or providing hearing testimony by telephone or video-teleconference). I will be compensated a flat daily rate of $7000 for any out-of-town deposition or hearing testimony. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I may provide.

**C. Previous Testimony**

In the previous four years, I was retained as an expert witness by the defendant in *Willis v. Flagg*, a medical malpractice case heard in Cook County (IL) Circuit Court. In that case, I testified as an expert witness at trial. I was also retained as an expert witness by the defendant in *Carver v. VanRaalte*, a medical malpractice case heard in Rock Island County (IL) Circuit Court. Again, I testified as an expert witness at trial. In addition, I was retained as an expert in two cases where I was deposed: *Boyden v. State of Wisconsin Dep't of Employee Trust Funds*, No. 3:17-cv-00264 (W.D. Wis.), and *Bruce v. State of South Dakota*, No. 5:17-cv-05080-JLV (D.S.D.). I have not given expert testimony at a trial or at a deposition in any other case in the last four years.

**III. BASIS FOR OPINIONS**

My opinions contained in this report are based on all of the following: (1) my clinical experience of over 20 years of caring for transgender individuals; (2) my review and familiarity with relevant peer-reviewed literature;[2] and (3) discussions with colleagues and other experts in the field, including attendance and participation in various educational conferences both nationally and internationally. The research I relied on in preparing this report is cited in the footnotes and detailed in the reference list attached as Exhibit B to this report.

**IV. DISCUSSION**

**A. Background on Gender Identity and Gender Dysphoria**

The term "transgender" is used to describe individuals whose gender identity, or internal sense of being male or female (or both or neither), differs from the sex they were assigned at birth.

Many transgender individuals experience gender dysphoria at some point in their lives. Gender dysphoria is defined as distress caused by a discrepancy between a person's gender identity and that person's primary and/or secondary sexual characteristics. Gender dysphoria is a serious medical condition recognized by the International Classification of Diseases-10 (ICD-10) and the Diagnostic and Statistical Manual of Mental Disorders (DSM-V) published by the American Psychiatric Association. Individuals diagnosed with gender dysphoria have an intense

---

[2] I regularly and routinely perform literature searches as an educator, including in my roles as clinical professor of surgery at the University of Illinois, where I participate in fellow, resident, and student education; Director of the Center for Gender Confirmation Surgery at Weiss Memorial Hospital; lecturer for the Global Education Initiative for WPATH; invited lecturer at national and international conferences; co-lead of the surgery and post-operative care chapter of the upcoming WPATH Standards of Care Version 8; an editor and reviewer for peer-reviewed publications; and a course director for various educational opportunities for WPATH, American Society of Plastic Surgeons, and other organizations.

and persistent discomfort with the primary and/or secondary sex characteristics of the sex they were assigned at birth. Gender dysphoria can lead to debilitating anxiety and depression, as well as serious incidents of self-harm, including self-mutilation, suicide attempts, and suicide.

Appropriate medical care, including mental health services, hormone therapy, and gender confirming surgeries, can help alleviate gender dysphoria. Gender confirming surgeries, which bring a person's body into better alignment with their gender identity, have been shown to be an effective treatment for gender dysphoria.

**B.      Gender Confirming Surgeries are Standard, Medically Accepted, and Medically Necessary Treatments for Gender Dysphoria for Many Transgender People**

It is my professional opinion, supported by the prevailing consensus of the medical community, that procedures used to treat gender dysphoria are medically necessary treatments for gender dysphoria for many transgender individuals; are properly considered reconstructive, not cosmetic, in nature; and are safe and effective treatments for gender dysphoria.

### 1.   *Applicable Standards of Care for Treating Gender Dysphoria*

WPATH is a non-profit professional and educational organization devoted to transgender health. WPATH's mission is "to promote evidence-based care, education, research, advocacy, public policy, and respect in transgender health."[3] WPATH publishes *Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People* (WPATH SOC). The WPATH SOC are based on the best available scientific evidence and expert professional consensus. WPATH published the first version of the Standards of Care in 1979. Since that time, the guidelines have been updated seven times, reflecting the significant advances made in the understanding, management, and care of transgender individuals. The WPATH SOC are widely

---

[3] WPATH, Mission and Vision, https://www.wpath.org/about/mission-and-vision.

recognized guidelines for the clinical management of transgender individuals with gender dysphoria. Most surgeons who regularly treat individuals experiencing gender dysphoria, including myself, practice in accordance with the WPATH SOC.

As indicated in the WPATH SOC, effective treatment options for gender dysphoria include mental health care, hormone therapy, and various surgical procedures to align a person's primary and/or secondary sex characteristics with the person's gender identity. (WPATH SOC at 9-10). Surgery is often the last and most considered of the treatment options for gender dysphoria in transgender individuals. Not every transgender person wants, requires, or qualifies for every available surgical procedure. In fact, the WPATH SOC note that "[t]he number and sequence of surgical procedures may vary from patient to patient, according to their clinical needs." (WPATH SOC at 58). Evidence shows that while some transgender individuals do not require surgery, "for many others surgery is essential and medically necessary to alleviate their gender dysphoria. For the latter group, relief from gender dysphoria cannot be achieved without modification of their primary and/or secondary sex characteristics to establish greater congruence with their gender identity." (WPATH SOC at 54-55).

The WPATH SOC set forth criteria for initiation of surgical treatment. For adults seeking chest and/or genital reconstruction procedures, the criteria are:

- The patient has the capacity to make fully informed decisions and to consent for treatment.

- If the patient has other significant medical or mental health concerns, they are reasonably well-controlled prior to surgery.

- The patient has persistent gender dysphoria as documented by at least one mental health professional for chest reconstruction surgeries and two such professionals for genital reconstruction surgeries.

- Prior to genital reconstruction surgery, the patient has undergone 12 continuous months of hormone therapy, unless hormone therapy is not clinically indicated for that patient.[4] The purpose of the prerequisite is to introduce a period of estrogen or testosterone suppression before the patient undergoes a surgical intervention.

- Prior to certain genital reconstruction procedures – metoidioplasty, phalloplasty, or vaginoplasty – the patient has lived for 12 continuous months in a gender role that is congruent with their gender identity. The prerequisite ensures that the patient has ample opportunity to experience and socially adjust in their desired gender role, before undergoing this surgery.[5] (WPATH SOC at 60).

The Endocrine Society—the leading professional organization devoted to research on hormones and the clinical practice of endocrinology—has also issued clinical guidelines for the treatment of transgender individuals.[6] The guidelines indicate, that for many transgender individuals, gender confirming surgery is a necessary and effective treatment.[7]

---

[4] While not an explicit criterion, the WPATH SOC recommend that individuals undergo 12 months of continuous hormone therapy prior to breast augmentation surgery to obtain the best possible outcome. (WPATH SOC at 59).

[5] While not an explicit criterion, the WPATH SOC also recommend that these individuals see a mental health or other medical professional during this 12-month period. (WPATH SOC at 60).

[6] Wylie C Hembree et al., *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline,* 102 J. Clin. Endocrinology & Metabolism 3869 (2017).

[7] *Id.*

The broader medical community, including the American Medical Association, American Psychological Association, American Psychiatric Association, American College of Obstetricians and Gynecologists, American Academy of Family Physicians, and World Health Organization, recognizes that gender confirming surgery is standard, appropriate, and necessary treatment for many people with gender dysphoria.

### 2. Surgical Treatments for Gender Dysphoria

For transgender women (women who were assigned male at birth and have a female gender identity), surgical treatment options that are generally accepted in the medical community and are consistent with the WPATH SOC include, but are not limited to:

- Chest reconstruction surgery: augmentation mammoplasty (breast implants);

- Genital reconstruction surgeries: penectomy (removal of the penis), orchiectomy (removal of the testes), vaginoplasty, clitoroplasty, and/or vulvoplasty (creation of female genitalia including the labia minora and majora); and

- Other surgeries to feminize the body, such as: reduction thyroid chondroplasty (reduction of the Adam's apple), voice modification surgery, suction-assisted lipoplasty and/or lipofilling (contour modeling) of the waist, hair transplantation, and facial feminization procedures. (WPATH SOC at 57).

For transgender men (men who were assigned female at birth and have a male gender identity), surgical treatment options that are generally accepted in the medical community and are consistent with the WPATH SOC include, but are not limited to:

- Chest reconstruction surgery: subcutaneous mastectomy, creation of a male chest;

- Genital reconstruction surgeries: hysterectomy/salpingo-oophorectomy (removal of the uterus and ovaries), reconstruction of the fixed part of the urethra, which

can be combined with a metoidioplasty or a phalloplasty (creation of a penis), vaginectomy (removal of the vagina), scrotoplasty (creation of the scrotum), and implantation of erection and/or testicular prostheses; and

- Other surgeries to masculinize the body, such as: liposuction, lipofilling, pectoral implants, and body contouring procedures. (WPATH SOC at 57).

### 3. *Gender Confirmation Surgeries are Reconstructive, Not Cosmetic*

The medical community and insurance providers recognize a distinction between reconstructive surgery, which is medically necessary, and cosmetic surgery, which generally is not. No particular procedure is inherently cosmetic or inherently reconstructive; rather, the underlying diagnosis determines whether the procedure is considered cosmetic or reconstructive.

With respect to surgical treatments for gender dysphoria, the medical community generally consider those surgeries to be reconstructive. This is true even though the same surgical procedures might be considered cosmetic when performed on someone without a diagnosis of gender dysphoria. Gender confirming surgeries are not cosmetic because, when performed in accordance with the WPATH SOC, they are clinically indicated to treat the underlying medical condition of gender dysphoria. Indeed, as explained further below, the surgical procedures listed above to treat gender dysphoria are similar to other reconstructive procedures performed for other diagnoses (e.g., breast cancer). Because these medically necessary procedures help transgender individuals live and present in a manner more consistent with their gender identity and therefore reduce their gender dysphoria, the professional medical consensus is that these are appropriately categorized as reconstructive procedures.

Certain surgical procedures are reconstructive when used to treat gender dysphoria or another medical condition, but are cosmetic when they are used only to alter one's appearance

without an underlying medical diagnosis (e.g., a cisgender woman obtaining a breast augmentation to improve her self-esteem). While the procedures themselves are technically similar, the reasons for performing the procedures are not. Unlike the transgender patient with gender dysphoria, the cisgender woman does not have a recognized medical condition for which the surgery performed is a clinically indicated treatment.

Earlier in this case, the State presented an expert report from Dr. Daniel Sutphin in which he asserted, incorrectly, that gender confirmation surgeries are not medically necessary because they may involve the removal of physiologically healthy tissue. However, a number of medically necessary surgeries for conditions other than gender dysphoria similarly involve the removal of healthy tissue. The most obvious examples are prophylactic mastectomy or prophylactic hysterectomy/oopherectomy for cisgender women who are carriers of one of the BRCA (breast cancer susceptibility) genes. Women may undergo surgical removal of their breasts, uteri, and ovaries (presumably healthy and non-cancerous) so as to reduce their risk of developing cancer, which would be considered medically necessary.

C.      **Gender Confirming Surgeries are Safe and Effective**

The prevailing peer-reviewed clinical research, as well as my own clinical expertise as a plastic surgeon specializing in gender confirming surgeries, shows that surgical procedures for gender dysphoria are safe and effective, and that many of these procedures are analogous to surgical procedures used to treat other medical conditions.

*1.  Gender Confirming Surgical Procedures Are Safe*

It is my professional opinion, based on my clinical experience and review of available peer-reviewed research, that gender confirmation surgeries are safe. Notably, when performing gender confirming surgery, surgeons use many of the same procedures that they use to treat other

11

medical conditions. The fact that the medical community deems these analogous procedures sufficiently safe to treat conditions other than gender dysphoria is by itself more than sufficient to support the safety of those surgeries to treat gender dysphoria.

For example, surgeons regularly perform mastectomies and chest/breast reconstruction, hysterectomies/salpingo-oophorectomies, and orchiectomies to treat individuals with cancer, or a genetic predisposition to cancer (BRCA 1, 2 genes in the case of prophylactic mastectomy or oophorectomy). Similarly, surgeons perform procedures to reconstruct external genitalia for individuals who have certain medical conditions (e.g., cancer) or who have suffered traumatic injuries or disabling infections to their genitalia. This would include procedures to correct conditions such as hypospadias, epispadias, exstrophy, fournier's gangrene, penile webbing, or buried penis (which can occur as a result of obesity, diabetes, or recurrent infections). This would also include procedures to correct conditions such as congenital absence of the vagina or reconstruction of the vagina/vulva following oncologic resection, traumatic injury, or infection.

When billing insurers for reimbursement, health care providers use Current Procedural Terminology (CPT) codes, which are developed and maintained by the American Medical Association. The same code or codes may apply to a particular procedure regardless of whether the procedure is performed on a transgender patient or a cisgender patient. For example, a subcutaneous mastectomy may be performed for a cisgender woman to reduce her risk of breast cancer or for a transgender man with gender dysphoria. The same CPT code may be used for both procedures.

Gender confirming surgeries do not have a particularly high rate of complications when compared with analogous procedures for other conditions. For example, a recent study of 7,905 persons with gender dysphoria, of whom 1,047 underwent surgery between 2009-2015, revealed

an overall complication rates for all surgical procedures on persons with gender dysphoria of only 5.8%.[8]

Looking specifically at the complication rates for chest surgeries (subcutaneous mastectomy and chest wall contouring), two recent study reveal a complication rate among transgender men of between 11% -12%,[9] in comparison to the complication rate of 43% for cisgender women undergoing breast reduction shown in a 2005 study.[10] Likewise, in a systematic review of cisgender women undergoing nipple-sparing mastectomy and immediate breast reconstruction using breast implants and acellular dermal matrix, the complication rates include: 11% skin necrosis, 5% nipple necrosis, 12% infection, 1% hematoma, 5% seroma, 4% explanation, and 9% unplanned return to the operating room.[11] Similarly, complication rates for vaginoplasties (of all forms) in transgender women with gender dysphoria are similar to rates of complications for cisgender women undergoing vaginal or vulvar reconstruction for other

[8] Lane, M., et al. Trends in gender-affirming surgery in insured patients in the United States. Plastic and Reconstructive Surgery – Global Open. 2018; 6(4), e1738. doi: 10.1097/GOX.0000000000001738.

[9] Berry, M., et al. Female-to-male transgender chest reconstruction: A large consecutive, single-surgeon experience. J Plast Reconstr Aesthet Surg. 2012 Jun; 65(6):711-9. doi: 10.1016; Agarwal, A. et al. Quality of life improvement after chest wall masculinization in female-to-male transgender patients: A prospective study using the BREAST-Q and Body Uneasiness Test. J Plast Reconstr Aesthet Surg. 2018 May;71(5):651-657. doi: 10.1016.

[10] Cunningham, B., et al. Analysis of breast reduction complications derived from the BRAVO study. Plast Reconstr Surg. 2005 May;115(6):1597-604.

[11] Heidemann, L., et al. Complications following nipple-sparing mastectomy and immediate acellular dermal matrix implant-based breast reconstruction-A systematic review and meta-analysis. Plast Reconstr Surg Glob Open. 2018 Jan 12;6(1):e1625. doi: 10.1097.

medical conditions (e.g., cancer).[12] In short, the complication rates for gender confirming surgeries are lower than or in the same range as the rates for the same surgeries when used to treat cisgender patients for other conditions.

### 2.  Gender Confirmation Surgeries Effectively Treat Gender Dysphoria

It is my professional opinion, based on decades of clinical experience, as well as a substantial body of peer-reviewed research, that standard medical surgical treatments for gender dysphoria are effective when performed in accordance with the WPATH SOC.

One peer-reviewed study of transgender men found that 91% of a sample who received phalloplasty reported that the surgery was effective in aligning their physical appearance with their male gender identity.[13] Another peer-reviewed study of transgender men who received chest reconstruction found that the procedure improved psychosocial well-being and physical

---

[12] *Compare* Manrique, O., et al. Complications and Patient-Reported Outcomes in Male-to-female Vaginoplasty-Where We Are Today. Annals of Plastic Surgery: June 2018; 80(6): 684–691. doi: 10.1097; Gaither, T., et al. Postoperative Complications Following Primary Penile Inversion Vaginoplasty Among 330 Male-to-Female Transgender Patients. J Urol. 2018 Mar; 199(3):760-765. doi: 10.1016 *to* Crosby, M., et al. Outcomes of Partial Vaginal Reconstruction with Pedicled Flaps following Oncologic Resection. Plast Reconstr Surg. 2011 Feb;127(2):663-9. doi: 10.1097. *See also* Di Donato, V., et al. Vulvovaginal reconstruction after radical excision from treatment of vulvar cancer: evaluation of feasibility and morbidity of different surgical techniques. Surg Oncol. 2017 Dec;26(4):511-521. doi: 10.1016 (flap-related complications); McArdle, A., et al. Vaginal reconstruction following radical surgery for colorectal malignancies: a systematic review of the literature. Ann Surg Oncol. 2012 Nov;19(12):3933-42. doi: 10.1245 (donor site and flap-related complications); Versteegh, H., et al., (2015). Postoperative complications after reconstructive surgery for cloacal malformations: a systematic review. Tech Coloproctol. 2015; 19(4): 201–207. doi: 10.1007.

[13] Leriche, A., Timsit, M., Morel-Journel, N., Bouillot, A., Dembele, D., & Ruffion, A. (2008). Long-term outcome of forearm flee-flap phalloplasty in the treatment of transsexualism. BJU International, 101(10), 1297-1300. doi:10.1111/j.1464-410x.2007.07362; *see also* Morrison, S. D., Shakir, A., Vyas, K. S., Kirby, J., Crane, C. N. & Lee, G. K. (2016). Phalloplasty: A Review of Techniques and Outcomes. (concluding that "[P]halloplasty is highly efficacious and beneficial to patients.").

well-being among participants.[14] Similarly, a pre-operative and six-month post-operative survey

of transgender male patients found strong increases in positive body image, as well as decreases

in gender dysphoria and feelings of low self-worth.[15]

Peer-reviewed studies make similar findings for surgeries for transgender women. For

example, a peer-reviewed study of transgender women found that those who underwent breast

augmentation surgeries experienced statistically significant improvements in their psychosocial

well-being.[16] Another peer-reviewed study of transgender women who had vaginoplasty found

that study participants' mean improvement in quality of life after surgery was 7.9 on a scale from

-10 to 10.[17] Another study of transgender women found that surgical interventions were highly

correlated with alleviating gender dysphoria.[18] A recent literature review concluded that gender

confirmation surgery is effective at improving quality of life, overall happiness, and sexual

functioning in transgender women with gender dysphoria appropriately selected with WPATH

[14] Agarwal, A. et al., (2018). Quality of life improvement after chest wall masculinization in female-to-male transgender patients: A prospective study using the BREAST-Q and Body Uneasiness Test, 71, 651-657.

[15] Hadj-Moussa, M.,et al. Feminizing Genital Gender-Confirmation Surgery, 2018, 1-14. Sex Med Rev. 2018 Jul;6(3):457-468.e2. doi: 10.1016; Van de Grift, et al. Body Image in Transmen: Multidimensional Measurement and the Effects of Mastectomy. J Sex Med. 2016 Nov;13(11):1778-1786. doi: 10.1016.

[16] Weigert, R., Frison, E., Sessiecq, Q., Mutairi, K. A., & Casoli, V. (2013). Patient Satisfaction with Breasts and Psychosocial, Sexual, and Physical Well-Being after Breast Augmentation in Male-to-Female Transsexuals. Plastic and Reconstructive Surgery, 132(6), 1421-1429. doi:10.1097/01.prs.0000434415.70711.49.

[17] Horbach, S. E. R., Bouman, M., Smit, J. M., Ozer, M., Buncamper, M. & Mullender, M. G. (2015). Outcome of Vaginoplasty in Male-to-Female Transgenders: A Systematic Review of Surgical Techniques.

[18] Hess, J., Neto, R., Panic, L., Rubben, H. & Senf, W. (2014). Satisfaction with Male-to-Female Gender Reassignment Surgery. (Among survey respondents, the majority (90.2%) said that that their expectations for life as a woman were fulfilled after surgery. A similarly high percentage (85.4%) saw themselves as women.).

SOC criteria.[19] Another recent post-operative and six-month follow-up survey of transgender female patients found improvements in quality of life in a significant majority of patients.[20]

It must be noted that while surgery can treat gender dysphoria effectively by aligning transgender people's bodies with their gender identity, surgery alone cannot fully eliminate the stigma and discrimination that transgender people face. Moreover, it is rare for any surgery to eliminate morbidity and mortality for the underlying condition. For example, people who have surgery to remove a cancerous tumor may still experience higher rates of morbidity and mortality than the general population, but that does not mean that they should not undergo the surgery, or that cancer surgeries are ineffective. And, those who receive such surgery generally have reduced morbidity and mortality compared to those with the same condition who do not, even if morbidity and mortality for both groups are higher than average. The continued existence of elevated morbidity and mortality rates, compared to the population at large, therefore say nothing about whether a treatment is a safe and effective means of treating an underlying condition. This is as true for gender dysphoria as it is for other conditions.

The quality of the evidence supporting gender confirmation surgeries is comparable to that supporting many surgeries and clinical procedures—especially in the field of plastic surgery. While it is true that surgical treatments for gender dysphoria have not been subjected to randomized, double-blind, placebo-controlled studies—the gold standard for scientific studies— that is true for many surgical procedures. Such studies cannot always be used to test clinical procedures because of inherent limitations to our ability to conduct such studies in clinical

---

[19] Hadj-Moussa, M.,et al. Feminizing Genital Gender-Confirmation Surgery, 2018, 1-14. 2018 Jul;6(3):457-468.e2. doi: 10.1016.

[20] Papadopulos, N.A., et al. Male-to-Female Sex Reassignment Surgery Using the Combined Technique Leads to Increase Quality of Life in a Prospective Study. Plast Reconstr Surg. 2017 Aug;140(2):286-294. doi: 10.1097.

medicine. First, it is unethical to withhold medically necessary care. As such, in many situations, clinicians cannot conduct a study that uses a control group who is deprived of the treatment being studied. Second, it is not possible to perform a double-blind study of surgeries that modify body parts, nor is there a placebo that can mimic such a surgery (unlike studies that use placebo drug regimens, for example, people will know if they have had an operation or not). Third, for conditions like gender dysphoria that are relatively uncommon, sample sizes of individuals with the condition who are available to participate in a clinical study tend to be small. This is especially true where, as with gender dysphoria, treatment for a condition has not been covered by insurance programs, since that very lack of access to the procedure results in there being fewer people who have received treatment who can participate in a prospective study of that treatment's effects.

Additionally, clinical and scientific literature is only one component of how surgeons determine whether a particular procedure is appropriate. We not only consider the literature *en masse*, but must also account for our own clinical experience and that of our colleagues, as well as our patients' experiences and input. Here, the existing literature indicates that gender confirming surgeries are safe and effective treatment for gender dysphoria. My own experience is consistent with the literature and the experiences documented by clinicians across the globe: that gender confirming surgeries are safe and effective treatment for gender dysphoria.

Although the State, through the report of Dr. Sutphin, has previously suggested in this case that gender confirming surgeries are not effective because some patients have expressed regret, that position is not supported by the prevailing medical consensus, peer-reviewed research, or clinical experience treating transgender patients. To the contrary, all available research—as well as my own clinical experience—indicates that very few patients experience

regret when gender confirming surgery is provided in accordance with the WPATH Standards of Care by a qualified surgeon. While regret of any kind is rare (0.6% in transgender women and 0.3% of transgender men),[21] what researchers term "true regrets," as opposed to regrets due to lack of social acceptance for being transgender, comprise an even smaller percentage (approximately half this group, roughly 0.3% in transgender women and 0.15% in transgender men).[22]

In reality, the overwhelming majority of patients who obtain gender sconfirming surgery consistent with the standards of care are satisfied and experience a reduction of gender dysphoria. For the vast majority of transgender people who seek such surgery, the surgery is successful at treating gender dysphoria and alleviating a lifelong struggle to find peace of mind and comfort with their bodies.

## V.  SUMMARY OF OPINIONS AND CONCLUSIONS

Based on my 18 years of clinical experience performing gender confirming procedures and caring for transgender individuals, my knowledge of the standards of care and relevant peer-reviewed literature, and my discussions and interactions with experts throughout the world, it is my professional opinion that gender confirming surgeries are a safe, effective, and medically necessary treatments for gender dysphoria in many transgender individuals. In my experience, the overwhelming number of individuals who undergo gender confirming procedures describe

---

[21] Wiepjes, et. al. The Amsterdam Cohort of Gender Dysphoria Study 1972-2015: Trends in Prevalence, Treatment, And Regrets. J Sex Med. 2018 Apr;15(4):582-590. doi: 10.1016.

[22] *Id.* at 585, 587 (researchers classified "social regrets" as those experienced by individuals who still identified as transwomen, but reported feeling "ignored by surroundings" or regretted loss of relatives," and classified "true regrets" as those experienced by individuals who "thought gender-affirming treatment would be a 'solution' for, for example, homosexuality or [lack of] personal acceptance, but, in retrospect, regretted the diagnosis and treatment").

relief and/or reduction of their gender dysphoria and improvement in their quality of life and overall functioning.

Furthermore, based on my clinical and professional experience and my ongoing review of the literature, it is my professional opinion that the denial of necessary medical care is likely to perpetuate gender dysphoria and create or exacerbate other medical issues, such as depression and anxiety, leading to an increased possibility of self-harm, negative health outcomes, and even suicide.

In conclusion, it is my professional opinion that the Wisconsin regulation prohibiting Medicaid coverage of gender confirming surgery is inconsistent with both the prevailing standards of care for treating transgender individuals diagnosed with gender dysphoria and with the peer-reviewed scientific and medical research demonstrating that gender confirming surgeries are safe and effective treatments for gender dysphoria. To the extent the Wisconsin regulation is premised on the assumption that gender confirming surgical care is never medically necessary, that assumption is wrong. The standards of care confirm, based on clinical evidence, that gender confirmation surgeries are medically necessary to help people alleviate an often lifelong struggle to find peace of mind and lasting comfort with their bodies.

Respectfully submitted,

Loren S. Schechter, MD

DATE: January 12, 2019

19