# EXHIBIT B

# References

# References

1. Agarwal, A. et al., (2018). Quality of life improvement after chest wall masculinization in female-to-male transgender patients: A prospective study using the BREAST-Q and Body Uneasiness Test, 71, 651-657.

2. Berry, M., et al. Female-to-male transgender chest reconstruction: A large consecutive, single-surgeon experience. J Plast Reconstr Aesthet Surg. 2012 Jun; 65(6):711-9. doi: 10.1016.

3. Centers for Medicare & Medicaid Services, Decision Memo for Gender Dysphoria and Gender Reassignment Surgery (CAG-00446N) (2016).

4. Crosby, M., et al. Outcomes of Partial Vaginal Reconstruction with Pedicled Flaps following Oncologic Resection. Plast Reconstr Surg. 2011 Feb;127(2):663-9. doi: 10.1097.

5. Cunningham, B., et al. Analysis of breast reduction complications derived from the BRAVO study. Plast Reconstr Surg. 2005 May;115(6):1597-604.

6. Dhejne C, Lichtenstein P, Boman M, Johansson ALV, Långström N, Landén M (2011) Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden. PLoS ONE 6(2): e16885. https://doi.org/10.1371/journal.pone.0016885.

7. Science AMA Series: I'm Cecilia Dhejne a fellow of the European Committee of Sexual Medicine, from the Karolinska University Hospital in Sweden. I'm here to talk about transgender health, suicide rates, and my often misinterpreted study. Ask me anything!, Reddit.com, July 27, 2017 05:14, https://www.reddit.com/r/science/comments/6q3e8v/science_ama_series_im_cecilia_dhejne_a_fellow_of.

8. Di Donato, V., et al. Vulvovagional reconstruction after radical excision from treatment of vulvar cancer: evaluation of feasibility and morbidity of different surgical techniques. Surg Oncol. 2017 Dec;26(4):511-521. doi: 10.1016.

9. Djordjevic, M., et al. Reversal Surgery in Regretful Male-to-Female Transsexuals After Sex Reassignment Surgery. J Sex Med. 2016 Jun;13(6):1000-7. doi: 10.1016.

10. Fleming, M., Steinman, C., Bocknek, G. Methodological problems in assessing sex reassignment surgery: A reply to Meyer and Reter. Arch Sex Behav. 1980 Oct;9(5):451-6.

11. Gaither, T., et al. Postoperative Complications Following Primary Penile Inversion Vaginoplasty Among 330 Male-to-Female Transgender Patients. J Urol. 2018 Mar; 199(3):760-765. doi: 10.1016.

12. Hadj-Moussa, M.,et al. Feminizing Genital Gender-Confirmation Surgery, 2018, 1-14. Sex Med Rev. 2018 Jul;6(3):457-468.e2. doi: 10.1016.

13. Heidemann, L., et al. Complications following nipple-sparing mastectomy and immediate acellular dermal matrix implant-based breast reconstruction-A systematic review and meta-analysis. Plast Reconstr Surg Glob Open. 2018 Jan 12;6(1):e1625. doi: 10.1097.

14. Hembree, W., et al. Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline. 102 J. Clin. Endocrinology & Metabolism 3869 (2017).

15. Hess, J., Neto, R., Panic, L., Rubben, H. & Senf, W. (2014). Satisfaction with Male-to-Female Gender Reassignment Surgery.

16. Horbach, S. E. R., Bouman, M., Smit, J. M., Ozer, M., Buncamper, M. & Mullender, M. G. (2015). Outcome of Vaginoplasty in Male-to-Female Transgenders: A Systematic Review of Surgical Techniques.

17. Lane, M., et al. Trends in gender-affirming surgery in insured patients in the United States. Plastic and Reconstructive Surgery – Global Open. 2018; 6(4), e1738. doi: 10.1097/GOX.0000000000001738.

18. Leriche, A., Timsit, M., Morel-Journel, N., Bouillot, A., Dembele, D., & Ruffion, A. (2008). Long-term outcome of forearm flee-flap phalloplasty in the treatment of transsexualism. BJU International, 101(10), 1297-1300. doi:10.1111/j.1464-410x.2007.07362.

19. Manrique, O., et al. Complications and Patient-Reported Outcomes in Male-to-female Vaginoplasty-Where We Are Today. Annals of Plastic Surgery: June 2018; 80(6): 684–691. doi: 10.1097.

20. McArdle, A., et al. Vaginal reconstruction following radical surgery for colorectal malignancies: a systematic review of the literature. Ann Surg Oncol. 2012 Nov;19(12):3933-42. doi: 10.1245.

21. Morrison, S. D., Shakir, A., Vyas, K. S., Kirby, J., Crane, C. N. & Lee, G. K. (2016). Phalloplasty: A Review of Techniques and Outcomes.

22. Papadopulos, N.A., et al. Male-to-Female Sex Reassignment Surgery Using the Combined Technique Leads to Increase Quality of Life in a Prospective Study. Plast Reconstr Surg. 2017 Aug;140(2):286-294. doi: 10.1097.

23. Van de Grift, et al. Body Image in Transmen: Multidimensional Measurement and the Effects of Mastectomy. J Sex Med. 2016 Nov;13(11):1778-1786. doi: 10.1016.

24. Versteegh, H., et al., (2015). Postoperative complications after reconstructive surgery for cloacal malformations: a systematic review. Tech Coloproctol. 2015; 19(4): 201–207. doi: 10.1007.

25. Weigert, R., Frison, E., Sessiecq, Q., Mutairi, K. A., & Casoli, V. (2013). Patient Satisfaction with Breasts and Psychosocial, Sexual, and Physical Well-Being after Breast Augmentation in Male-to-Female Transsexuals. Plastic and Reconstructive Surgery, 132(6), 1421-1429. doi:10.1097/01.prs.0000434415.70711.49.

26. Wiepjes, et. al. The Amsterdam Cohort of Gender Dysphoria Study 1972-2015: Trends in Prevalence, Treatment, And Regrets. J Sex Med. 2018 Apr;15(4):582-590. doi: 10.1016.

27. World Professional Association for Transgender Health, *Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People*, 7th Ed. (2011).

28. World Professional Association for Transgender Health, Mission and Vision, https://www.wpath.org/about/mission-and-vision.