# EXHIBIT A

# C.V. of Daniel Shumer, MD, MPH

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

Prepared: 08/29/2018

## Education and Training

08/2000 – 08/2003    Undergraduate Education:
Northwestern University, Weinberg College of Arts and Sciences
Evanston, IL

08/2003 – 01/2004    National Outdoor Leadership School
Semester in New Zealand

08/2004 – 05/2008    Medical School:
Northwestern University, Feinberg School of Medicine
Chicago, IL
Doctor of Medicine

06/2008 – 06/2009    Pediatric Internship:
Vermont Children's Hospital at Fletcher Allen Health Care
University of Vermont
Burlington, VT

07/2009 – 06/2011    Pediatric Residency:
Vermont Children's Hospital at Fletcher Allen Health Care
University of Vermont
Burlington, VT

07/2011 – 06/2012    Pediatric Chief Resident
Vermont Children's Hospital at Fletcher Allen Health Care
University of Vermont
Burlington, VT

07/2013 – 05/2015    Graduate Education:
Harvard T. H. Chan School of Public Health
Boston, MA
Masters of Public Health

07/2012 – 06/2015    Clinical Fellow – Pediatric Endocrinology
Boston Children's Hospital
Harvard University
Boston, MA

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

07/2013 – 06/2015   Research Fellow – Pediatric Health Services Research
Fellowship
Harvard University
Boston, MA

Certification and Licensure

American Board of Pediatrics – Certification Exam, passed 10/10/2011

Vermont Limited/Training Medical License, #060-0003620, 5/21/2008 to
6/30/2011
Montana Temporary Medical License, #12616, 5/1/2011 to 8/1/2011
       (License required for one month rural elective in Butte, Montana)
Vermont Full Medical License, #042-0012179, 06/30/11 to 11/30/2012
Massachusetts Limited/Training Medical License, #250835, 4/4/2012 to
10/03/2013
Massachusetts Full Medical License, #253558, 10/03/2012 to 10/03/1015
Michigan Full Medical License, #4301108597, 8/7/2015 to present

Clinical Appointments

08/2013 – 09/2015   Pediatrician – Acute Care Moonlighter
Harvard Vanguard Medical Associates
Braintree, MA

10/2015 – present   Assistant Professor
Division of Pediatric Endocrinology
Department of Pediatrics and Communicable Diseases
University of Michigan
Ann Arbor, MI

11/2016 – present   Medical Director of the Comprehensive Gender Services
Program at the University of Michigan

10/2015 – present   Clinical Director of the Child and Adolescent Gender Services
Team at Mott Children's Hospital

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

07/2016 – present   Pediatric Endocrinologist lead in the multidisciplinary Prader Willi Syndrome Clinic at Mott Children's Hospital

## Research Interests

1. The evaluation and treatment of the transgender adolescent
2. Mental health and gender non-conformity
3. Developmental delay and autism spectrum disorder and gender non-conformity
4. Disorders of sex development

## Grants

Current
2015 – present      Internal funding for research study
*Co-investigator on study to examine social media use among transgender adolescents*

2017 – present      Grant awarded by the Department of Diversity, Equity and Inclusion at Michigan Medicine
*Award to fund community participation in the University-wide Transgender Research Group*

Previous
2012 – 2015         Research Grant sponsored by the Eunice Kennedy Shriver National Institute of Child Health and Human Development; 1T32HD075727-01
*Funded as a Research Fellow in the Harvard Pediatric Health Services Research Fellowship; sponsors tuition at Harvard School of Public Health and my fellowship research related to provision of health care for transgender adolescents*

2009 – 2012         Project Grant from the Vermont Children's Miracle Network
*Designed and created a mentoring program for adolescents with type 1 diabetes, the "Vermont Diabetes Mentoring Project"*

## Honors and Awards

12/2016             Child and Adolescent Gender Services Team awarded *The U-M Distinguished Diversity Leaders Award* under my leadership

Daniel Evan Shumer, MD, MPH

3

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

| | |
|---|---|
| 05/2014 | Annual Pediatric Endocrine Society Essay Competition: Ethical Dilemmas in Pediatric Endocrinology<br>**Competition Winner:** *The Role of Assent in the Treatment of Transgender Adolescents* |

## Memberships in Professional Societies

| | |
|---|---|
| 05/2015 – present | American Academy of Pediatrics |
| 05/2015 – present | American Academy of Pediatrics – Section on LGBT Health and Wellness |
| 05/2015 – present | World Professional Association for Transgender Health |
| 07/2012 – present | Pediatric Endocrine Society |

## Peer-Review Service

| | |
|---|---|
| 2017, 2018 | Reviewer – Pediatrics |
| 2017 | Reviewer – Canadian Medical Association Journal |
| 2017 | Reviewer – New England Journal of Medicine |
| 2017, 2016 | Reviewer – Transgender Health |
| 2016 | Reviewer – International Journal of School and Cognitive Psychology |
| 2016 | Reviewer – PLOS ONE |
| 2016 | Reviewer – Clinical Medical Journals |
| 2015 | Reviewer – Journal of Autism and Developmental Disorders |
| 2014 | Reviewer – Pharmacotherapy |
| 2014 | Reviewer – Psychological Science |

## Teaching and Mentorship

| | |
|---|---|
| 09/2017 – present | Branches Advisor<br>*I am an advisor to M3/M4 medical students as part of the Branches Advisorship Program* |
| 07/2017 – present | Mentor<br>*Mentee: Adrian Araya, Fellow in Pediatric Endocrinology* |
| 04/2016 – present | Course Director: Medical Student Elective in Transgender Medicine |

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

---

*I coordinate and instruct a multidisciplinary Medical Student Elective available for registration during the M4 year; will be offered beginning July 2017*

08/2018      Pediatric Boards Review Course
"Thyroid Disorders and Diabetes"
*I teach the thyroid and diabetes section of the U-M run Pediatrics Board Review Course starting in 2018*

12/2017      Nursing Unit (12-West) Annual Educational Retreat
"Gender identity at the Children's Hospital"
*Provided education to pediatric nurses around the topic of gender identity at their annual educational retreat*
Michigan Medicine

10/2017      Transgender and Gender Non-Conforming Youth: Best Practices for Mental Health Clinicians, Educators, & School Staff
*Planned, hosted, and spoke at a conference around topics related to gender identity and youth with 200+ attendees from the fields of mental health and education from across Michigan*
Ypsilanti, MI

10/2017      Division Conference
"Hot Topics in Transgender Medicine"
Michigan Medicine – Division of Pediatric Endocrinology

10/2017      Family Medicine Annual Conference
"Transgender Medicine"
Michigan Medicine – Department of Family Medicine

05/2017      Division Conference
"Update in Transgender Medicine"
Michigan Medicine – Division of Pediatric Endocrinology
Ann Arbor, MI

04/2017      Fellow Didactic Lecture
"Androgen Physiology"
Michigan Medicine – Division of Pediatric Endocrinology
Ann Arbor, MI

03/2017      Pharmacy School Education

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

---

|              | *Presented lecture on LGBT Health for University of Michigan Pharmacy Students*<br>University of Michigan, School of Pharmacy<br>Ann Arbor, MI |
|--------------|--------------------------------|
| 02/2017 | Swartz Rounds<br>*Clinical Case Presentation*<br>Michigan Medicine<br>Ann Arbor, MI |
| 02/2017 | Presentation to Division of General Medicine<br>"Transgender Health"<br>Michigan Medicine<br>Ann Arbor, MI |
| 02/2017 | Presentation at Collaborative Office Rounds<br>"Transgender Health"<br>Michigan Medicine<br>Ann Arbor, MI |
| 03/2016 – 02/2017 | Mentor<br>*Mentee: Colleen Moran, Fellow in Pediatric Endocrinology* |
| 10/2016 | Presentation to Clinical Staff<br>"Primary Care for Transgender Patients"<br>University Health Service<br>University of Michigan<br>Ann Arbor, MI |
| 10/2016 | Presentation to Department of Dermatology<br>"The iPLEDGE program and transgender patients"<br>Michigan Medicine<br>Ann Arbor, MI |
| 09/2016 | Presentation to ACU Leadership<br>*Presented on Gender Identity Cultural Competencies*<br>Michigan Medicine<br>Ann Arbor, MI |
| 07/2016 | Internal Medicine Resident Education<br>*Presented on gender identity to internal medicine residency* |

Daniel Evan Shumer, MD, MPH

6

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

Michigan Medicine
Ann Arbor, MI

05/2016          Pediatric Rheumatology Divisional Conference
                 *Presented on gender dysphoria to division*
                 Michigan Medicine
                 Ann Arbor, MI

04/2016          Rheumatology Grand Rounds
                 "Gender Identity"
                 Michigan Medicine
                 Ann Arbor, MI

04/2016          Abstract Reviewer
                 *Pediatric Resident Scholarly Activity Abstracts (2016)*
                 University of Michigan Medical School
                 Ann Arbor, MI

03/2016          Pharmacy School Education
                 *Presented lecture on LGBT Health for University of Michigan*
                 *Pharmacy Students*
                 University of Michigan, School of Pharmacy
                 Ann Arbor, MI

02/2016          Medical Student Education
                 *Panelist for M1 Class Session on LGBT Health as part of the*
                 *"Doctoring" Curriculum*
                 Ann Arbor, MI

02/2016          Psychiatry Grand Rounds
                 "Transgender Medicine – A Field in Transition"
                 Michigan Medicine
                 Ann Arbor, MI

12/2015          Pediatric Grand Rounds
                 "Transgender Medicine – A Field in Transition"
                 Mott Children's Hospital – University of Michigan
                 Ann Arbor, MI

11/2015          Medical Student Education
                 Noon Lecture

Daniel Evan Shumer, MD, MPH                                              7

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

*Presentation to medical students and community members during Trans Awareness Week*
"The Transgender Adolescent"
University of Michigan Medical School
Ann Arbor, MI

02/2014 – 06/2015  Clinical Preceptor
*Preceptor for students from Boston University School of Medicine attending the Gender Management Services Clinic during their elective in Transgender Medicine*
Boston Children's Hospital
Boston, MA

02/2015  Boston Children's Hospital – Division of Adolescent Medicine
*Presentation to Adolescent Medicine Fellows*
"Medical Management of the Transgender Adolescent"

01/2014  Objective Structured Clinical Examination – Instructor
Patient-Doctor Course for Second Year
Harvard Medical School
Boston, MA

11/2012  Mini Grand Rounds
"A Case of Ambiguous Genitalia; A Case of Hypothyroidism"
*This is a case-based lecture given to the residents of the Boston Combined Pediatric Residency Program*
Boston Children's Hospital
Boston, MA

07/2011 – 06/2012  Pediatric Advanced Life Support – Instructor
Vermont Children's Hospital at Fletcher Allen Health Care
Burlington, VT

07/2011 – 06/2012  Neonatal Resuscitation Program – Instructor
Vermont Children's Hospital at Fletcher Allen Health Care
Burlington, VT

07/2011 – 06/2012  Morning Report
*As Chief Resident, led bi-weekly case-based teaching sessions for the Pediatric Residency Program*
Vermont Children's Hospital at Fletcher Allen Health Care

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

---

Burlington, VT

8/2010      Pediatric Grand Rounds
"An Interesting Case from the Wards"
Presented a case of precocious puberty associated with an adrenocortical tumor and Li-Fraumeni Syndrome
Vermont Children's Hospital at Fletcher Allen Health Care
Burlington, VT

01/2004 – 08/2004   Kaplan Test Prep MCAT – Instructor
Highland Park, IL

## Committee, Organizational, and Volunteer Service

Institutional
11/2017 – Present    Divisional Diversity, Equity and Inclusion Champion
Michigan Medicine, Division of Pediatric Endocrinology
Ann Arbor, MI

08/2017 – Present    University of Michigan Transgender Research Group – Director
*I run a working group of researchers from across the University studying topics related to gender identity who meet 6 times yearly*
University of Michigan
Ann Arbor, MI

07/2017 – Present    Diversity, Equity and Inclusion Action Committee Member
Michigan Medicine, Department of Pediatrics
Ann Arbor, MI

07/2013 – 10/2014    Quality and Innovation Committee Member
Boston Children's Hospital, Division of Endocrinology
Boston, MA

07/2011 – 06/2012    Resident Selection Committee Member
Vermont Children's Hospital at Fletcher Allen Health Care
Burlington, VT

07/2011 – 06/2012    Residency Leadership Committee Member
Vermont Children's Hospital at Fletcher Allen Health Care
Burlington, VT

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

---

Regional

01/2013 – 09/2015    Investigational Review Board – Voting Member
The Fenway Institute
Boston, MA

National

05/2014 – 10/2016    Pediatric Endocrine Society – Ethics Committee Member

Volunteer Service

04/2015    Community Service at Groton School, Groton, MA
*Invited to address student body during assembly for National Day of Silence*

03/2015    Community Service at Newton South High School, Newton, MA
*Invited to set up an informational booth about transgender health at the school's production of Rocky Horror Picture Show*

07/2014    Camp Joslin (Type 1 Diabetes Camp)
*Under attending supervision, participated in summer camp as the camp physician*

06/2014    Transgender Health for Schools and Teachers
*Gave a lecture titled "Hormones 101" at a conference meant to educate area educators about their transgender students*

03/2014    Transgender Health for Patients and Families
*Gave a lecture titled "Hormones 101" at a conference meant to support and educate transgender children and their families*

## Extramural Invited Presentations

01/2018    Invited Speaker
"Working with transgender and gender non-conforming youth"
Michigan Association of Osteopathic Family Physicians
Bellaire, MI

01/2018    Speaker at "Community Conversations" in Lake Orion, MI
*Invited to lead a community discussion on topics related to gender identity and transgender youth.*
Lake Orion, MI

Daniel Evan Shumer, MD, MPH                                                           10

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

| | |
|---|---|
| 11/2017 | National Transgender Health Summit<br>"Development of a Transgender Medicine Elective for 4th Year Medical Students"<br>Oakland, CA |
| 11/2017 | Endocrinology Grand Rounds<br>"Transgender Medicine"<br>Wayne State University<br>Detroit, MI |
| 11/2017 | Invited Speaker<br>"Care of the Transgender Adolescent"<br>St. John Hospital Conference: "Transgender Patients: Providing Compassionate, Affirmative and Evidence Based Care"<br>Grosse Pointe Farms, MI |
| 11/2017 | Invited Speaker<br>*Evening lecture to medical students*<br>"Hormonal Care in Transgender Adolescents"<br>Michigan State University – School of Osteopathic Medicine<br>Detroit, MI |
| 10/2017 | Conference Organizer and Speaker<br>*Transgender and Gender Non-Conforming Youth: Best Practices for Mental Health Clinicians, Educators, & School Staff*<br>Washtenaw Community College<br>I helped organize and run this conference for over 200 attendees, geared toward mental health professionals and school staff across the state of Michigan, and gave a lecture at the conference on medical issues related to gender transition. |
| 06/2017 | Partners in Pediatric Care – 2017 Conference<br>"Care of the Transgender Adolescent"<br>Traverse City, MI |
| 05/2017 | Grand Rounds<br>Veterans Administration Ann Arbor Healthcare System<br>"Transgender Medicine"<br>Ann Arbor, MI |
| 05/2017 | Partners in Pediatric Care – 2017 Conference |

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

---

"Care of the Transgender Adolescent"
Ann Arbor, MI

05/2017          Invited Speaker
                 *Presentation to local non-profit healthcare organization*
                 "Gender Identity"
                 Hegira Programs
                 Detroit, MI

02/2017          Pediatric Grand Rounds
                 St. John Hospital and Medical Center
                 "Transgender Youth: A Field in Transition"
                 Detroit, MI

11/2016          Pediatric Grand Rounds
                 "Hormonal Management of Transgender Youth"
                 Beaumont Children's Hospital
                 Royal Oak, MI

11/2016          Invited Speaker
                 "Transgender Youth: A Field in Transition"
                 Temple Beth Emeth
                 Ann Arbor, MI

11/2016          Invited Speaker
                 "Transgender Youth: A Field in Transition"
                 Washtenaw County Medical Society
                 Ann Arbor, MI

11/2016          Invited Speaker
                 *Evening lecture to medical students*
                 "Hormonal Care in Transgender Adolescents"
                 Michigan State University – School of Osteopathic Medicine
                 Detroit, MI

10/2016          Invited Speaker
                 "Gender Identity"
                 Pine Rest Christian Mental Health Services
                 Grand Rapids, MI

09/2016          Invited Oral Presentation

Daniel Evan Shumer, MD, MPH                                          12

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

"Gender Identity"
Humanists of Southeast Michigan
Farmington Hills, MI

06/2016          Invited Oral Presentation
                 "Overrepresentation of Adopted Children in a Hospital Based
                 Gender Program"
                 World Professional Association of Transgender Health –
                 Biennial International Symposium
                 Amsterdam, Netherlands

06/2016          Invited Oral Presentation
                 "Mental Health Presentation of Transgender Youth Seeking
                 Medical Intervention"
                 World Professional Association of Transgender Health –
                 Biennial International Symposium
                 Amsterdam, Netherlands

05/2016          Invited Oral Presentation
                 "It gets better: Promoting safe and supportive healthcare
                 environments for Sexual Minority and Gender Non-Conforming
                 Youth"
                 Mini-Course at 2016 Pediatric Academic Societies' Annual
                 Meeting
                 Baltimore, MD

04/2016          Invited Speaker
                 "Hormonal Care in Transgender Adolescents"
                 Adolescent Health Initiative: Conference on Adolescent Health
                 Ypsilanti, MI

04/2016          Television Appearance
                 Channel 7 WXYZ Detroit
                 *Appeared to discuss gender identity in adolsecents*

03/2016          Invited Speaker
                 "Hormonal Care in Transgender Adolescents"
                 Michigan State University – School of Osteopathic Medicine
                 Department of Psychiatry
                 East Lansing, MI

Daniel Evan Shumer, MD, MPH                                                    13

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

| | |
|---|---|
| 01/2016 | Invited Speaker<br>*Evening lecture to medical students*<br>"Hormonal Care in Transgender Adolescents"<br>Michigan State University – School of Osteopathic Medicine<br>Detroit, MI |
| 01/2016 | Pediatric Grand Rounds<br>"Hormonal Care in Transgender Adolescents"<br>St. Joseph Mercy Hospital, Department of Pediatrics<br>Ypsilanti, MI |
| 09/2015 | Invited Lecturer<br>*Lecture to first and second year medical students participating in an LGBT Health Elective*<br>"Transgender Medicine – A Field in Transition"<br>University of Massachusetts Medical School<br>Worchester, MA |
| 06/2015 | Pediatric Grand Rounds<br>"Medical Care of the Transgender Adolescent: A Field in Transition"<br>University of Massachusetts Medical School<br>Worchester, MA |
| 05/2014 | Invited Speaker<br>"Health Care for Transgender Adolescents: A Field in Transition"<br>Pediatric Endocrinology Nurses Society – Annual Conference<br>Louisville, KY |
| 04/2014 | Invited Television Show Panelist<br>"Trans Youth: Deciding Who You Are"<br>*The Stream*<br>Al Jazeera English |
| 03/2014 | Course: Contemporary Issues in Transgender Studies<br>Lecture: *The Transgender Adolescent*<br>Tufts University<br>Medford, MA |
| 02/2014 | Presentation to Pediatric Residents and Pediatricians |

Daniel Evan Shumer, MD, MPH

14

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

|  |  |
|---|---|
|  | "Heath Care for Children and Adolescents with Gender Dysphoria/Transgenderism: Ethical, Political and Logistic Challenges" University of Vermont Medical School Burlington, VT |
| 11/2013 | Presentation to Medical Students "Heath Care for Children and Adolescents with Gender Dysphoria/Transgenderism: Ethical, Political and Logistic Challenges" University of Massachusetts Medical School Worchester, MA |
| 11/2013 | Presentation to Medical Students "Heath Care for Children and Adolescents with Gender Dysphoria/Transgenderism: Ethical, Political and Logistic Challenges" Boston University Medical School Boston, MA |
| 03/2012 | Workshop Presentation "Longitudinal Advocacy Curriculum" Association of Pediatric Program Directors, Annual Conference Miami, FL |
| 05/2011 | Presentation to the Advocacy Special Interest Group "Vermont Diabetes Mentoring Project" Pediatric Academic Society, Annual Meeting Denver, CO |
| 10/2010 | Workshop Presentation "Vermont Diabetes Mentoring Project" 11th Annual Minnesota Mentoring Conference Minneapolis, MN |

## Bibliography

*Peer-Reviewed Publications:*

1. **Shumer DE**. *Doctor as Environmental Steward*. Wilderness and Environmental Medicine. 2009; 20(1):91.

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

2. **Shumer DE**, Spack NP. Current management of Gender Identity Disorder in Childhood and Adolescence: Guidelines, Barriers and Areas of Controversy. Curr Opin Endocrinol Diabetes Obes. 2013; 20(1):69-73. Review.

3. **Shumer DE**, Mehringer JE, Braverman LE, Dauber A. Acquired Hypothyroidism in an Infant Related to Excessive Maternal Iodine Intake: Food for Thought. Endocr Pract. 2013; 19(4):729-31.

4. **Shumer DE**, Thaker V, Taylor GA, Wassner AJ. Severe hypercalcemia due to subcutaneous fat necrosis: presentation, management and complications. Arch Dis Child Fetal Neonatal Ed. 2014; 99(5):F419-21.

5. **Shumer DE**, Roberts AL, Reisner SL, Lyall K, Austin SB. Brief Report: Autistic Traits in Mothers and Children Associated with Child's Gender Nonconformity. J Autism Dev Disord. 2015 May; 45(5):1489-94.

6. Reisner SL, Vetters R, Leclerc M, Zaslow S, Wolfrum S, **Shumer D**, Mimiaga, MJ. Mental Health of Transgender Youth in Care at an Adolescent Urban Community Health Center: A Matched Retrospective Cohort Study. J Adolesc Health. 2015 Mar; 56(3):274-9.

7. **Shumer DE**, Spack NP. Paediatrics: Transgender medicine – long term-outcomes from 'the Dutch model'. Nat Rev Urol. 2015 Jan; 12(1):12-3. Editorial.

8. Tishelman A, Kaufman R, Edwards-Leeper L, Mandel, F, **Shumer DE**, Spack, N. Serving transgender youth: challenges, dilemmas, and clinical examples. Prof Psychol-Res Pr. 2015 Feb; 46(1):37-45.

9. Guss C, **Shumer D**, Katz-Wise SL. Transgender and Gender Nonconforming Adolescent Care: Psychosocial and Medical Considerations. Curr Opin Pediatr. 2015 Aug; 27(4):421-6. Review.

10. **Shumer DE**, Tishelman AC. The Role of Assent in the Treatment of Transgender Adolescents. Int J Transgend. 2015 Oct; 16(2):97-102.

11. **Shumer DE**, Reisner SL, Edwards-Leeper L, Tishelman A. Evaluation of Asperger Syndrome in Youth Presenting to a Gender Dysphoria Clinic. LGBT Health. 2016 Oct;3(5):387-90.

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

12. **Shumer DE**, Nokoff NJ, Spack, NP. Advances in the Care of Transgender Children and Adolescents. Adv in Pediatr. 2016 Aug; 63(1);79-102.

13. Strang JF, Meagher H, Kenworthy L, de Vries AL, Menvielle E, Leibowitz S, Janssen A, Cohen-Kettenis P, **Shumer DE**, Edwards-Leeper L, Pleak RR, Spack N, Karasic DH, Schreier H, Balleur A, Tishelman A, Ehrensaft D, Rodnan L, Kuschner ES, Mandel F, Caretto A, Lewis HC, Anthony LG. Initial clinical guidelines for co-occurring autism spectrum disorder and gender dysphoria or incongruence in adolescents. J Clin Child Adolesc Psychol. 2016 Oct; 24: 1-11.

14. **Shumer DE**, Harris LH, Opipari VP. The Effect of Lesbian, Gay, Bisexual, and Transgender-Related Legislation on Children. J Pediatr. 2016 Nov; 178:5-6.e1

15. **Shumer DE,** Abrha A, Feldman HA, Carswell J. Overrepresentation of Adopted Adolescents at a Hospital-Based Gender Dysphoria Clinic. Transgen Health. 2017 May 1;2(1):76-79.

16. Tishelman A, Nahata L, **Shumer DE**. Disorders of Sex Development: Pediatric Psychology and the Genital Exam. J Pediatr Psychol. 2017 June 1;42(5):530-543.

17. Edwards-Leeper L, Feldman HA, Lash BR, **Shumer DE**, Tishelman AC. Psychological Profile of the First Sample of Transgender Youth Presenting for Medical Intervention in a U.S. Pediatric Gender Center. Psychology of Sexual Orientation and Gender Diversity. 2017 4(3), 374-382.

18. **Shumer D.** Health Disparities Facing Trasgender and Gender Nonconforming Youth Are Not Inevitable. Pediatrics. 2018 [epub ahead of print]

*Non Peer-Reviewed Publications:*

1. **Shumer D**. *The Effect of Race and Gender Labels in the Induction of Traits.* Northwestern Journal of Race and Gender Criticism. 2004.

2. **Shumer DE**. "A Tribute to Medical Stereotypes." The Pharos, Journal of the Alpha Omega Alpha Medical Society. Summer 2007.

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

*Book Chapter*

1. **Shumer D.** *Coma* in: The 5-Minute Pediatric Consult, 6th Edition. Schwartz, MW. Lippincott Williams & Wilkins. Philadelphia, PA. 2012.

2. **Shumer DE**, Spack NP. Medical Treatment of the Adolescent Transgender Patient in: *Gender Affirmation: Medical and Surgical Perspectives*. CRC Press/Taylor & Francis. 2016.

3. **Shumer DE**, Kinnear HA. Duration of Pubertal Suppression and Initiation of Gender-Affirming Hormone Treatment in Youth in: *Pubertal Suppression in Transgender Youth*. Finlayson. Elsevier. In press.

4. **Shumer DE**, Araya A. Endocrinology of Transgender Care – Children and Adolescents in: *Transgender Medicine: A Multidisciplinary Approach*. Poretsky and Hembree. Springer. In process.