# EXHIBIT B

# References

## REFERENCES

1. Hembree, W. C. *et al.* Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society* Clinical Practice Guideline. *J. Clin. Endocrinol. Metab.* 102, 1–35 (2017).

2. Coleman E, Bockting W, Botzer M, et al. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. Int J Transgend 2012;13(4):165-232.

3. American Psychiatric Association. Diagnostic and statistical manual of mental disorders. 5th edition. Arlington (VA): American Psychiatric Publishing; 2013

4. Shumer DE, Nokoff NJ, Spack NP. Advances in the care of transgender children and adolescents. Adv Pediatr 2016;63:79-102.

5. LGBTQ Definitions. (2017). Retrieved May 11, 2018, from http://www.transstudent.org/definitions

6. Acherman JC, Hughes IA. Disorders of sex development. In: Melmed S, Polonsky KS, Larson PR, Kronenberg HM. Eds. Williams Textbook of Endocrinology. 12th ed. Philadelphia, PA: Elsevier 2011:868-934.

7. Rosenthal SM. Approach to the Patient: Transgender Youth: Endocrine Considerations. J Clin Endocrinol Metab. 2014 Dec;99(12):4379-89.

8. De Vries ALC, McGuire JK, Steensma TD, et al. Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics*. 2014;134:696-704.

9. Goldstein J, Seidman L, Horton N, et al. Normal sexual dimorphism of the adult human brain assessed by in vivo magnetic resonance imaging. Cereb Cortx 2001;11(6):490-7.

10. Zhou J-N, Hofman MA, Gooren LJG, et al. A sex difference in the human brain and its relation to transsexuality. Nature 1995;378:68-70.

11. Heylens G, DeCuypere G, Zucker KJ, et al. Gender identity disorder in twins: a review of the case report literature. J Sex Med 2012;9(3):751-7.

12. Berenbaum Sa, Beltz AM. Sexual differentiation of human behavior: effects of prenatal and pubertal organizational hormones. Front Neuroendocrinology 2011;32(2):183-200.

13. Jordan-Young RM. Hormones, context, and "brain gender": a review of evidence from congenital adrenal hyperplasia. Soc Sci Med 2012;74(11):1738-44.

14. Dessens A, Slijper F, Drop S. Gender dysphoria and gender change in chromosomal females with congenital adrenal hyperplasia. Arch Sex Behav 2005;34:389-97.

15. Reiner W, Gearhart J. Discordant sexual identity in some genetic males with cloacal extrophy assigned to female sex at birth. N Engl J Med 2004;350:333-41.

16. Fausto-Sterling A. The dynamic development of gender variability. J Homosex 2012;59(3):398-421.

17. Martin CL, Ruble DN, Szkrybalo J. Cognitive theories of early gender development. Psychol Bull 2002;128(6):903-33.

18. Kohlberg LA. A cognitive-developmental analysis of children's sex role concepts and attitudes. In: Maccoby E, editor. The development of sex differences. Stanford (CA): Stanford University; 1966. P. 82-173.

19. Shechner T. Gender identity disorder: a literature review from a developmental perspective. Isr J Psychiatry Relat Sci 2010;47(2):132-8.

20. Gooren IJ. Clinical practice. Care of transsexual persons. N Engl J Med 2011;364(13):1251-7.

21. Delemarre-van de Wall HA, Cohen-Kettenis PT. Clinical management of gender identity disorder in adolescents: a protocol on psychological and paediatric endocrinology aspects. Eur J Endocrinol 2006;155(Suppl 1):S131-7.

22. Cohen-Kettenis PT, van Goozen S. Pubertal delay as an aid in diagnosis and treatment of a transsexual adolescent. Eur Child Adolesc Psychiatry 1998;7(4):246-8.

23. Hines M, Ahmed SF, Hughes IA. Psychological outcomes and gender-related development in complete androgen insensitivity syndrome. Arch Sex Behav 2003;32(2):93-101.

24. Mongan NP, Tadokoro-Cuccaro R, Bunch T, Hughes IA. Androgen insensitivity syndrome. Best Pract Res Clin Endocrinol Metab. 2015 Aug;29(4):569-80.

25. Mendonca BB. Gender assignment in patients with disorder of sex development. Curr Opin Endocrinol Diabetes Obes 2014;21(6):511-4.

26. 34. Fisher AD, Ristori J, Fanni E, Castellini G, Forti, G, Maggi M. Gender identity, gender assignment and reassignment in individuals with disorders of sex development: a major of dilemma. J Endocrinol Invest. 2016 39:1207-1224.

27. Mayer-Bahlburg HF. Sex steroids and variants of gender identity. Endocrinol Metab Clin North Am. 2013 Sep;42(3):435-52.

28. Steensma TD, McGuire JK, Kreukels BPC, et al. Factors associated with desistence and persistence of childhood gender dysphoria: a quantitative follow-up study. Child Adol Psychiatry 2013;52(6):582-90.

29. Levine DA and the Committee on Adolescence. Office-based care for lesbian, gay, bisexual, transgender, and questioning youth. Pediatrics 2012;132(1):e297-313.

30. The American College of Obstetricians and Gynecologists, Committee Opinion. Health care for transgender individuals. (2011, opinion number 512). Retrieved May 11, 2018 at: http://www.acog.org/Resources-And-Publications/Committee-Opinions/Committee-on-Health-Care-for-Underserved-Women/Health-Care-for-Transgender-Individuals.

31. American Medical Association. Resolution: removing financial barriers to care for transgender patients (2008). Retrieved May 11, 2018 at: http:www.tgender.net/taw/ama_resolutions.pdf.