# EXHIBIT A

# C.V. of Jaclyn White Hughto, PhD, MPH

# Jaclyn White Hughto, PhD, MPH

| | |
|---|---|
| **Office:** | **Brown University School of Public Health** |
| | *Center for Health Equity Research* |
| | 121 South Main Street |
| | Providence, RI 02912 |
| | 401-863-6580 |
| **Mobile:** | 508-340-7715 |
| **Email:** | Jaclyn_Hughto@Brown.edu |

## EDUCATION

**2014-2017**   **Yale School of Public Health, Yale University**, New Haven, CT
*PhD* Chronic Disease Epidemiology

**2008-2010**   **Rollins School of Public Health, Emory University**, Atlanta, GA
*MPH* Behavioral Science & Health Education

**2002-2006**   **Boston University**, Boston, MA
*BA* Psychology

## FACULTY APPOINTMENT

**2018-Present**   **Investigator (Research Faculty)**
*Department of Epidemiology*
*Department of Behavioral and Social Sciences*
**Brown University School of Public Health**, Providence, RI

## RESEARCH APPOINTMENTS (NON-FACULTY)

**2018-Present**   **Adjunct Investigator**
Health Policy Department
**RAND Corporation**, Boston, MA

**2014-Present**   **Research Analyst**
*Epidemiology Department*
**The Fenway Institute, Fenway Health**, Boston, MA

**2014-2018**   **Pre-Doctoral Research Fellow**
*Department of Chronic Disease Epidemiology*
**Yale School of Public Health**, New Haven, CT

**2011-2014**   **Director of Epidemiology Projects**
*Epidemiology Department*
**The Fenway Institute, Fenway Health**, Boston, MA

*Last Updated January 14, 2019*

**2010-2011**        **Research Associate**
*Epidemiology Department*
**The Fenway Institute, Fenway Health**, Boston, MA

**2009-2010**        **Graduate Research Assistant**
*Epidemiology Department*
**Rollins School of Public Health, Emory University**, Atlanta, GA

**Fall, 2009**        **Program Evaluator**
*Da CRIBB*
**National AIDS Education & Services for Minorities**, Atlanta, GA

**Fall, 2009**        **Community Needs Evaluator**
*Southern REACH Grant Program*
**National AIDS Fund**, Atlanta, GA

**Summer, 2009**  **Risk Assessment Intern**
*Da CRIBB*
**National AIDS Education & Services for Minorities**, Atlanta, GA

## TEACHING EXPERIENCE

**Spring 2019**      **Co-Instructor**, **Designing Education for Better Prisoner and Community Health** *Lead Instructor: Brad Brockmann, JD, MDiv*
**Brown School of Public Health**, Providence, RI

**Spring 2017**      **Teaching Fellow**, **Questionnaire Development**
*Professor: Marney White, PhD, MPH*
**Yale School of Public Health**, New Haven, CT

**2015 & 2016**      **Teaching Fellow, Stigma and Health**
*Professor: John Pachankis, PhD*
**Yale School of Public Health**, New Haven, CT

**Spring, 2016**      **Teaching Fellow, Qualitative Methods**
*Professor: Danya Keene, PhD*
**Yale School of Public Health**, New Haven, CT

**Fall, 2013**        **Teaching Fellow, Introduction to Epidemiology**
*Professors: Lisa Fredman, PhD, MSPH and Katie Biello, PhD, MPH*
**Boston University School of Public Health**, New Haven, CT

## OTHER PROFESSIONAL & VOLUNTEER EXPERIENCE

**2006-2008**        **Associate Account Executive**
*Public Affairs Practice*
**Ketchum**, Washington DC and Atlanta, GA

*Last Updated January 14, 2019*

**Summer 2006**   **Harold Burson Summer Intern**
*Corporate Practice*
**Burson-Marsteller**, New York, NY

**Spring 2005**   **Legal Assistant**
*Boston University Internship Program*
**Okoshken Law Offices**, Paris, France

**2001-2002**   **Campaign Intern**
*District Attorney Campaign*
**2002 Worcester County Elections**, Worcester, MA

**2015-2016**   **Transgender Health Educator**
*Connecticut Department of Corrections*
**UConn Correctional Managed Health Care**, State of Connecticut

**2012-2015**   **Research Consultant**
**Massachusetts Transgender Political Coalition**, Boston, MA

**2011-2013**   **Fundraising Volunteer**
*Crystal Ball Planning Committee*
**Stepping Stones Foundation**, Boston, MA

**2009-2010**   **Volunteer HIV Tester and Counselor**
**AID Atlanta**, Atlanta, GA

**2002-2006**   **Website Developer and Events Coordinator**
**F.O.R. Special Friends**, Shrewsbury, MA

**2003-2005**   **Events Volunteer**
*Service for Sight, Boston, MA*

## HONORS & AWARDS

**2018-2019**   **Extramural Health Disparities Loan Repayment Program**
*National Institute of Minority Health & Health Disparities*
**National Institutes of Mental Health**

**2017**   **Completion of PhD Dissertation with Distinction**
*Documenting and Disrupting the Health-Risk Trajectories of Criminal-Justice-Involved Transgender Women Before, During, and After Incarceration*
**Yale School of Public Health**, New Haven, CT

**2015**   **Doctoral Student Research Award**
*Retirement Research Foundation*
**143rd American Public Health Association Conference**, Chicago, IL

*Last Updated January 14, 2019*

**2014**          **Excellence in Abstract Submission among All Presenters**
                  *HIV/AIDS Section*
                  **142nd American Public Health Association Conference**, New Orleans, LA

## REVIEWER (SELECTED JOURNALS)

**2018-Present**   *Journal of General Internal Medicine*
**2018-Present**   *Social Science and Medicine*
**2017-Present**   *Health Equity*
**2017-Present**   *Journal of Applied Gerontology*
**2017-Present**   *Sexual Health*
**2017-Present**   *Transgender Health*
**2016-Present**   *Journal of Affective Disorders*
**2016-Present**   *Stigma and Health*
**2015-Present**   *Behavioral Medicine*
**2014-Present**   *BMC Infectious Disease*
**2014-Present**   *JAIDS*
**2014-Present**   *Sex Roles*
**2014-Present**   *AIDS Care*
**2014-Present**   *Global Public Health*
**2014-Present**   *LGBT Health*
**2013-Present**   *AIDS and Behavior*

## PROFESSIONAL MEMBERSHIP

**2015-Present**   **American Society of Criminology**

**2013-Present**   **American Public Health Association**
                  *HIV/AIDS Caucus, LGBT Caucus, & Aging Caucus*

## CLINICAL CERTIFICATIONS

**2013**          **Narcan Administration, State Certification**
                  *AIDS Action Committee, Boston, MA*

**2012**          **Mini International Neuropsychiatric Interview 6.0, Interviewer Certification**
                  *Massachusetts General Hospital, Boston, MA*

**2011**          **OraQuick Rapid HIV Testing, Massachusetts State Certification**
                  *JRI Health, Boston, MA*

**2010**          **Fundamentals of HIV, Hepatitis and STIs, Massachusetts State Certification**
                  *JRI Health, Boston, MA*

**2010**          **Behavioral Risk Assessment and Reduction, Massachusetts State Certification**
                  *JRI Health, Boston, MA*

*Last Updated January 14, 2019*

**2010**          **HIV Counseling & Testing, Massachusetts State Certification**
*JRI Health, Boston, MA*

**2010**          **Mental Health Certificate, Rollins School of Public Health**
*Emory University, Atlanta, GA*

**2009**          **OraQuick Rapid Testing, Georgia State Certification**
*Emory University, Atlanta, GA*

## RESEARCH INTERESTS

- Sexuality, Gender, and Human Rights Research and Advocacy
- Health Disparity Research and Prevention in Sexual, Gender, and Racial Minority Populations
- Epidemiology and Prevention of HIV/AIDS, STIs, Mental Illness, and Substance Abuse
- Quantitative and Qualitative Research Methodology, Measurement, and Analysis

## PEER-REVIEWED PUBLICATIONS

### Published/In-Press:

1. Peitzmeier, S., **Hughto, J.M.W.**, Potter, J., & Reisner, S.L. (In Press). Development of a novel tool to assess intimate partner violence against transgender individuals. *Journal of Interpersonal Violence.*

2. McDowell, M**, Hughto, J.M.W.**, & Reisner, S.L. (In Press). Protective and risk factors for mental illness in gender minority patients: A biobehavioral-based study. *BMC Psychiatry.*

3. Mimiaga, M.J., **Hughto, J.M**.**W.** & Reisner, S. (In Press) A pilot randomized controlled trial of a group-delivered HIV risk reduction intervention for at-risk urban MSM who regularly attend private sex events. *Archives of Sexual Behavior.*

4. Fu, E., White, M., **Hughto, J.M.W.**, Kotlyar, B., & Willis, E. (In Press) Development and reliability of the physical activity tracking preference questionnaire. *International Journal of Exercise Science.*

5. **Hughto, J.M.W.** & Clark, K.A. (In Press) Designing a transgender health training for correctional healthcare providers: A feasibility study. *The Prison Journal.*

6. **Hughto, J.M**.**W.**, Pachankis, J.E., & Reisner, S.L. (2018) Healthcare mistreatment and avoidance in trans masculine adults: The mediating role of rejection sensitivity. *Psychology of Sexual Orientation and Gender Identity*. Ahead of print.

7. **White Hughto, J.M**., Clark, K.A., Reisner, S.L., Kershaw, T.S., Altice, F.L., & Pachankis, J.E. (2018) Creating, reinforcing, and resisting the gender binary: A qualitative study of transgender women's healthcare experiences in sex-segregated jails and prisons. *International Journal of Prisoner Health,* 14(2), 1-20.

*Last Updated January 14, 2019*

8.  **White Hughto, J.M**., Reisner, S.L., Kershaw, T.S., Altice, F.L., Biello, K., Mimiaga, M.J., Garofalo, R., Kuhns, L.M., & Pachankis, J.E. (2018) A multisite, longitudinal study of risk factors for incarceration and impact on mental health and substance use among young transgender women in the USA. *Journal of Public Health,* Ahead of print, 1-10.

9.  Cai, X., **Hughto, J.M.W.**, Reisner, S.L., Pachankis, J.E., & Levy, B. (2018) Later life alignment of mind and body: Benefit of medical gender-affirmation treatments for older transgender persons. *LGBT Health,* Ahead of print, 1-6.

10. Agenor, M., **White Hughto, J.M.,** Peitzmeier, S.M., Potter, J., Deutsch, M., Pardee, D.J. & Reisner, S.L. (2018) Gender identity disparities in Pap test use in a sample of binary and non-binary transmasculine adults. *Journal of General Internal Medicine*. Ahead of print, 1-3.

11. Diemer, E., **White Hughto, J.M**. Gordon, A., Guss, C., Austin, S.B., & Reisner, S.L. (2018) Beyond the binary: Differences in eating disorder prevalence by gender identity in a transgender sample. *Transgender Health, 3*(1), 17-24.

12. Reisner, S.L., Deutsch, M.B., Peitzmeier, S., **White Hughto, J.M.**, Cavanaugh, T., Pardee, D.J., McLean, S., Panther, L.A., Gelman, M., Mimiaga, M.J., & Potter, J., (2018) Test performance and acceptability of self- versus provider-collected swabs for high-risk HPV DNA testing in female-to-male trans masculine patients. *PloS One.* 13(3): e0190172.

13. Mimiaga, M.J., Kuhns, L.M., Biello, K.B., Olson, J., Hoehnle, S., Santostefano, C.M., **Hughto, J.M.W.**, **&** Garofalo, R. (2018) Positive STEPS – a randomized controlled efficacy trial of an adaptive intervention for strengthening adherence to antiretroviral HIV treatment among youth: study protocol. *BMC Public Health*. *18*(1), 867-896.

14. Mimiaga, M.J., Pantalone, D.W., Biello, K.B., Glynn, T.R., Santostefano, C.M., Olson, J., Pardee, D.J., **Hughto, J.M.W**., Valles, J.G., Carrico, A.W., Mayer, K.H., & Safren, S.A. (2018) A randomized controlled efficacy trial of behavioral activation for concurrent stimulant use and sexual risk for HIV acquisition among MSM: Project IMPACT study protocol. *BMC Public Health*. *18*(1) 914-925.

15. **White Hughto, J.M**., Clark, K.A., Altice, F.L., Reisner, S.L., Kershaw, T.S., & Pachankis, J.E. (2017) Improving correctional healthcare providers' ability to care for transgender patients: Evaluation of a theory-driven cultural and clinical competence intervention. *Social Science & Medicine*, 195, 159-169.

16. **White Hughto, J.M**., Pachankis, J.E., Willie, T.C., & Reisner, S.L. (2017) Victimization and depressive symptomology in transgender adults: The mediating role of avoidant coping. *Journal of Counseling Psychology*, *64*(1), 41-51.

17. **White Hughto, J.M.**, Rose, A.J., Pachankis, J.E., & Reisner, S.L. (2017). Barriers to gender transition-related healthcare: Identifying underserved transgender adults in Massachusetts. *Transgender Health*, *2*(1), 107-118.

18. Clark, K.A., **White Hughto, J.M**., & Pachankis, J.E. (2017) "What's the right thing to do?": Correctional healthcare providers' knowledge, attitudes, and experiences caring for transgender inmates. *Social Science & Medicine, 193*(Supplement C), 80-89.

19. Wang, K., **White Hughto, J.M**., Biello, K., O'Cleirigh, C., Mayer, K., Rosenberg, J., Novak, D., & Mimiaga, M.J. (2017) The role of distress intolerance in the relationship between childhood sexual abuse and problematic alcohol use among Latin American MSM. Submitting to *Drug & Alcohol Dependence, 175,* 151-156.

20. Reisner, S.L., Jadwin-Cakmak, L., **White Hughto, J.M.**, Martinez, M., Salomon, L., & Harper, G.W. (2017) Characterizing the HIV prevention and care continua in a sample of transgender youth in the U.S. *AIDS & Behavior*, Ahead of print.

21. Reisner, S.L., Randazzo, R. **White Hughto, J.M.** Peitzmeizer, S., DuBois, Z., Pardee, D., Marrow, E., & Potter, J. (2017) Sensitive health topics with underserved patient populations: Methodological considerations for online focus group discussions. *Qualitative Health Research,* Ahead of print.

22. Willie, T.C., Chakrapani, V., **White Hughto, J.M.**, & Kershaw, T.S. (2017) Victimization and human immunodeficiency virus-related risk among transgender women in India: A latent profile analysis. *Violence & Gender,* Ahead of print.

23. Reisner, S.L., Deutsch, M., Peitzmeizer, S., **White Hughto, J.M.**, Cavanaugh, T., Pardee, D., McClean S., Marrow, E., Mimiaga, M.J., Panther, L., Gelman, M., Green, J., & Potter, J. (2017) Comparing self- and provider-collected swabbing for HPV DNA testing in female-to-male transgender adult patients: A mixed-methods biobehavioral study protocol. *BMC Infectious Diseases*, 17(1), 444-454.

24. Vijay, A., Wickersham, J.A., Earnshaw, V.A., Tee, Y.C., Pillai, V., **White Hughto, J.M**., Clark, K.A., Kamarulzaman, A., & Altice, F.L. (2017) Factors associated with medical doctors' intention to discriminate against transgender patients in Kuala Lumpur, Malaysia. *LGBT Health,* Ahead of print.

25. **White Hughto, J.M**., Murchison, G., Clark, K.A., Pachankis, J.E., & Reisner, S.L. (2016) Geographic and individual differences in healthcare access for U.S. transgender adults: A multilevel analysis. *LGBT Health*, *3*(6), 424-433.

26. **White Hughto, J.M.**, Pachankis, J.E., Edlahan, A.I., & Keene, D.E. (2016) "You can't just walk down the street and meet someone:" The intersection of social-sexual networking technology, stigma, and health among gay and bisexual men in the small city. *American Journal of Men's Health*, Ahead of print.

27. **White Hughto, J.M.**, Robertson, A.M., Hilalgo, A., Reisner, S.L., Rowley, B.R., & Mimiaga, M.J. (2016) Indicators of HIV-risk resilience among men who have sex with men: A content analysis of online profiles. *Sexual Health,* Ahead of print.

*Last Updated January 14, 2019*

28. **White Hughto, J.M.** & Reisner, S.L. (2016) Social context of depressive distress in aging transgender adults. *Journal of Applied Gerontology*, Ahead of print.

29. **White Hughto, J.M.** & Reisner, S.L. (2016) A systematic review of the effects of hormone therapy on psychological functioning and quality of life in transgender individuals. *Transgender Health, 1*(1), 21-31.

30. **White Hughto, J.M.**, Biello, K.B., Reisner, S.L., Perez-Brumer, A., Heflin, K.J., & Mimiaga, M.J. (2016) Health risk behaviors in a representative sample of bisexual and heterosexual female high school students in Massachusetts. *Journal of School Health, 86*(1), 61-71.

31. Reisner, S.L., **White Hughto, J.M.**, Gamarel, K.E., Mizock, L., Keuroghlian, A.S., & Pachankis, J.E. (2016) Discriminatory experiences associated with posttraumatic stress disorder symptoms among transgender adults. *Journal of Counseling Psychology, 63*(5), 509-519.

32. Reisner S.L., **White Hughto, J.M.**, Pardee, D.J., Kuhns, L., Garofalo, R., & Mimiaga, M.J. (2016). LifeSkills for Men (LS4M): Pilot evaluation of a gender-affirmative HIV and STI prevention intervention for young adult transgender men who have sex with men. *Journal of Urban Health. 93*(1), 189-205.

33. Reisner, S.L., Biello, K.B., **White Hughto, J.M.**, Kuhns, L., Mayer, K.H., Garofalo, R., & Mimiaga, M.J. (2016) Psychiatric diagnoses and comorbidities in a diverse, multicity cohort of young transgender women: Baseline findings from Project LifeSkills. *JAMA Pediatrics*, 170(5), 481-486.

34. Gordon, A., Austin, B., Krieger, N., **White Hughto, J.M.**, & Reisner, S. (2016). "I have to constantly prove to myself, to people, that I fit the bill": Perspectives on weight and shape control behaviors among low-income, ethnically diverse young transgender women. *Social Science & Medicine,* 165, 141-149.

35. Katz-Wise, S.L., Reisner, S.L., **White Hughto, J.M.**, & Budge, S. (2016) Self-reported changes in attractions and social determinants of mental health in transgender adults. *Archives of Sexual Behavior,* 1-15.

36. Keene, D.E., Eldahan, A.I., **White Hughto, J.M**., & Pachankis, J.E. (2016). 'The big ole gay express': sexual minority stigma, mobility and health in the small city. *Culture, Health & Sexuality*, 1-14.

37. **White Hughto, J.M.**, Reisner, S.L., & Mimiaga, M.J. (2015) Characteristics of transgender residents of Massachusetts' cities with high HIV prevalence. *American Journal of Public Health, 105*(12), e14–e18.

38. **White Hughto, J.M.,** Reisner, S.L., & Pachankis, J.E. (2015) Transgender stigma and health: A critical review of stigma determinants, mechanisms, and interventions. *Social, Science & Medicine,* 147, 222–231.

*Last Updated January 14, 2019*

Hughto 9

39. **White, J.M.**, Dunham, E., Rowley, B.R., Reisner, S.L., & Mimiaga, M.J. (2015) Sexually explicit racialised media targeting men who have sex with men online: A content analysis of high-risk behaviour depicted in online advertisements. *Culture, Health & Sexuality, 17*(8), 1-14.

40. Reisner, S.L., **White Hughto, J.M.**, Dunham, E., Heflin, K.H., Begenyi, J.B.G., Coffey-Esquivel, J., & Cahill, S. (2015) Legal protections in public accommodations settings: A critical public health issue for gender minority people. *Milbank Quarterly. 93*(3), 1–32.

41. Reisner, S.L., **White Hughto, J.M.**, Pardee, D., & Sevelius, J. (2015) Syndemics and gender affirmation: HIV sexual risk in female-to-male trans masculine adults reporting sexual contact with cisgender males. *International Journal of STD & AIDS*, *27*(11), 955–966.

42. Katz-Wise, S.L., Reisner, S.L., **White Hughto, J.M.**, & Keo-Meier, S.C. (2015) Differences in sexual orientation diversity and sexual fluidity in attractions among gender minority adults. *Journal of Sex Research*, *53*(1), 74-84.

43. Keuroghlian, A.S., Reisner, S.L., **White, J.M.**, & Weiss, R. (2015) Substance use and treatment of substance use disorders in a community sample of transgender adults. *Drug & Alcohol Dependence, 1*52, 139-146.

44. Reisner, S.L., Vetters, R., **White, J.M.**, Cohen, E.L., LeClerc, M., Zaslow, S. Wolfrum, S., & Mimiaga, M.J. (2015) Laboratory-confirmed HIV and sexually transmitted infection seropositivity and risk behavior among sexually active transgender patients at an adolescent and young adult urban community health center. *AIDS Care*, *27*(8), 1031-1036.

45. Reisner, S.L., Pardo, S.T., Gamarel, K.E., **White Hughto, J.M.**, Pardee, D.J., & Keo-Meier, C.L. (2015). Substance use to cope with stigma in healthcare among US female-to-male trans masculine adults. *LGBT Health*, *1*(3), 177-184.

46. **White, J.M.**, Gordon, J., & Mimiaga, M.J. (2014) The role of substance use and mental health problems in medication adherence among HIV-infected MSM. *LGBT Health, 1*(4), 319-322.

47. **White, J.M.**, Reisner, S.L., Dunham, E., & Mimiaga, M.J. (2014). Race-based sexual preferences in a sample of online profiles of urban men seeking sex with men. *Journal of Urban Health*, *91*(4), 768-775.

48. Reisner, S.L., **White, J.M.,** Bradford, J.B., & Mimiaga, M.J. (2014) Transgender health disparities: Comparing full cohort and nested matched-pair study designs in a community health center. *LGBT Health*, *1*(3): 177-184.

49. Mimiaga, M.J., **White, J.M.**, Krakower, D.S., Biello, K.B., & Mayer, K.H. (2014) Suboptimal awareness and comprehension of published pre-exposure prophylaxis efficacy results among Massachusetts physicians. *AIDS Care, 26*(6), 684-693.

50. Reisner, S.L., **White, J.M.,** Mayer, K.H., & Mimiaga, M.J. (2014) Sexual risk behaviors and psychosocial health concerns of female-to-male transgender men screening for STDs at an urban community health center. *AIDS Care, 26*(7), 857-864.

51. **White, J.M.**, Mimiaga, M.J., Reisner, S.L., & Mayer, K. H. (2013). HIV sexual risk behavior among black men who meet other men on the internet for sex. *Journal of Urban Health*, *90*(3), 464-481.

52. **White, J.M.**, Mimiaga, M.J., Krakower, D.S., & Mayer, K.H. (2012). Evolution of Massachusetts physician attitudes, knowledge and experience regarding the use of antiretrovirals for HIV prevention. *AIDS Patient Care & STDs*, *26*(7), 395-405.

53. Krakower, D., Mimiaga, M.J., Rosenberger, J., Novak, D., Mitty, J., **White, J.M.**, & Mayer, K.H. (2012). Limited awareness and low immediate uptake of pre-exposure prophylaxis among men who have sex with men using an internet social networking site. *PloS One*, *7*(3), e33119.

54. Bland, S.E., Bland, S. E., Mimiaga, M.J., Reisner, S.L., **White, J.M.**, Driscoll, M.A., Isenberg, D., Cranston, K., & Mayer, K.H. (2012). Sentencing risk: History of incarceration and HIV/STD transmission risk behaviours among black men who have sex with men in Massachusetts. *Culture, Health & Sexuality*, *14*(3), 329-345.

55. Rajasingham, R., Mimiaga, M.J., **White, J.M.**, Pinkston, M.M., Baden, R.P., & Mitty, J.A. (2012). A systematic review of behavioral and treatment outcome studies among HIV-infected men who have sex with men who abuse crystal methamphetamine. *AIDS Patient Care & STDs*, *26*(1), 36-52.

**Under Review:**

56. **Hughto, J.M.W.,** Rood, B.A., Gunn, H., & Pantalone, D.W. (R & R)  Gender affirmation and mental health: Findings from a U.S. national sample of transgender adults. *Archives of Sexual Behavior*.

57. Clark, K.A. & **Hughto, J.M.W.** (R & R) Development and psychometric evaluation of the Transgender Knowledge, Attitudes, and Beliefs (T-KAB) scale. *Sexuality Research & Social Policy*.

58. Jadwin-Cakmak, L., Reisner, S.L., **Hughto, J.M.W.,** Salomon, L., Martinex, M., Popoff, E., Campbell, B.A., & Harper, G. (R & R) HIV prevention and HIV care among transgender and gender diverse youth: Design and implementation of a multisite mixed-methods study protocol in the U.S. *BMC Public Health.*

59. Pachankis, J.E., Clark, K.A., Burton, C.M., **Hughto, J.M.W**., & Keene, D. (R& R) Sex, status, competition, and exclusion: Intra-minority stress from within the gay community and sexual minority men's mental-health. *Journal of Personality and Social Psychology.*

*Last Updated January 14, 2019*

60. Reisner, S. & **Hughto, J.M.W.** (Under Review) Transgender health beyond the binary: Characterizing the health of non-binary adults. *Journal of Epidemiology & Community Health.*

61. Clark, B., **Hughto, J.M.W.**, Charlton, B.M., & Reisner, S.L. (Under Review) The contraceptive and reproductive history and planning goals of trans masculine adults: A mixed methods study. *Contraception.*

62. Mimiaga, M.J. **Hughto, J.M.W.**, Biello, K.B., Santostefano, C., Kuhns, K., Reisner, S.L., Garofalo, R. (Under Review) Longitudinal analysis of syndemic psychosocial problems predicting HIV risk behavior among a multicity prospective cohort of sexually active young transgender women in the United States. *Lancet HIV.*

63. Mimiaga, M.J., Pantalone, D., Biello, K., **Hughto, J.M.W.**, Frank, J., O'Cleirigh, C., Reisner, S.L., Mayer, K., & Safren, S. (Under Review) Behavioral activation integrated with sexual risk reduction counseling for high-risk MSM with crystal methamphetamine dependence: An initial randomized controlled trial. *Archives of Sexual Behavior.*

**BOOK CHAPTERS AND OTHER PUBLICATIONS**

1. **White, J.M.**, Gordon, J., & Mimiaga, M.J. (2017) HIV-infected gay men and adherence to HIV antiretroviral therapies. In Leo Wilton (Ed.), *Understanding Prevention for HIV Positive Gay Men* (pp. 151-192). New York, NY: Springer.

2. Reisner, S.L., **White, J.M.**, Dunham, E., Helfin, K.H., Bengini, J., & Cahill, S. (2014) Project VOICE policy report. Fenway Health. Boston, MA. http://fenwayfocus.org/wp-content/uploads/2014/07/The-Fenway-Institute-MTPC-Project-VOICE-Report-July-2014.pdf

3. **White, J.M.** & Mimiaga, M.J. (2011) Intervention development for HIV sexual risk reduction among high-risk men who have sex with men. *Acção & Tratamentos*, (26).

**CONFERENCE AND SYMPOSIA PRESENTATIONS**

1. **Hughto, J.M.W.**, Rood, B.A., & Pantalone, D.W. Gender affirmation and mental health: Findings from a U.S. national sample of transgender adults. Poster to be presented at the Society of Behavioral Medicine Conference, Washington, DC.

2. **Hughto, J.M.W.**, Deutsch, M., Peitzmeier, S., Potter, J., Mimiaga, M., & Reisner, S.L. High awareness but low uptake of Pre-Exposure Prophylaxis (PrEP) in a community sample of trans masculine adults. Poster presented at the 146th American Public Health Association Conference, San Diego, CA.

3. **White Hughto, J.M.**, Clark, K.A., Pachankis, J.E. (2017, November) Correlates of transgender cultural and clinical competency among healthcare providers in Massachusetts. Oral presentation at the 145th American Public Health Association Conference, Atlanta, GA.

*Last Updated January 14, 2019*

4.  Peitzmeier, S.M., **White Hughto, J.M.**, Potter, J., Deutsch, M. Reisner, S.L. (2017, September) Development of a novel tool to assess intimate partner violence against transgender individuals. Oral presentation at the Gay and Lesbian Medical Association 35th Annual *Conference* on LGBT Health, Philadelphia, PA.

5.  Clark, K.A. & **White Hughto, J.M.** (2017, February) Development and psychometric evaluation of the Transgender Knowledge, Attitudes, and Beliefs (T-KAB) scale. Oral presentation at the World Professional Association of Transgender Health Conference. Los Angeles, CA.

6.  Clark, K.A. & **White Hughto, J.M.*** (2016, October) "We are Guests in Their House": A qualitative analysis of correctional healthcare providers' knowledge, attitudes, and experiences caring for transgender inmates. Oral presentation at the 2016 American Society of Criminology Conference. New Orleans, LA. * Co-Presenter

7.  **White Hughto, J.M.** & Clark, K.A. (2016, October) Development and pilot testing of transgender knowledge intervention for correctional healthcare providers. Oral presentation at the 144th American Public Health Association Conference, Denver, CO.

8.  Hereth, J., Kuhns, L.M., Reisner, S.L., **White Hughto, J.M.**, Mimiaga, M.J., Garofalo, R., and the Project Lifeskills Team. (2016, October) Social and structural marginalization are highly associated with a history of arrest among young transgender women. Oral presentation at the 144th American Public Health Association Conference, Denver, CO.

9.  **White Hughto, J.M.**, Clark, K.A., Michelson, L., Reisner, S.L., & Pachankis, J.E. (2016, October). "They're Not Addressing Trans Needs": A qualitative analysis of transgender women's healthcare access and experiences while incarcerated. Poster presented at the 144th American Public Health Association Conference, Denver, CO.

10.  **White Hughto, J.M.**, Reisner, S.L., & Pachankis, J.E. (2016, July) Understanding the consequences of the U.S. Prison Rape Elimination Act (PREA) for transgender women's sexual assault and HIV transmission. Poster presented at the 2016 International AIDS Society Conference, Durban, South Africa.

11.  Reisner, S.L., Deutsch, M., Cavanaugh, T., **White Hughto, J.M.**, Peitzmeier, S., Pardee, D.J., McLean, S., Mimiaga, M.J., Panther, L., & Potter, J. (2016, June) Assessing the non-inferiority, acceptability, and feasibility of a frontal/vaginal self-swab for HPV DNA compared to provider-collected cervical cytology and HPV DNA/mRNA among female-to-male (FTM) trans masculine patients. Oral presentation at the World Professional Association of Transgender Health Bi-Annual Conference, Amsterdam, Netherlands.

12.  Reisner, S.L., Deutsch, M., Cavanaugh, T., Pardee, D.J., **White Hughto, J.M.**, Peitzmeier, S., McLean, S., Mimiaga, M.J., Panther, L., & Potter, J. (2016, June) Best practices for obtaining a sexual health history with trans masculine individuals: Lessons learned from self-administered surveys and provider-collected clinical interview data. Oral presentation at the World Professional Association of Transgender Health Bi-Annual Conference, Amsterdam, Netherlands.

*Last Updated January 14, 2019*

13. **White Hughto, J.M.** & Reisner, S.L. (2015, November) Aging transgender adults in Massachusetts: Social stress, mental health, and physical health indicators. Oral presentation at the 143rd American Public Health Association Conference, Chicago, IL.

14. **White Hughto, J.M.**, Reisner, S.L., Dunham, E., & Pachankis, J.E. (2015, November) Barriers to transition-related healthcare among transgender adults in Massachusetts. Oral presentation at the 143rd American Public Health Association Conference, Chicago, IL.

15. Dunham, E., **White, J.M.**, & Reisner, S.L. (2015, November) Transgender students attending public and private schools in Massachusetts: Implications of policy and health differences. Poster presented at the 143rd American Public Health Association Conference, Chicago, IL.

16. Gordon, A.R., Austin, S.B., Okechukwu, C., Krieger, N., **White, J.M.**, & Reisner, S.L. (2015, November) Weight and shape control behaviors among young transgender women: Findings from Project Body Talk. Poster presented at the 143rd American Public Health Association Conference, Chicago, IL.

17. Smoyer, A. & **White Hughto, J.M.*** (2015, November) Separate but equal?  Contesting transgender prison spaces. Oral presentation at the 2015 American Society of Criminology Conference. Washington, DC. * Co-Presenter

18. Gordon, A.R., **White, J.M.**, Austin, S.B., Reisner, S.L. (2015, June)  "Not only do you deal with the bullshit from society, but also having to accept yourself and be happy with yourself can be really hard": Body image and weight and shape control among young trans women. Oral presentation at the 11th Annual Philadelphia Trans Health Conference, Philadelphia, PA.

19. **White, J.M**., Murchison, G. & Reisner, S.L. (2015, April) Access to care barriers among transgender people in the US: Findings from the U.S. National Transgender Discrimination Survey. Oral presentation at the 2015 National Transgender Health Summit, Oakland, CA.

20. **White, J.M.**, Reisner, S.L., & Mimiaga, M.J. (2014, October) Location matters: Correlates of HIV risk behaviors and HIV "hot spots" among transgender residents of Massachusetts. Oral presentation at the 142nd American Public Health Association Conference, New Orleans, LA.

21. Reisner, S.L., **White, J.M.**, Dunham, E., Begenyi, J., Heflin, K., & Cahill, S. (2014, October) Legal protections in public accommodations settings: A critical public health issue for transgender adults in Massachusetts. Oral presentation at the 142nd American Public Health Association Conference, New Orleans, LA.

22. Reisner, S.L., Pardo, S., Gamarel, K., **White, J.M.**, Pardee, D., & Meier, C. (2014, October) Experiences of stigma in healthcare among U.S. trans masculine adults: A gender minority stress model of substance use to cope with mistreatment. Oral presentation at the 142nd American Public Health Association Conference, New Orleans, LA.

*Last Updated January 14, 2019*

23. Reisner, S.L. & **White, J.M.*** (2014, February) U.S. National Transgender Discrimination Study (NTDS) stress and health among FTMs: A gender minority stress model of health disparities. Oral presentation at the 2014 World Professional Association of Transgender Health Conference, Bangkok, Thailand. *Presenter

24. Perez-Brumer, A., **White, J. M.**, Pantalone, D., Garber, M., Safren, S. A., & Mimiaga, M. J. (2013, November). High rates of co-occurring mental health and substance use problems in men who have sex with men (MSM) screening for a behavioral intervention to reduce crystal methamphetamine use and HIV risk behaviors. Poster presented at the 141st American Public Health Association Conference, Boston, MA.

25. Dunham, E., & **White, J.M.** (2013, May) Project LifeSkills: Engaging young transgender women in HIV prevention research and public health practice. Oral presentation at the 2013 National Transgender Health Summit, Oakland, CA.

26. Dunham, E., Love, V. & **White, J.M.** (2013, April) Engaging youth in transgender projects and programs: A presentation by LifeSkills project staff at Fenway Health. Oral presentation at the 7th Annual Transgender Lives Conference, Farmington, CT. *Co-Presenter

27. **White, J.M.**, Taller, A., Love, V., Rash, N., & Hidalgo, A. (2013, March) From knowledge to action: Your voice in LGBTQ research. Oral presentation at the 2013 Gay Lesbian and Straight Education Network Conference, Boston, MA.

28. **White, J.M.**, Reisner, S.L., & Mimiaga, M.J. (2012, October) A population-based study of sexual risk behaviors among sexually active adolescent females: A comparison of behaviorally bisexual to behaviorally heterosexual high school students in Massachusetts. Oral presentation at the 140th American Public Health Association Conference, San Francisco, CA.

29. **White, J.M.**, Reisner, S.L., Pantalone, D., & Mimiaga, M.J. (2012, October) Association between race-based preferences and desired sexual practices among men seeking men for sex on the Internet: Implications for sexual health. Oral presentation at the 140th American Public Health Association Conference, San Francisco, CA.

30. **White, J.M.**, Reisner, S.L., Mimiaga, M.J. (2012, October) Racial preferences and sexual partnering: A content analysis of the online profiles of men seeking sex with men on the Internet. Poster presented at the 140th American Public Health Association Conference, San Francisco, CA.

31. Krakower, D., Mimiaga, M., Rosenberger, J., Novak, D., Mitty, J., **White, J.**, & Mayer, K. (2012, July) Anticipated risk compensation with pre-exposure prophylaxis use among North American men who have sex with men using an internet social network. Oral presentation at the XIX International AIDS Society Conference, Washington, DC.

32. **White, J.M.**, Reisner, S.L., & LifeSkills Study Team. (2012, May) Group-delivered HIV prevention with young trans women: Strategies for community engagement, delivery and dissemination. Oral presentation at the 11th Annual Philadelphia Trans Health Conference, Philadelphia, PA.

*Last Updated January 14, 2019*

33. **White. J.M.** (presented on behalf of M. Mimiaga) Mimiaga, M., Crane, H., Wilson, J., Grasso, C., & Safren, S. (2012, April) Negative affect moderates the association between at-risk sexual behaviors and substance use during sex: Findings from a large cohort study of HIV-infected males engaged in primary care in the US. Oral presentation at the 2012 Society of Behavioral Medicine Conference, New Orleans, LA.

34. **White, J.M.**, Mimiaga, M.J., Reisner, S.L., & Mayer, K.H. (2012, April) Pilot RCT of a group-based HIV risk reduction intervention for HIV-uninfected urban MSM attending sex parties. Poster presented at the 33rd Meeting & Scientific Sessions of the Society of Behavioral Medicine. New Orleans, LA.

35. Mayer, K. H., Krakower, D. S., Rosenberger, J.G., Novak, D.S., **White, J. M.**, & Mimiaga, M. J. (2012, April) Pill or gel: Preferences of at risk Canadian and American men who have sex with men recruited via a social network site regarding oral or topical chemoprophylaxis. Oral presentation at the 2012 International Microbicides Conference, Sydney, Australia.

36. Mayer, K.H., **White, J.M.**, Krakower, D.S., & Mimiaga, M.J (2011, October) The evolution of Massachusetts physician attitudes, knowledge and experience with antiretroviral chemoprophylaxis before and after the release of the iPrEx data. Poster presented at the 49th Meeting of the Infectious Diseases Society of America, Boston, MA.

37. **White, J.M.**, Mimiaga, M.J., & Mayer, K.H. (2011, August) Engagement of Massachusetts physicians in HIV prevention: Results of an online survey. Oral presentation at the 2011 National HIV Prevention Conference. Atlanta, GA.

38. Mimiaga, M.J., **White, J.M.**, Reisner, S.L., & Mayer, K.H. (2011, August). High prevalence of depression and loneliness exacerbate HIV risk among urban MSM attending sex parties. Oral presentation at the 2011 National HIV Prevention Conference. Atlanta, GA.

39. Rowley, B., Mimiaga, M.J., **White, J.M.**, Reisner, S.L., & Mayer, K.H. (2011, August). Sex party attendance and HIV risk among MSM in Massachusetts: Results from Project PARTY screening. Oral presentation at the 2011 National HIV Prevention Conference. Atlanta, GA.

40. **White, J.M.**, Mimiaga, M.J., Reisner, S.L., & Mayer, K.H. (2011, August) Self-perception of HIV risk and sexual risk behavior among MSM who attend sex parties. Poster presented at the 2011 National HIV Prevention Conference, Atlanta, GA.

41. Mayer, K.H., **White, J.M.,** Krakower, D.S., & Mimiaga, M.J. (2012, April) Pills or gel: Massachusetts physicians' recent antiretroviral chemoprophylactic preferences. Poster presented at the 2012 International Microbicides Conference, Sydney, Australia.

42. Mayer, K.H., **White, J.M.**, Krakower, D.S., Mimiaga, M.J. (2011, February) Preparing for "PrEP": What Massachusetts physicians know and believe about oral and topical chemoprophylaxis: Circa September, 2010. Poster presented at the 18th Conference on Retroviruses and Opportunistic Infections, Boston, MA.

*Last Updated January 14, 2019*

43. **White, J.M.**, Mimiaga, M.J., Perkins, B.D., Reisner S.L., Driscoll, M., & Cranston, K. (2010, November) Motivations for using the internet to meet sexual partners and HIV risk behavior among black men who have sex with men (MSM) in Massachusetts. Poster presented at the Harvard Center for AIDS Research: The Forgotten Epidemic, Boston, MA.

## GUEST LECTURES & TRAININGS

1. **Hughto, J.M.W,** Dulin, A., & McGarvey, S. (2018, December 6). Evaluating Public Health Research, Unpacking Ethics and Approaches that Advance Rigor and Engage Communities. *Guest Lecturer, Brown School of Public Health* (Invited by Caroline Kuo, DPhil, MPhil).

2. **White Hughto, J.M.,** Winston, R., & Pachankis, J.E. (2018, March 27). Advances in the Science of LGBTQ Mental Health. *Presenter, The Yale Club of San Francisco* (Invited by Sten Vermund, MD, PhD).

3. **White Hughto, J.M.** (2018, January 24). Designing and Evaluating Public Health Interventions. *Guest Lecturer, Brown University School of Public Health* (Invited by Matthew Mimiaga, ScD, MPH).

4. **White Hughto, J.M.,** Hatzenbuehler, M., & Pachankis, J.E. (2017, June 14). Advances in the Science of LGBTQ Mental Health: From Policy Impact to Clinical Practice. *Presenter, The Yale Club of New York* (Invited by Sten Vermund, MD, PhD).

5. **White Hughto, J.M.** (2016, November 8). Intervention to Overcome Mental Health Disparities in Criminally Justice Involved Transgender Women: Formative Research and Next Steps. *Presenter, Yale Clinical & Community Research* (Invited by Frederick Altice, MD).

6. **White Hughto, J.M.** (2016, November 1). Is Leaning in Enough? The Role of Intersectionality, Gender and Public Health Leadership. *Panelist, Women in Global Health, American Public Health Association, Global Health Council.* (Invited by Kelly Thompson).

7. **White Hughto, J.M.** (2016, September 21). Transgender Stigma and Health: A Review of Stigma Determinants, Mechanisms and Interventions across Settings. *Guest Lecturer, Yale School of Public Health, Stigma and Health* (Invited by John Pachankis, PhD).

8. **White Hughto, J.M.** (2016, September 14). Transgender Cultural and Clinical Competency for Mental Health Providers. *Trainer, Yale University, Department of Psychology, Clinical Psychology Program Training* (Invited by Mary O'Brien, PhD).

9. **White Hughto, J.M.** & Clark, K.A. (2016, August 3). Transgender Cultural and Clinical Competency for Correctional Healthcare Providers. *Trainer, UConn Correctional Managed Healthcare, Medical Prescriber Training* (Invited by Johnny Wu, MD, FACP, CCHP).

10. **White Hughto, J.M.** (2016, July 7). Transgender Cultural and Clinical Competency for Correctional Staff. *Trainer, Suffolk County Department of Corrections, Healthcare and Custody Staff Training* (Invited by Melanie Robfindlay, MSW).

*Last Updated January 14, 2019*

11. **White Hughto, J.M.** (2016, June 13). Transgender Cultural and Clinical Competency for Correctional Healthcare Providers. *Trainer, UConn Correctional Managed Healthcare, Nurse Supervisor Training* (Invited by Connie Weiskopf, PhD, APRN).

12. **White Hughto, J.M.** (2016, April 15). Qualitative Methods in Practice: Findings from T-TIME -Transgender women Talking about Incarceration Memories and Experiences. *Guest Lecturer, Yale School of Public Health, Qualitative Methods* (Invited by Danya Keene, PhD).

13. **White Hughto, J.M.** & Clark, K.A. (2016, April 6). Healthcare Access, Quality, and Experiences among Incarcerated Transgender People. *Presenter, Yale School of Public Health, Queer Queries* (Invited by John Pachankis, PhD).

14. **White Hughto, J.M.** (2016, March 3). Transgender Stigma and Health: A Review of Stigma Determinants, Mechanisms, and Interventions. *Presenter, Yale University: Center for Interdisciplinary Research on AIDS, Pecha Kutcha Series* (Invited by Jim Pettinelli).

15. **White Hughto, J.M.,** Clark, K.A., & Ruff, N., (2016, January 27). Transgender 101 & Beyond. *Trainer, York Correctional Institution Training, Second Shift Mental Health Providers* (Invited by Julie Wright, PsyD).

16. **White Hughto, J.M.** (2015, December 8). Transgender Stigma and Health: Social Determinants, Mechanisms, and Implications for Intervention. *Guest Lecturer, Brown University School of Public Health, Institute for Community Health Promotion* (Invited by Matthew Mimiaga, ScD, MPH).

17. **White Hughto, J.M.** Clark, K.A., & Ruff, N. (2016, December 7). Transgender 101 & Beyond. *Trainer, York Correctional Institution Training, First Shift Mental Health Providers* (Invited by Amy Smoyer, PhD).

18. **White Hughto, J.M.** (2015, November 18). Stigma in Correctional Settings: Results from T-TIME - Transgender women Talking about Incarceration Memories and Experiences. *Guest Lecturer, Yale School of Public Health, Stigma and Health* (Invited by John Pachankis, PhD).

19. Keene, D., **White Hughto, J.M.,** Eldahan, A., & Pachankis, J. (2015, October 26). Small City Gay and Bisexual Life: Stigma, Technology, and Movement. *Presenter, Center for Interdisciplinary Research on AIDS, Community Research and Implementation Core* (Invited by David Fiellin, MD).

20. **White Hughto, J.M.,** Reisner, S.R., Dunham, E., Pardee, D., & Makadon, H. (2014, May 22). Advancing Transgender Health Education and Research. *Presenter, The Fenway Institute, Fenway Health* (Invited by Rodney Vanderwarker, MPH).

21. **White Hughto, J.M.** & Reisner, S.R. (2013, July 11). HIV Prevention with Transgender Women. *Presenter, Harbor Health, Mental Health Staff* (Invited by Ryan Ribeiro, MA).

## RESEARCH GRANTS

### Principal Investigator:

**VRDC Award**              **Hughto (PI)**                              **2018-2021**
**Centers for Medicaid & Medicare Services:** *Characterizing Disparities in the HIV Prevention and Care Continuum among Transgender and Cisgender Medicaid and Medicare Beneficiaries.* Role: PI.

**CFAR Award**              **Hughto (PI)**                              **2018-2019**
**Providence/Boston Center for AIDS Research:** *Examining Multilevel Factors Associated with Entry into and Engagement in the HIV Prevention and Care Continuum for Transgender Adults in Massachusetts and Rhode Island.* Role: PI.

**F31MD011203-01**         **Hughto (PI)**                              **2016-2018**
**National Institutes of Minority Health and Health Disparities:** *Intervention to Overcome Mental Health Disparities in Criminally-Justice Involved Transgender Women.* Role: PI.

**Clara Mayo Award**        **Clark & Hughto (MPI)**                     **2016-2017**
**Clara Mayo / American Psychological Society:** *Understanding Correctional and Community Healthcare Providers Experience Working with Transgender Patients.* Role: Co-PI.

**FLAG Award**              **Hughto (PI)**                              **2015-2016**
**Fund for Lesbian and Gay Studies at Yale University:** *Understanding the Prison Experience of Formerly Incarcerated Transgender Women ("Project T-TIME").* Role: PI.

**Fenway Award**            **Mimiaga & Hughto (MPI)**                   **2010-2012**
**The Fenway Institute:** *Impact of Web Content on the Experience, Perceptions and HIV Sexual Risk Behavior of Black MSM ("Project WEB").* Role: Co-I.

### Co-Investigator:

**AD-2017C1-6569**          **Reisner (PI)**                             **2018-2021**
**Patient Centered-Outcomes Research Institute:** *Transgender Cohort Study of Gender Affirmation and HIV-Related Health.* Role: Co-I.

**Grant Number N/A**        **Green (PI)**                               **2018-2019**
**Massachusetts Department of Public Health.** *Rapid Assessment of Consumer Knowledge on Cocaine and Opioid-related Overdose in Massachusetts (RACK 2.0).* Role: Co-I.

**1R21MD012371-01**         **Jasuja & Rose (MPI)**                      **2017-2019**
**National Institutes of Minority Health and Health Disparities**: *Exploring Quality Measures for the Care of Transgender Persons.* Role: Co-I.

**Miller Award**            **Reisner (PI)**                             **2013-2015**
**Miller Foundation:** *Stress and Health: A Needs Assessment of Transgender and Gender Nonconforming Adults in Massachusetts.* Role: Co-I.

*Last Updated January 14, 2019*

Hughto 19

**Other Roles:**

**R01DA042805-01A1**          **Mimiaga & Safren (MPIs)**          **2017-2022**
**National Institute of Drug Abuse:** *Integrated Behavioral Activation and HIV Risk Reduction Counseling for MSM with Stimulant Abuse.* Role: Site Director

**R01NR017098-01**          **Mimiaga & Garofalo (MPIs)**          **2018-2019**
**National Institute of Nursing Research:** *Adaptive Intervention Strategies Trial for Strengthening Adherence to ARV HIV Treatment among Youth.* Role: Data Manager.

**R34MH110369-01**          **Mimiaga, Biello, & Chan (MPIs)**          **2018-2019**
**National Institute of Mental Health:** *Optimizing PrEP Uptake & Adherence among MSWs using a 2-Stage Randomization Design.* Role: Data Manager.

**Yale Award**          **Pachankis (PI)**          **2015-2017**
**Yale School of Public Health:** *Gay Community Stressors Among Gay, Bisexual, and Queer Men.* Role: Pre-Doctoral Fellow.

**CER-1403-12625**          **Reisner (PI)**          **2014-2017**
**Patient Centered-Outcomes Research Institute:** *Preventive Sexual Health Screening among FTM Transgender Adults.* Role: Research Analyst.

**T32MH020031**          **Kershaw (PI)**          **2014-2016**
**National Institute of Mental Health:** *Interdisciplinary HIV Training Grant.* Role: Pre-Doctoral Fellow.

**CIRA**          **Pachankis & Keene (MPIs)**          **2014-2016**
**Center for Interdisciplinary Research on AIDS at Yale University:** *HIV Prevention Needs among MSM in Small Urban Areas.* Role: Pre-Doctoral Fellow.

**R01MH094323-03S1**          **Mimiaga & Garofalo (MPIs)**          **2013-2014**
**National Institutes of Mental Health:** *HIV Prevention Intervention for Young Transgender Men ("LifeSkills for Men").* Role: Project Director.

**R01HD075655-05**          **Mimiaga, Stephensen, & Garofalo (MPIs)**          **2013-2014**
**National Institute of Child Health & Human Development:** *CVCTPlus: A Couples-Based Approach to Linkage to Care and ARV Adherence.* Role: Project Director.

**R01MH094323-01A**          **Mimiaga & Garofalo (MPIs)**          **2012-2014**
**National Institutes of Mental Health:** *HIV Prevention Intervention for Young Transgender Women ("LifeSkills").* Role: Project Director.

**R34 DA031028-01**          **Mimiaga (PI)**          **2011-2014**
National Institutes of Mental Health: *Behavioral Activation and HIV Risk Reduction for MSM with Crystal Meth Abuse ("Project IMPACT").* Role: Project Director.

*Last Updated January 14, 2019*

Hughto 20

**MDPH Award**                  **Mimiaga (PI)**                                    **2011-2012**
**Massachusetts Department of Public Health:** *Acceptability and Feasibility of a Behavioral Intervention to Reduce HIV Sexual Risk Behavior among MSM who Attend Sex Parties in Massachusetts ("Project PARTY").* Role: Project Manager.

**IN-US-164-0417**             **Mimiaga & Mayer (MPIs)**                          **2010-2012**
**Gilead:** *Assessing Provider Knowledge, Attitudes, and Beliefs about HIV Prevention Modalities* Role: Study Coordinator

**5R01MH085600-03**            **Sullivan (PI)**                                   **2009-2010**
**National Institutes of Mental Health:** *Explaining Differences in HIV Prevalence and Incidence in Black and White MSM.* Role: Graduate Research Assistant

## ADVANCED COMPUTER SKILLS

**Data Analysis**
*SAS, SPSS, AMOS, MPlus, ArcGIS, NVivo, Atlas.ti, Dedoose*

**Survey Design and Administration and Data Management**
*REDCap, Qualtrics, Survey Gizmo, Lime Survey, Survey Monkey*

**Research and Media Databases and Tools**
*IRBNet, Endnote, RevMan, Lexis-Nexis, Factiva, Cision Media Source Premium, Critical Mention*

*Last Updated January 14, 2019*