**EXHIBIT B**

**References**

# References

American Psychiatric Association. (2013). *Diagnostic and statistical manual of mental disorders, (DSM-5)*: American Psychiatric Association.

Anderson, N. B. (1989). Racial differences in stress-induced cardiovascular reactivity and hypertension: current status and substantive issues. *Psychological bulletin, 105*(1), 89-105.

Baral, S. D., Poteat, T., Strömdahl, S., Wirtz, A. L., Guadamuz, T. E., & Beyrer, C. (2013). Worldwide burden of HIV in transgender women: A systematic review and meta-analysis. *Lancet Infectious Diseases, 13*(3), 214-222.

Bartlett, J. A. (2002). Addressing the challenges of adherence. *JAIDS, 29*, s2-10.

Bauer, G. R., Scheim, A. I., Pyne, J., Travers, R., & Hammond, R. (2015). Intervenable factors associated with suicide risk in transgender persons: a respondent driven sampling study in Ontario, Canada. *BMC Public Health, 15*(1), 525-540.

Beckwith, N., Reisner, S. L., Zaslow, S., Mayer, K. H., & Keuroghlian, A. S. (2017). Factors associated with gender-affirming surgery and age of hormone therapy initiation among transgender adults. *Transgender Health, 2*(1), 156-164.

Begun, S., & Kattari, S. K. (2016). Conforming for survival: Associations between transgender visual conformity/passing and homelessness experiences. *Journal of Gay & Lesbian Social Services, 28*(1), 54-66.

Bockting, W. O., Miner, M. H., Romine, R. E., Hamilton, A., & Coleman, E. (2013). Stigma, mental health, and resilience in an online sample of the US transgender population. *American Journal of Public Health, 103*(5), 943-951.

Bodlund, O., & Kullgren, G. (1996). Transsexualism—general outcome and prognostic factors: A five-year follow-up study of nineteen transsexuals in the process of changing sex. *Archives of Sexual Behavior, 25*(3), 303-316.

Brown, G. R. (2010). Autocastration and autopenectomy as surgical self-treatment in incarcerated persons with gender identity disorder. *International Journal of Transgenderism, 12*(1), 31-39.

Canner, J. K., Harfouch, O., Kodadek, L. M., Pelaez, D., Coon, D., Offodile, A. C., Haider, A. H., & Lau, B. D. (2018). Temporal trends in gender-affirming surgery among transgender patients in the United States. *JAMA Surgery, Ahead of print.*

Centers for Disease Control. (2012). Fact Sheet: The Medical Cost Associated with Suicide in the United States.   Retrieved from http://www.cdc.gov/ncipc/factsheets/images/Medical_Costs.pdf

Centers for Disease Control. (2018). Suicide: Consequences.   Retrieved from https://www.cdc.gov/violenceprevention/suicide/consequences.html

Clements-Nolle, K., Marx, R., & Katz, M. (2006). Attempted suicide among transgender persons: The influence of gender-based discrimination and victimization. *Journal of Homosexuality, 51*(3), 53-69.

Cohen, M. S., Chen, Y. Q., McCauley, M., Gamble, T., Hosseinipour, M. C., Kumarasamy, N., Hakim, J. G., Kumwenda, J., Grinsztejn, B., Pilotto, J. H., Godbole, S. V., Mehendale, S., Chariyalertsak, S., Santos, B. R., Mayer, K. H., Hoffman, I. F., Eshleman, S. H., Piwowar-Manning, E., Wang, L., Makhema, J., Mills, L. A., de Bruyn, G., Sanne, I., Eron, J., Gallant, J., Havlir, D., Swindells, S., Ribaudo, H., Elharrar, V., Burns, D., Taha, T. E., Nielsen-Saines, K., Celentano, D., Essex, M., Fleming, T. R., & Hptn Study Team. (2011). Prevention of HIV-1 infection with early antiretroviral therapy. *New England Journal of Medicine, 365*(6), 493-505.

Cole, C. M., O'boyle, M., Emory, L. E., & Meyer III, W. J. (1997). Comorbidity of gender dysphoria and other major psychiatric diagnoses. *Archives of Sexual Behavior, 26*(1), 13-26.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., Fraser, L., Green, J., Knudson, G., & Meyer, W. J. (2012). Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. *International Journal of Transgenderism, 13*(4), 165-232.

Conron, K. J., Scott, G., Stowell, G. S., & Landers, S. J. (2012). Transgender health in Massachusetts: Results from a household probability sample of adults. *American Journal of Public Health, 102*(1), 118-122.

Cruz, T. M. (2014). Assessing access to care for transgender and gender nonconforming people: A consideration of diversity in combating discrimination. *Social Science & Medicine, 110*(0), 65-73.

De Cuypere, G., Elaut, E., Heylens, G., Van Maele, G., Selvaggi, G., T'Sjoen, G., Rubens, R., Hoebeke, P., & Monstrey, S. (2006). Long-term follow-up: Psychosocial outcome of Belgian transsexuals after sex reassignment surgery. *Sexologies, 15*(2), 126-133.

Deutsch, M., Chakravarty, D., Rebchook, G., Shade, S., Sevelius, J., & Maiorana, A. (2015). *Associations between self-reported hormone use patterns and indicators of HIV care among transgender women of color in four US cities (Abstract 1886).* Paper presented at the National HIV Prevention Conference, Atlanta, GA.

Deutsch, M. B., Glidden, D. V., Sevelius, J., Keatley, J., McMahan, V., Guanira, J., Kallas, E. G., Chariyalertsak, S., & Grant, R. M. (2015). HIV pre-exposure prophylaxis in transgender women: a subgroup analysis of the iPrEx trial. *Lancet HIV, 2*(12), e512-519.

Dewey, J. M. (2008). Knowledge legitimacy: How trans-patient behavior supports and challenges current medical knowledge. *Qualitative Health Research, 18*(10), 1345-1355.

2

DuBois, L. Z., Powers, S., Everett, B. G., & Juster, R.-P. (2017). Stigma and diurnal cortisol among transitioning transgender men. *Psychoneuroendocrinology, 82*, 59-66.

Flores, A. R., Herman, J. L., Gates, G. J., & Brown, T. N. T. (2016). How many adults Identify as transgender in the United States? Retrieved from http://williamsinstitute.law.ucla.edu/wp-content/uploads/How-Many-Adults-Identify-as-Transgender-in-the-United-States.pdf

Gagné, P., & Tewksbury, R. (1998). Conformity pressures and gender resistance among transgendered individuals. *Social Problems, 45*(1), 81-101.

Garofalo, R., Deleon, J., Osmer, E., Doll, M., & Harper, G. W. (2006). Overlooked, misunderstood and at-risk: Exploring the lives and HIV risk of ethnic minority male-to-female transgender youth. *Journal of Adolescent Health, 38*(3), 230-236.

Geronimus, A. T., Hicken, M. T., Pearson, J. A., Seashols, S. J., Brown, K. L., & Cruz, T. D. (2010). Do US black women experience stress-related accelerated biological aging? *Human Nature, 21*(1), 19-38.

Goffman, E. (1963). *Stigma: Notes on the management of spoiled identity*. Englewood Cliffs, NJ: Prentice-Hall.

Gonzales, G., & Henning-Smith, C. (2017). Barriers to care among transgender and gender nonconforming adults. *The Milbank Quarterly, 95*(4), 726-748.

Grant, J. M., Mottet, L. A., Tanis, L. A., Harrison, J., Herman, J. L., & Keisling, M. (2011). Injustice at every turn: A report of the National Transgender Discrimination Survey. Retrieved from http://www.thetaskforce.org/static_html/downloads/reports/reports/ntds_full.pdf

Grant, R. M., Lama, J. R., Anderson, P. L., McMahan, V., Liu, A. Y., Vargas, L., Goicochea, P., Casapía, M., Guanira-Carranza, J. V., & Ramirez-Cardich, M. E. (2010). Preexposure chemoprophylaxis for HIV prevention in men who have sex with men. *New England Journal of Medicine, 363*(27), 2587-2599.

Grollman, E. A. (2014). Multiple disadvantaged statuses and health the role of multiple forms of discrimination. *Journal of Health and Social Behavior, 55*(1), 3-19.

Guyll, M., Matthews, K. A., & Bromberger, J. T. (2001). Discrimination and unfair treatment: relationship to cardiovascular reactivity among African American and European American women. *Health Psychology, 20*(5), 315-325.

Haas, A. P., Rodgers, P. L., & Herman, J. L. (2014). Suicide attempts among transgender and gender non-conforming adults. Retrieved from https://williamsinstitute.law.ucla.edu/wp-content/uploads/AFSP-Williams-Suicide-Report-Final.pdf

3

Hatzenbuehler, M. L., Bellatorre, A., Lee, Y., Finch, B. K., Muennig, P., & Fiscella, K. (2014). Structural stigma and all-cause mortality in sexual minority populations. *Social Science & Medicine, 103*, 33-41.

Hatzenbuehler, M. L., Nolen-Hoeksema, S., & Erickson, S. J. (2008). Minority stress predictors of HIV risk behavior, substance use, and depressive symptoms: results from a prospective study of bereaved gay men. *Health Psychology, 27*(4), 455-462.

Hatzenbuehler, M. L., Slopen, N., & McLaughlin, K. A. (2014). Stressful life events, sexual orientation, and cardiometabolic risk among young adults in the United States. *Health Psychology, 33*(10), 1185-1194.

Healthcare Enrollment (Wisconsin Medicaid). (2018).   Retrieved from https://www.forwardhealth.wi.gov/wiportal/Content/Member/caseloads/enrollment/enrollment.htm.spage

Hellman, R. E., & Klein, E. (2004). A program for lesbian, gay, bisexual, and transgender individuals with major mental illness. *Journal of Gay & Lesbian Psychotherapy, 8*(3-4), 67-82.

Hendricks, M. L., & Testa, R. J. (2012). A conceptual framework for clinical work with transgender and gender nonconforming clients: An adaptation of the Minority Stress Model. *Professional Psychology, Research and Practice, 43*(5), 460-467.

Henrichson, C. (2015). *The Price of Jails: Measuring the Taxpayer Cost of Local Incarceration.*

Henrichson, C., & Delaney, R. (2012). The price of prisons: What incarceration costs taxpayers. *Federal Sentencing Reporter, 25*, 68.

Herbst, J. H., Jacobs, E. D., Finlayson, T. J., McKleroy, V. S., Neumann, M. S., & Crepaz, N. (2008). Estimating HIV prevalence and risk behaviors of transgender persons in the United States: A systematic review. *AIDS and Behavior, 12*(1), 1-17.

Herman, J. L. (2011). The cost of employment discrimination against transgender residents of Massachusetts. Retrieved from https://williamsinstitute.law.ucla.edu/research/transgender-issues/the-cost-of-employment-discrimination-against-transgender-residents-of-massachusetts-2/

Hughto, J., Pachankis, J., & Reisner, S. (2018). Healthcare mistreatment and avoidance in trans masculine adults: The mediating role of rejection sensitivity. *Psychology of Sexual Orientation and Gender Diversity, Ahead of print.*

ISNA. (2018). How can you assign a gender (boy or girl) without surgery?   Retrieved from http://www.isna.org/faq/gender_assignment

James, S. E., Herman, J. L., Rankin, S., Keisling, M., Mottet, L., & Anafi, M. (2016). The report of the 2015 U.S. Transgender Survey. Retrieved from http://www.ustranssurvey.org/report/

Jauk, D. (2013). Gender violence revisited: Lessons from violent victimization of transgender identified individuals. *Sexualities, 16*(7), 807-825.

Kaiser Family Foundation. (2014). Medicaid Enrollment and Spending on HIV/AIDS FY2013. Retrieved from https://www.kff.org/hivaids/state-indicator/enrollment-spending-on-hiv/

Khan, L. (2013). Transgender health at the crossroads: Legal norms, insurance markets, and the threat of healthcare reform. *Yale Journal of Health Policy, Law, and Ethics, 11*(2), 375-418.

Kim, J., & Gray, K. A. (2008). Leave or stay? Battered women's decision after intimate partner violence. *Journal of Interpersonal Violence, 23*(10), 1465-1482.

Link, B. G., & Phelan, J. C. (2001). Conceptualizing stigma. *Annual Review of Sociology*, 363-385.

Lombardi, E. L., Wilchins, R. A., Priesing, D., & Malouf, D. (2002). Gender violence: Transgender experiences with violence and discrimination. *Journal of Homosexuality, 42*(1), 89-101.

MAP. (2018). Healthcare laws and policies: Medicaid coverage for transition-related care. Retrieved from https://www.lgbtmap.org/img/maps/citations-medicaid.pdf

McEwen, B. S., & Stellar, E. (1993). Stress and the individual: Mechanisms leading to disease. *Archives of Internal Medicine, 153*(18), 2093-2101.

McLean, G., & Bocinski, S. G. (2017). The Economic Cost of Intimate Partner Violence, Sexual Assault, and Stalking. Retrieved from https://iwpr.org/publications/economic-cost-intimate-partner-violence-sexual-assault-stalking/

Mendoza-Denton, R., Downey, G., Purdie, V. J., Davis, A., & Pietrzak, J. (2002). Sensitivity to status-based rejection: Implications for African American students' college experience. *Journal of Personality and Social Psychology, 83*(4), 896-918.

Mizock, L., & Mueser, K. T. (2014). Employment, mental health, internalized stigma, and coping with transphobia among transgender individuals. *Psychology of Sexual Orientation and Gender Diversity, 1*(2), 146-158.

Murad, M. H., Elamin, M. B., Garcia, M. Z., Mullan, R. J., Murad, A., Erwin, P. J., & Montori, V. M. (2010). Hormonal therapy and sex reassignment: A systematic review and meta-analysis of quality of life and psychosocial outcomes. *Clinical Endocrinology, 72*(2), 214-231.

Mustanski, B., Andrews, R., & Puckett, J. A. (2016). The effects of cumulative victimization on mental health among lesbian, gay, bisexual, and transgender adolescents and young adults. *American journal of public health, 106*(3), 527-533.

National Center for Injury Prevention and Control. (2003). Costs of Intimate Partner Violence Against Women in the United States Retrieved from http://www.cdc.gov/violenceprevention/pdf/ipvbook-a.pdf

National Institute of Drug Abuse. (2017). Costs of Substance Abuse.   Retrieved from https://www.drugabuse.gov/related-topics/trends-statistics

Nelson, L., Whallett, E., & McGregor, J. (2009). Transgender patient satisfaction following reduction mammaplasty. *Journal of Plastic, Reconstructive & Aesthetic Surgery, 62*(3), 331-334.

Nemoto, T., Bodeker, B., & Iwamoto, M. (2011). Social support, exposure to violence and transphobia, and correlates of depression among male-to-female transgender women with a history of sex work. *American Journal of Public Health, 101*(10), 1980-1988.

Padula, W. V., Heru, S., & Campbell, J. D. (2016). Societal implications of health insurance coverage for medically necessary services in the US transgender population: a cost-effectiveness analysis. *Journal of General Internal Medicine, 31*(4), 394-401.

Paterson, D. L., Swindells, S., Mohr, J., Brester, M., Vergis, E. N., Squier, C., Wagener, M. M., & Singh, N. (2000). Adherence to protease inhibitor therapy and outcomes in patients with HIV infection. *Annals of Internal Medicine 133*, 21-30.

Perez-Brumer, A., Hatzenbuehler, M. L., Oldenburg, C. E., & Bockting, W. (2015). Individual- and structural-level risk factors for suicide attempts among transgender adults. *Behavioral Medicine, 41*(3), 164-171.

Pettus-Davis, C., Brown, D., Veeh, C., & Renn, T. (2016). The economic burden of incarceration in the US. Retrieved from https://joinnia.com/wp-content/uploads/2017/02/The-Economic-Burden-of-Incarceration-in-the-US-2016.pdf

Phelan, J. C., Link, B. G., & Dovidio, J. F. (2008). Stigma and prejudice: One animal or two? *Social Science & Medicine, 67*(3), 358-367.

Radix, A., Sevelius, J., & Deutsch, M. B. (2016). Transgender women, hormonal therapy and HIV treatment: a comprehensive review of the literature and recommendations for best practices. *Journal of the International AIDS Society, 19*, 20810-20818.

Rehman, J., Lazar, S., Benet, A., Schaefer, L., & Melman, A. (1999). The reported sex and surgery satisfactions of 28 postoperative male to-female transsexual patients. *Archives of Sexual Behavior, 28*(1), 71-89.

Reisner, S. L., Greytak, E. A., Parsons, J. T., & Ybarra, M. L. (2014). Gender minority social stress in adolescence: Disparities in adolescent bullying and substance use by gender identity. *Journal of Sex Research, 52*(3), 243-256.

Reisner, S. L., Hughto, J. M., Dunham, E. E., Heflin, K. J., Begenyi, J. B., Coffey-Esquivel, J., & Cahill, S. (2015). Legal protections in public accommodations settings: A critical public

6

health issue for transgender and gender-nonconforming people. *Milbank Quarterly, 93*(3), 484-515.

Reisner, S. L., Jadwin-Cakmak, L., Hughto, J. M. W., Martinez, M., Salomon, L., & Harper, G. W. (2017). Characterizing the HIV prevention and care continua in a sample of transgender youth in the US. *AIDS and Behavior, 21*(12), 3312-3327.

Reisner, S. L., Pardo, S. T., Gamarel, K. E., White Hughto, J. M., Pardee, D. J., & Keo-Meier, C. L. (2015). Substance use to cope with stigma in healthcare among U.S. female-to-male trans masculine adults. *LGBT Health, 2*(4), 324-332.

Reisner, S. L., White Hughto, J. M., Gamarel, K. E., Keuroghlian, A. S., Mizock, L., & Pachankis, J. E. (2016). Discriminatory experiences associated with post-traumatic stress disorder symptoms among transgender adults. *Journal of Counseling Psychology, 63*(5), 509-519.

Rivara, F. P., Anderson, M. L., Fishman, P., Bonomi, A. E., Reid, R. J., Carrell, D., & Thompson, R. S. (2007). Healthcare utilization and costs for women with a history of intimate partner violence. *American Journal of Preventive Medicine, 32*(2), 89-96.

Rotondi, N. K., Bauer, G. R., Scanlon, K., Kaay, M., Travers, R., & Travers, A. (2013). Nonprescribed hormone use and self-performed surgeries:"do-it-yourself" transitions in transgender communities in Ontario, Canada. *American Journal of Public Health, 103*(10), 1830-1836.

Schilt, K., & Westbrook, L. (2009). Doing gender, doing heteronormativity "gender normals," transgender people, and the social maintenance of heterosexuality. *Gender & Society, 23*(4), 440-464.

Sevelius, J. M., Patouhas, E., Keatley, J. G., & Johnson, M. O. (2013). Barriers and facilitators to engagement and retention in care among transgender women living with human immunodeficiency virus. *Annals of Behavioral Medicine, 47*(1), 5-16.

Sineath, R. C., Woodyatt, C., Sanchez, T., Giammattei, S., Gillespie, T., Hunkeler, E., Owen-Smith, A., Quinn, V. P., Roblin, D., & Stephenson, R. (2016). Determinants of and barriers to hormonal and surgical treatment receipt among transgender people. *Transgender Health, 1*(1), 129-136.

Singh, N., Berman, S. M., Swindells, S., Justis, J. C., Mohr, J. A., Squier, C., & Wagener, M. M. (1999). Adherence of human immunodeficiency virus-infected patients to antiretroviral therapy. *Clinical Infectious Disease, 29*(4), 824-830.

Spade, D. (2010). Medicaid policy & gender-confirming healthcare for trans people: An interview with advocates. *Seattle Journal for Social Justice, 8*(2), 4.

Sperber, J., Landers, S., & Lawrence, S. (2005). Access to health care for transgendered persons: Results of a needs assessment in Boston. *International Journal of Transgenderism, 8*(2-3), 75-91.

Spiegel, J. H. (2011). Facial determinants of female gender and feminizing forehead cranioplasty. *The Laryngoscope, 121*(2), 250-261.

Stotzer, R. L. (2009). Violence against transgender people: A review of United States data. *Aggression and Violent Behavior, 14*(3), 170-179.

Taylor, C. B., Conrad, A., Wilhelm, F. H., Neri, E., DeLorenzo, A., Kramer, M. A., Giese-Davis, J., Roth, W. T., Oka, R., & Cooke, J. P. (2006). Psychophysiological and cortisol responses to psychological stress in depressed and nondepressed older men and women with elevated cardiovascular disease risk. *Psychosomatic Medicine, 68*(4), 538-546.

Townsend, S. S., Major, B., Gangi, C. E., & Mendes, W. B. (2011). From "in the air" to "under the skin": Cortisol responses to social identity threat. *Personality and Social Psychology Bulletin, 37*(2), 151-164.

Transgender Law Center. (2016). Summary of Clinical Evidence for Gender Reassignment Surgery.   Retrieved from http://www.justiceinaging.org/wp-content/uploads/2016/01/2015-12-31-GRS-Clinical-Evidence-for-NCD-support-final.pdf

Westbrook, L., & Schilt, K. (2013). Doing gender, determining gender transgender people, gender panics, and the maintenance of the sex/gender/sexuality System. *Gender & Society, 28*(1), 32-57

White Hughto, J. M., Pachankis, J. E., Willie, T. C., & Reisner, S. L. (2017). Victimization and depressive symptomology in transgender adults: The mediating role of avoidant coping. *Journal of Counseling Psychology, 64*(1), 41-51.

White Hughto, J. M., & Reisner, S. L. (2016). A systematic review of the effects of hormone therapy on psychological functioning and quality of life in transgender individuals. *Transgender Health, 1*(1), 21-31.

White Hughto, J. M., & Reisner, S. L. (2018). Association between carriers to accessing gender-affirming care and poor health among transgender adults in Massachusetts. *Unpublished Analysis from Project VOICE*.

White Hughto, J. M., Reisner, S. L., & Pachankis, J. E. (2015). Transgender stigma and health: A critical review of stigma determinants, mechanisms, and interventions. *Social Science & Medicine, 147*, 222–231.

White Hughto, J. M., Rose, A. J., Pachankis, J. E., & Reisner, S. L. (2017). Barriers to gender transition-related healthcare: Identifying underserved transgender adults in Massachusetts. *Transgender Health, 2*(1), 107-118.

Wilson, E. C., Chen, Y.-H., Arayasirikul, S., Wenzel, C., & Raymond, H. F. (2015). Connecting the dots: examining transgender women's utilization of transition-related medical care and associations with mental health, substance use, and HIV. *Journal of Urban Health, 92*(1), 182-192.

Xavier, J., Bradford, J., Hendricks, M., Safford, L., McKee, R., Martin, E., & Honnold, J. A. (2013). Transgender health care access in Virginia: A qualitative study. *International Journal of Transgenderism, 14*(1), 3-17.

Zucker, K. J. (2017). Epidemiology of gender dysphoria and transgender identity. *Sexual Health, 14*(5), 404-411.