# Appendix

# JOAN C BARRETT, FSA, MAAA
## Senior Consulting Actuary

joan.barrett@axenehp.com
direct: 860.463.9484
fax: 860.269.0621





Joan Barrett is a Senior Consulting Actuary with Axene Health Partners, LLC. She is a well-known and well-respected actuary. Joan brings great value to AHP clients with a knack for developing strong systems for analyzing network value and core actuarial functions, such as trends and pricing.

Joan joined AHP following a successful career at UnitedHealth Group, where she led the National Accounts Actuarial area for many years. In that role, she was instrumental in developing several innovative concepts in risk analysis and consumer analytics.

In 2017 she completed her service as a Society of Actuaries Vice-President. During her terms on the Board of Directors, she chaired both the International Committee and the Audit Committee. In 2011 she was named one of the Top Ten Volunteers for the Society of Actuaries. In part, this was because of her work as Chair of the Group and Health Curriculum Committee, the group that defines what every aspiring health actuary needs to know.

Joan recently chaired the Evolution of the Health Actuary Task Force which was been charged with defining the needs of health actuaries in the years to come and recommending a path to meet these needs. She is also a frequent speaker and author.

Joan received her Bachelor of Arts in mathematics from Frederick College and her Master of Arts in mathematics from Miami University. She is a Fellow of the Society of Actuaries and a Member of the American Academy of Actuaries.

Joan lives in Tolland, Connecticut near her children and grand-children.



## axene health partners
### HEALTH ACTUARIES & CONSULTANTS

www.axenehp.com

60 Belvedere Drive
Tolland CT, 06804

CURRICULUM VITAE

# JOAN C. BARRETT, FSA, MAAA

Axene Health Partners, LLC<br>
O: 860.858.5654 | C: 860.463.9484 | joan.barrett@axenehp.com

## SUMMARY

Seasoned health actuary with over 35 years of professional experience, recognized for technical experience, leadership, communication skills and professional integrity.

## CURRENT POSITION

**Advisor to Insurers and Employers**

Senior Consulting Actuary, Axene Health Partners, LLC, June 2015 – Present

Role: Consulting with health insurers and employers on a variety of actuarial assignments.

Recent projects:

- Rate-making procedures and strategies
- Rate fling support
- Employee benefits pricing and strategy

## PREVIOUS WORK EXPERIENCE

**National Accounts Actuary**

Vice President, National Accounts, UnitedHealthcare.  February 1993 – June 2015

Roles: Providing actuarial support to senior management and employers

1. Actuarial support and risk management for senior management
2. Benefit design and strategic consulting for Fortune 500 employers
3. Consumerism and actuarial research
4. Small and large group rate filings and pricing
5. Actuarial support for union negotiations
6. Analysis of self-funded network reimbursement methodologies
7. Rate-filings and pricing

## QUALIFICATIONS AND DESIGNATIONS

- FSA – Fellow of the Society of Actuaries (SOA)
- MAAA – Member of the American Academy of Actuaries (AAA)

## EDUCATION

- Bachelor of Arts, Frederick College, Portsmouth Virginia (Mathematics)
- Master of Arts, Miami University, Oxford, Ohio (Mathemetics)

## PUBLICATIONS IN THE LAST 10 YEARS

- <u>Barrett, Joan</u>. (2018)  Time to Update Your Trend Process?.  *HealthWatch* (Society of Actuaries).
- <u>Barrett, Joan (2017)</u>.  Evolution of the Health Actuary:  A Health Section Strategic Initiative.  *HealthWatch.*
- <u>Barrett, Joan.</u>  (2017) Accountability: Rates.  *Inspire Accountability Series*. (Axene Health Partners)
- <u>Barrett, Joan.</u>  (2017) The Chronic Disease Burden.  *Inspire Series on the U.S. Healthcare Sytem*. (Axene Health Partners)
- <u>Barrett, Joan</u>. (2016).  Making Predictive Analytics Our Own.  *Predictive Analytics and Futurism* (Society of Actuaries)
- <u>Barrett, Joan.</u> (2016).   Ch. 34:  Medical Claims Cost Trend Analysis.  *Group Insurance*, Skwire, Daniel D., 7th Edition.
- <u>Barrett, Joan and Kessler, Emily.</u>  (2015)  New Directions:  The SOA in China.  *The Actuary* (Society of Actuaries.
- <u>Barrett, Joan.</u> (2010)  Chairperson's Corner.  *Expanding Horizons.*  (Society of Actuaries)
- <u>Barrett, Joan.</u> (2009)  Chairperson's Corner.  *Expanding Horizons.*  (Society of Actuaries)
- <u>Barrett, Joan</u>. (2008)  Timing's Everything:  The Impact of Benefit Rush (Society of Actuaries)

## EXPERT WITNESS EXPERIENCE

- None

## CURRENT AND RECENT SOCIETY OF ACTUARIES (SOA) ENGAGEMENTS, ACTIVITIES AND ACCOMPLISHMENTS

- Secretary/Treasurer, Health Section Council, 2018 to present
- Vice-President, 2015 to 2017
  - Chair, Value of the Credential Task Force
  - Member, Issues Advisory Committee
  - Member, Policy and Governance Committee
  - Member, Cultivating Opportunities Team
- Elected Board Member, 2011 to 2014
  - Chair, International Committee
  - Chair, Audit Committee
  - Member, Business Analytics Team
  - Academic Partner
- Initiative 18/11:  What Can We Do About the Cost of Health Care
  - Planning Committee member
  - Participant
- Section Experience
  - Chair, Education and Research Section Council
  - Board Partner, Health Section Council
  - Board Partner, Predictive Analytics and Futurism Section Council
  - Chair, Evolution of the Health Actuary Task Force, chartered by the Health Section Council
  - Member, Health Section Council
- Basic Education Experience
  - General Officer, General Insurance Curriculum

- - o General Officer, Group and Health
- Continuing Professional Development Experience
  - o Chair, Health Meeting
  - o Board Partner, Continuing Professional Development Committee
  - o Frequent speaker
- Research
  - o Chair, Project Oversight Group, "Enterprise Risk Management Practice as Applied to Health Insurers, Self-Insured Plans and Health Financial Professionals"
  - o Chair, Project Oversight Group, "Risk and Mitigation for Health Insurance Companies"
  - o Chair, Project Oversight Group, "Measurement of Healthcare Quality and Efficiency: Resources for Healthcare Professionals"

# BRIEF BIOGRAPHY

## JOAN C. BARRETT, FSA, MAAA
Axene Health Partners, LLC
O: 860.858.5654 | C: 860.463.9484 | joan.barrett@axenehp.com


Joan Barrett is a Senior Consulting Actuary with Axene Health Partners, LLC.  She is a well-known and well-respected actuary. Joan brings great value to AHP clients with a knack for developing strong systems for analyzing network value and core actuarial functions, such as trends and pricing. Joan joined AHP following a successful career at UnitedHealth Group, where she led the National Accounts Actuarial area for many years. In that role, she was instrumental in developing several innovative concepts in risk analysis and consumer analytics.

In 2017 she completed her service as a Society of Actuaries Vice-President. During her terms on the Board of Directors, she chaired both the International Committee and the Audit Committee. In 2011 she was named one of the Top Ten Volunteers for the Society of Actuaries. In part, this was because of her work as Chair of the Group and Health Curriculum Committee, the group that defines what every aspiring health actuary needs to know.

 Joan recently chaired the Evolution of the Health Actuary Task Force which was been charged with defining the needs of health actuaries in the years to come and recommending a path to meet these needs. She is also a frequent speaker and author.

Joan received her Bachelor of Arts in mathematics from Frederick College and her Master of Arts in mathematics from Miami University. She is a Fellow of the Society of Actuaries and a Member of the American Academy of Actuaries.

Joan lives in Tolland, Connecticut near her children and grand-children.