

# ELAINE CORROUGH, FSA, FCA, MAAA
Partner & Consulting Actuary

elaine.corrough@axenehp.com
office: 503.272.6036
cell: 847.271.1470
fax: 951.616.3973

Elaine Corrough is a partner at Axene Health Partners, LLC and is based out of the Portland, Oregon office. She has over 25 years of health actuarial experience. Her recent work has focused on the transfer and management of risk between health insurers and health systems/provider organizations for Medicaid and Medicare managed care populations. She particularly enjoys assignments requiring assimilation and documentation of new regulations, technologies, and data sources into existing actuarial processes and methods.

Prior to joining AHP, Elaine consulted on all aspects of health and welfare benefits for plan sponsors ranging from small public entities to Fortune 100 companies. In addition to traditional consulting activities such as pricing and claims analysis, her expertise includes actuarial analysis of legislative and regulatory developments; ROI assessments; health risk migration and mapping; and complex model design and development. In addition, she is a past Staff Fellow in health for the Society of Actuaries.

Elaine has presented at multiple industry conferences on a variety of health and actuarial topics. She is a Fellow of the Society of Actuaries, a Fellow of the Conference of Consulting Actuaries, and a Member of the American Academy of Actuaries.

Elaine earned a Bachelor of Arts in Classics (with an emphasis on languages) from Washington University in St. Louis. She resides with her husband in the Portland area.



**axene health partners**
HEALTH ACTUARIES & CONSULTANTS

www.axenehp.com

28625 S Beavercreek Rd
Mulino, OR 97042

# Elaine Corrough, FSA, FCA, MAAA

Axene Health Partners, LLC
O: 503.272.6036 | C: 847.271.1470 | elaine.corrough@axenehp.com

## SUMMARY

Seasoned health actuary with over 20 years of professional experience, recognized for technical experience, communication skills and professional integrity.

## CURRENT POSITION

**Advisor to Health Systems, Insurers, and Related Organizations.**
Partner & Consulting Actuary, Axene Health Partners, LLC, January 2016 – Present
Senior Consulting Actuary, Axene Health Partners, LLC, March 2012 – December 2016
Role: Consulting with health systems and health insurers on Medicaid, Medicare, and commercial blocks of business on a variety of actuarial assignments.
Recent projects:

- Expert witness services regarding health actuarial practice and provider payment levels
- Contract review and analysis, cost model development, reimbursement schemes, and risk-based rate analysis
- Actuarial support for provider-payor contract negotiations and network development
- Analysis of self-funded rates for trusts and self-funded employers
- Strategies and structures for alternative payment models
- Evaluation of operational expenses for health plan, including negotiated MSO rates
- Cost analysis for setting network provider reimbursement rates on fee-for-service and risk (capitation) bases
- Claims analysis and payment model development for health systems
- Evaluation of risk readiness for health systems
- Measurement model for targeted condition management program

## PREVIOUS WORK EXPERIENCE

**Employee Benefits Actuary.**
Vice President, Aon/Aon Hewitt, January 2009–December 2011. Employee benefits consulting.
Actuary/Consultant, Hewitt Associates, October 1995–December 2006 and December 2007–December 2008
Role: Consulting with employers on all aspects of their health and welfare benefits.

- Analysis of self-funded network reimbursements and overall health plan performance
- Claims analytics and reserves calculations
- Benefit design and strategic consulting
- Various national roles at Hewitt including national development leader and manager of actuarial operations for the health practice

**Staff Fellow.**
Health Staff Fellow, Society of Actuaries, January 2007 – November 2007.
Role: Unique national position focusing on the educational and research needs of practicing health actuaries.

### QUALIFICATIONS AND DESIGNATIONS
- FSA – Fellow of the Society of Actuaries (SOA)
- MAAA – Member of the American Academy of Actuaries (AAA)
- FCA – Fellow of the Conference of Consulting Actuaries (CCA)

### EDUCATION
- Bachelor of Arts 1992, Washington University in St. Louis, Classics (Languages)

### EXPERT WITNESS WORK
- None

### PUBLICATIONS IN THE LAST 10 YEARS
- Corrough, Elaine. (2017) Data Intermediaries:  Pulling Insights from Confidential Data.  *Inspire* Series (Axene Health Partners)
- Corrough, Elaine. (2016).  Chairperson's Corner.  *HealthWatch*.  (Society of Actuaries)
- Elaine, Corrough. (2016)  Ch. 18:  The Affordable Care Act.  *Group Insurance*, 7th Edition (Skwire)

### CURRENT AND RECENT PROFESSIONAL ENGAGEMENTS, ACTIVITIES AND ACCOMPLISHMENTS
- Project Oversight Group member (Society of Actuaries Research – MACRA), 2018
- Merit Reviewer (multiple grant applications – improving healthcare systems), PCORI, 2018
- SOA Nominating Committee – 2017-18
- Merit Reviewer (multiple grant applications – dissemination & implementation), PCORI, 2017
- Project Oversight Group member (Society of Actuaries Research – Healthcare Fraud), 2017
- Presenter (Health Research), 2016 SOA Annual Meeting – Outstanding Session Award
- Presenter (ACA co-op failures), September 2016 Portland Actuarial Club
- Presenter (ACA marketplace sustainability), 2016 State of Reform-Portland
- Panelist (Actuarial Standards of Practice), 2016 SOA Spring Health Meeting
- Editorial Board member, *HealthWatch*, 2016
- SOA Health Section Council – 2015-16 Chair (elected position)
- Contributing author, *Group Insurance* (textbook, 7th edition)
- Presenter (provider reimbursement models), 2016 State of Reform-Seattle
- Presenter (actuarial communications and writing), 2015 SOA Spring Health Meeting
- Panelist (clinical measures for payment models), 2015 SOA Spring Health Meeting
- Presenter (provider reimbursement models), 2015 State of Reform-Los Angeles
- Moderator (options for small groups under ACA), SOA Webcast, July 2015
- SOA Health Section Council – 2014-15 Vice-Chair (elected position)
- SOA Health Research Committee – 2014-17 member
- SOA Health Research Oversight Committee – 2016-17 member
- CCA – 2015 Health Reform Meeting planning committee member

- Actuarial Standards Board (ASB) MV/AV Task Force and related Actuarial Standard of Practice (ASOP) – task force member
- Joint Discipline Panel – 2016 member
- Panel moderator, 2014 CCA Health Reform Meeting, *State Perspectives on Rate Filing Reviews*
- SOA Public Relations – 2013-2014 media interviews
  - "Is This the Hardest Job in America?" Wall Street Journal, 5/1/2014
  - Commentary on ACA and rate development interviews with media outlets including CNN (11/2013), BloombergBusinessWeek (11/2013), Politico (12/2013), Modern Healthcare (4/2014), Vox.com (4/2014), Kaiser Health News (4/2014), MarketWatch (4/14), Associated Press (4/2014)
- CCA – 2014 Health Reform Meeting planning committee member
- SOA Basic Education – 2013 volunteer, General Insurance track
- Panel moderator, 2013 SOA Annual Meeting & Exhibit, *Healthcare Cost Trends*
- Scorecard committee member, Healthcare Cost Institute, April 2012
- Public testimony, Joint Legislation Audit & Review Subcommittee (State of Washington), February 2011
- SOA Basic Education – 2007-08 volunteer, Health track (wrote original content)

## Elaine Corrough, FSA, FCA, MAAA

Axene Health Partners, LLC
O: 503.272.6036 | C: 847.271.1470 | elaine.corrough@axenehp.com

Elaine is a Partner and Consulting Actuary with Axene Health Partners, and has recently opened our new office in Portland, Oregon after working in the Murrieta headquarters for several years. With over 20 years of health actuarial experience, Elaine's recent work has focused on actuarial analysis, cost modeling, and formal certifications for carriers and health systems, including state ACA rate filings; actuarial reviews for the Round 2 Centers for Medicare and Medicaid Innovation (CMMI) Health Care Innovations Awards; and strategic and tactical support for health systems taking on risk. Elaine especially enjoys projects linking regulatory and contractual requirements with actuarial methods.

Prior to joining AHP, Elaine consulted on all aspects of health and welfare benefits for plan sponsors ranging from small public entities to Fortune 100 companies. In addition to traditional consulting activities such as pricing, discount analysis, and claims analysis for self-funded employer plans, her expertise includes actuarial analysis of legislative and regulatory developments; ROI assessments; health risk migration and mapping; and complex model design and development. She was also the national measurement leader for the healthcare consulting practice of a large consulting firm. In addition, Elaine is a past Staff Fellow in health for the Society of Actuaries.

Elaine has presented at multiple industry conferences on a variety of topics. She is a Fellow of the Society of Actuaries, a Fellow of the Conference of Consulting Actuaries, and a Member of the American Academy of Actuaries. In addition to serving on multiple committees for these organizations, she was a member of the Actuarial Standards Board Health Committee's Task Force focused on developing an actuarial standard of practice for determining minimum value and actuarial value under the Affordable Care Act. She was the 2015-16 chairperson of the SOA Health Section Council (elected position), and is also a member of the SOA's Health Research Advisory Committee.

Elaine earned a Bachelor of Arts degree in Classics (with an emphasis on languages) from Washington University in St. Louis.